**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**YOEL GETTER,**

**Case No. 26-18907-BKC-CLC**
Chapter 7

**DEBTOR.**
_______________________________/

**TRUSTEE BARRY E. MUKAMAL'S REPORT OF ABANDONMENT**

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE**

BARRY E. MUKAMAL, TRUSTEE, pursuant to Local Rules 2002-1(C)(1)(f)(ii) and 6007-1 (A) reports that the following asset was abandoned at the Section 341 Meeting of Creditors on 08/07/2026:

**"Smith & Wesson M&P Shield" as listed on Line 3.1 of Schedule "A/B" of the Debtor's Bankruptcy petition**

Date: August 12, 2026

/s/ Barry E. Mukamal
Barry E. Mukamal, Trustee
PO Box 14183
Fort Lauderdale, FL 33302
Telephone: (786) 517-5760