**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISON**
www.flsb.uscourts.gov

In re:

Case No. 26-18907-CLC

YOEL GETTER,

Chapter 7

Debtor.
_______________________________________/

**CHAPTER 7 TRUSTEE'S APPLICATION FOR RETENTION AND EMPLOYMENT OF GENERAL COUNSEL EFFECTIVE AS OF AUGUST 12, 2026**

***(Relief Requested Without a Hearing)***

Barry E. Mukamal, the Chapter 7 Trustee ("**Trustee**") of the bankruptcy estate of Yoel Getter ("**Debtor**"), pursuant to section 327 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rules 2014-1 and 9013-2 of the United States Bankruptcy Court for the Southern District Florida (the "**Local Rules**"), submit this application (the "**Application**") seeking entry of an order, substantially in the form attached hereto as **Exhibit A**, authorizing the retention and employment of Eric J. Silver, Esq. and the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. (the "**Firm**"), as Trustee's general counsel in this case. In support of the Application, the Trustee states:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core matter pursuant to U.S.C. § 157(b).

2. Venue in this district is proper, pursuant to 28 U.S.C. §§ 1408 and 1409.

## GENERAL BACKGROUND

3. On July 7, 2026, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code [ECF No. 1].

4. Trustee is the duly appointed, qualified, and acting Chapter 7 trustee in this case.

## RELIEF REQUESTED

5. By this Application, the Trustee seeks entry of an order, substantially in the form attached hereto as **Exhibit A**, authorizing the retention and employment of Eric J. Silver, Esq. and the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. (the "**Firm**"), as Trustee's general counsel in this case.

6. It is necessary to employ an attorney in this case in order to perform ordinary and necessary legal services required in the administration of the case.

7. The Trustee wishes to employ the Firm and Mr. Silver as counsel for Trustee. Attached hereto as **Exhibit B** to this Application is the supporting declaration and verified statement of Mr. Slver demonstrating that he and the Firm are disinterested as required section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014. The attached **Exhibit C** is the executed Engagement Letter as required under Local Rule 2014-1.

8. The Trustee believes that the Firm and Mr. Silver are qualified to practice in the Bankruptcy Court and are qualified to advise him on his relations with and responsibilities to the Debtor, creditors and other parties. The lawyers at Stearns Weaver are duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction and have a particular expertise with regard to bankruptcy, corporate reorganization, and debtor/creditor matter in cases under the Bankruptcy Code.

**WHEREFORE,** Barry E. Mukamal, respectfully requests entry of an order, substantially in the form attached hereto as **Exhibit A**, authorizing the retention and employment of Eric J.

Silver, Esq. and Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A to represent the Trustee as general counsel and for such other and further relief as the Court deems just and proper.

Dated: August 17, 2026

Respectfully submitted,

By: */s/ Barry E. Mukamal, Trustee*________

Barry E. Mukamal, Esq., Chapter 7 Trustee
P.O. Box 14183
Ft. Lauderdale, Florida 33302
Telephone: (786) 517-5760
bemtrustee@kapilamukamal.com
*Chapter 7 Trustee*

ERIC J. SILVER, ESQ.
Florida Bar No. 57262
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower Building, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
esilver@stearnsweaver.com
*Proposed Counsel for Trustee*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, pursuant to Local Bankruptcy Rule 9013-1(C)(3), a true and correct copy of this Motion was served on (i) the debtor, Yoel Getter, 9705 Collins Ave., Unit 2403, Miami Beach, FL 33154, (ii) the United States Trustee and (iii) parties that have filed appearances in this case, either by Notice of Electronic Filing by CM/ECF to those counsel or parties who are registered to receive Notices of Electronic Filing in this case, on August 17, 2026.

By: */s/ Barry E. Mukamal, Trustee*________
Barry E. Mukamal, Chapter 7 Trustee

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISON**
www.flsb.uscourts.gov

In re:

Case No. 26-18907-CLC

YOEL GETTER,

Chapter 7

Debtor.
_______________________________________/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION FOR RETENTION AND EMPLOYMENT OF GENERAL COUNSEL EFFECTIVE AS OF AUGUST 12, 2026**

**THIS MATTER** came before the Court without the necessity of hearing upon the *Application for Retention and Employment of General Counsel Effective as of August 12, 2026* (the "**Application**") [Dkt. No. __], filed by Barry E. Mukamal (the "**Trustee**"), as Chapter 7 trustee of the above-styled bankruptcy estate of Yoel Getter (the "**Debtor**"), seeking entry of an approving retention and employment of Eric J. Silver, Esq. and the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. (the "**Firm**"), as Trustee's general counsel. The Court, having reviewed the Application, the supporting declaration and verified statement, the

engagement agreement, and the record, having found that Mr. Silver and the Firm hold no interest adverse to the estate in the matters upon which they are engaged, that Mr. Silver and the are disinterested persons as required by 11 U.S.C. § 327(a), and have disclosed any connections with parties set forth in Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interests of the estate, it is

**ORDERED** that:

9. The Application is **GRANTED**.

10. The Trustee is **AUTHORIZED** to employ Eric J. Silver and the Firm as general counsel for the Trustee in this case.

# # #

**Submitted by**:
Eric J. Silver, Esq.
esilver@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower Building, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

*(Attorney Silver must serve a copy of this order on all parties entitled to notice thereof and file a certificate of service as required by Local Rule 9036-2.)*

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISON**
www.flsb.uscourts.gov

In re:

YOEL GETTER,

Debtor.
_____________________________________/

Case No. 26-18907-CLC

Chapter 7

**DECLARATION AND VERIFIED STATEMENT OF ERIC J. SILVER, ESQ. IN SUPPORT OF APPLICATION FOR RETENTION AND EMPLOYMENT OF GENERAL COUNSEL**

1. Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

2. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern, Middle and Northern Districts of Florida, and am qualified to practice in the United States Bankruptcy Court for the Southern, Middle and Northern Districts of Florida.

3. I submit this verified statement and declaration in support of the application. I have personal knowledge of the facts stated in this Declaration, except where I identify the Firm's business records as the source. My personal knowledge comes from my position with Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. (the "**Firm**"), my participation in this proposed retention, my familiarity with the Firm's conflicts-check system and intake procedures, and my review of records that the Firm regularly keeps in the ordinary course. If called as a witness, I could and would testify competently to the facts stated below.

4. The Trustee seeks to employ me and the Firm as proposed counsel under 11 U.S.C. § 327(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

5. The Firm uses its conflicts-check system before opening a matter or accepting an engagement. In the ordinary course, the Firm creates and maintains conflicts and intake records at or near the time of each conflicts check, using information supplied by persons with knowledge of the proposed matter. The Firm regularly keeps and relies on those records as part of its conflicts and intake process.

6. The Firm's ordinary intake practice is to create records reflecting matter openings, client/matter numbers, responsible attorneys, engagement status, legal-service activity, and billing activity when the Firm opens a matter or accepts an engagement. The conflicts check for this proposed retention searched the Debtor, disclosed creditors, known parties in interest, their attorneys and accountants, the United States Trustee, and personnel in the Office of the United States Trustee. Except for the disclosure below, I found no connection that would affect my or the Firm's disinterestedness or create an interest adverse to the estate.

7. Based on the conflicts check, and my review of the Firm's records, the Firm has, in the past, represented a creditor, Citizens Bank, N.A. in real estate matters unrelated to the Debtor.

8. Neither I nor the Firm holds or represents any interest adverse to the estate. I am not aware of any fact that would prevent me or the Firm from being disinterested within the meaning of 11 U.S.C. § 101(14) or from serving as counsel under section 327(a) of the Bankruptcy Code. I will supplement this Declaration if I learn of any additional material connections or facts requiring disclosure under Bankruptcy Rule. 2014(a).

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2026

By: _/s/ *Eric J. Silver*
Eric J. Silver, Esq.

**Exhibit C**

STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.

Eric Silver, Esq.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct: (305) 789-3200
Fax: (305) 789-3395
Email: esilver@stearnsweaver.com

August 17, 2026

Barry E. Mukamal, Trustee
P.O. Box 14183
Ft. Lauderdale, Florida 33302

*In re Yoel Getter,* 26-18907-CLC (the "Bankruptcy Case")

Trustee Mukamal:

We will be pleased to represent the interests of the bankruptcy estate in the above referenced Bankruptcy Case upon the terms set forth in this engagement agreement.

We will provide services to the estate in the Bankruptcy Case on an hourly basis at the hourly rates in effect at the time of this engagement. Currently, lawyers that may work on this matter bill at hourly rates between $450 and $950. Rates for paraprofessionals range from $250 to $350 per hour. We agree that allowance and payment for any services rendered in connection with this matter shall be subject of notice, hearing, and Order entered in the Bankruptcy Case.

We agree that the relationship between the parties including, without limitation, the validity, construction, and enforceability of this engagement letter, shall be governed by the laws of the State of Florida without regard to conflicts of laws principles. We do not anticipate any dispute between us, but if there is a dispute and it results in litigation, the exclusive jurisdiction and venue shall be in bankruptcy court presiding over the Bankruptcy Case.

We look forward to working with you to achieve a successful outcome of this matter.

Regards,

/s/ *Eric J. Silver*

ERIC J. SILVER