**ORDERED in the Southern District of Florida on August 24, 2026.**

Corali Lopez-Castro, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In re:** **Case No. 26-18907-CLC**

**YOEL GETTER,** **Chapter 7**

**Debtor.**

**AGREED ORDER SETTING EVIDENTIARY HEARING ON JUDGMENT CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY FOR CAUSE UNDER 11 U.S.C. § 362(D)(1), INCLUDING ANNULMENT OF THE STAY, AND WAIVER OF THE 14 DAY STAY OF FED. R. BANKR. P. 4001(A)(3)**

THIS CAUSE having come before the Court August 6, 2026, at 10:00 a.m. (the "Hearing"), upon the *Motion for Relief from the Automatic Stay for Cause Under 11 U.S.C. § 362(d)(1), Including Annulment of the Stay, and Waiver of the 14 Day Stay of Fed. R. Bankr. P. 4001(a)(3)* (the "Motion to Lift Stay") [Dkt. No. 6], filed by FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC (collectively, "FVP" or "Movants"), and the Court having determined that an evidentiary hearing is necessary to address the Debtor, Yoel Getter's ("Debtor"), alleged bad faith in connection with the Motion to Lift Stay, the Court being otherwise fully advised in the premises, and the parties having agreed to the form of this order, it is hereby ORDERED AND ADJUDGED as follows:

1. Evidentiary Hearing. The Court shall hold an evidentiary hearing on the Motion to Lift Stay, and more specifically the issues of bad faith alleged in the Motion to Lift Stay, on **October 14, 2026, at 10:00 a.m.**, and shall take place at the **C. Clyde Atkins U.S. Courthouse, 301 N Miami Avenue, Courtroom 7, Miami, FL 33128.**

2. Written Discovery. All written/paper discovery (including interrogatories, requests for production, and requests for admission) relevant to the issues to be addressed at the evidentiary hearing shall be served no later than **August 17, 2026**.

3. Exhibit Registers, Exhibits and Witness Lists. The parties shall each file and exchange exhibit registers, exhibits and witness list no later than **September 14, 2026**. The Debtor's exhibits shall be numbered and labeled as "Debtor Exhibit 1," while FVP's exhibits shall be numbered and labeled as "FVP Exhibit 1".

4. Deposition Designations. To the extent any party intends to offer testimony by deposition transcript or video in lieu of live testimony, that party shall serve deposition designations no later than **September 14, 2026**, with any counter-designations due no later than **September 16, 2026**.

5. Objections. Any objections to the opposing party's witness list, exhibit list, or deposition designations shall be filed no later than **September 16, 2026**.

6. Motions in Limine. Any motions in limine shall be filed no later than **September 16, 2026**, with responses due no later than **September 18, 2026**.

7. Extension of Deadlines. Continuances of the evidentiary hearing or deadlines set forth in this Order, as well as any modifications to this Order, must be presented by written motion and will only be considered and granted for good and sufficient cause.

8. Stipulated Facts. The Debtor and FVP must file a joint stipulation of undisputed and disputed facts, as well as the issues of law to be litigated, with the Court no later than **September 14, 2026.**

9. Weekend/Holiday Deadlines. If any deadline set forth in this Order falls on a Saturday, Sunday, or legal holiday, that deadline shall be extended to the next business day.

10. Reservation of Jurisdiction. The Court reserves jurisdiction to modify the deadlines and procedures set forth in this Order, to continue the evidentiary hearing, and to enter such further orders as may be necessary and proper, including with respect to the disposition of Movants' Motion to Lift Stay.

###

Submitted by:

Lindsay Karten, Esq.

LINDSAY KARTEN, P.A.
Co-Counsel for FVP Servicing, LLC, FVP
Opportunity Fund III, LP, and FVP Investments LLC

Copies furnished to: Lindsay Karten, Esq., who shall serve a copy of the Order on all interested parties and file a certificate of service thereon.