**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**In re:** **Case No. 26-18907 - CLC**

**Chapter 7**

**YOEL GETTER,** **Judge Corali Lopez Castro**

**Debtor.**

__________________________________________/

**AGREED MOTION TO CONTINUE HEARING ON BILYK INVESTMENT GROUP LLC'S MOTION FOR RELIEF FROM STAY**

Bilyk Investment Group LLC ("Bilyk"), by and through undersigned counsel, respectfully moves to continue the hearing presently scheduled for September 10, 2026 at 10:00 AM on Bilyk's Motion for Relief From Stay [ECF No. 48], and in support thereof states as follows:

1. On August 31, 2026, the Court entered an Amended Notice of Hearing scheduling a hearing on Bilyk's Motion for Relief from Stay [ECF No. 48] for September 10, 2026 at 10:00 AM via Zoom [ECF No. 57].
2. Counsel for Bilyk has a previously scheduled conflicting court appearance on September 10, 2026, and is therefore unavailable to attend the hearing as presently scheduled.
3. No prior continuance of the hearing on Bilyk's Motion for Relief from Stay has been requested or granted.
4. Counsel for Bilyk conferred with counsel for the Debtor regarding the requested continuance, and counsel for the Debtor consents to the relief requested herein.

5. This Motion is filed at the earliest practical opportunity following counsel's identification of the scheduling conflict.

WHEREFORE, Bilyk Investment Group LLC respectfully requests that the Court enter an Order continuing the September 10, 2026 hearing on its Motion for Relief from Stay [ECF No. 48] to the Court's next available date and granting such other and further relief as the Court deems just and proper.

Dated: August 31, 2026

Respectfully submitted,

SINGH LAW FIRM, P.A.
/s/ Jaitegh Singh
Jaitegh Singh, Esq
Florida Bar No. 100800
701 Brickell Avenue
Suite 1550
Miami, Florida 33131
Tel: (866) 746 – 4452
jsingh@singhfirm.com

**CERTIFICATION OF CONFERRAL UNDER LOCAL RULE 9013-1(a)**

Undersigned counsel certifies that on August 31, 2026, counsel conferred in good faith with Jesse R. Cloyd, Esq., counsel for the Debtor, concerning the relief requested in this Motion. Mr. Cloyd consents to the relief sought.

SINGH LAW FIRM, P.A.
/s/ Jaitegh Singh
Jaitegh Singh, Esq
Florida Bar No. 100800
701 Brickell Avenue
Suite 1550
Miami, Florida 33131
Tel: (866) 746 – 4452
jsingh@singhfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 31, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties registered to receive electronic notice, and by U.S. first-class mail and email upon: the Debtor, Yoel Getter, 9705 Collins Ave Unit 2403, Miami Beach, FL 33154-2275; counsel for the Debtor, Jesse R. Cloyd, Esq., Agentis PLLC, 45 Almeria Avenue, Coral Gables, FL 33134; the Chapter 7 trustee, Barry E. Mukamal, PO Box 14183, Fort Lauderdale, FL 33302; and the Office of the United States Trustee, 51 S.W. First Avenue, Suite 1204, Miami, FL 33130.

SINGH LAW FIRM, P.A.
/s/ Jaitegh Singh
Jaitegh Singh, Esq
Florida Bar No. 100800
701 Brickell Avenue
Suite 1550
Miami, Florida 33131
Tel: (866) 746 – 4452
jsingh@singhfirm.com