UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

YOEL GETTER Case No. 26-18907

Debtor. Chapter 7

**NOTICE OF RULE 2004 EXAMINATION**

☐ ***Testimony***: Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, [examining party] will examine [witness] under oath on [date] at [time]. The examination will be conducted [at (location)] [via video conference (include link)] [by other remote means if agreed to or ordered (include access details)] and will be recorded by [method of recording – e.g., audio, audio/visual, stenographic]. The examination may continue from day to day until completed.

☒ ***Production***: Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, Deerfield Capital, LLC requests that Optimumbank FL produce the documents, electronically stored information, or objects described on the attached schedule (or if the examination is of a witness other than the debtor, on the attached subpoena), who must provide copies of the materials on September 21, 2026 at 12:00 p.m. at Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103.[1] Under Local Rule 2004-1(d), subsections (b)(2)(B)–(E) of Fed. R. Civ. P. 34 apply to responses and objections to this request.

If the examinee receives this notice less than 14 days before the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time. The scope of the examination will be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order is necessary. If the examination is of a witness other than the debtor, a subpoena is attached to this notice.

Dated: September 2, 2026

Ciardi Ciardi & Astin

Albert A. Ciardi, III, Esq.
On behalf of Deerfield Capital, LLC

---

1 [This may be the same date, time, and place as the testimony, or a different date, time, and place.]