**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No. 26-18907-CLC** |
| **YOEL GETTER,** | : | |
| | : | **Chapter 7** |
| **Debtor.** | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Albert A. Ciardi, III, Esquire, counsel for Deerfield Capital, LLC, hereby caused on this 2nd day of September, 2026 a true and correct copy of the ***Notice of Rule 2004 Examination*** to be served upon the following as follows:

**CIARDI CIARDI & ASTIN**

By: ***/s/ Albert A. Ciardi, III***

Albert A. Ciardi, III, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Tel: (215) 557-3550
Fax: (215) 557-3551
aciardi@ciardilaw.com

***Attorney for Interested Party,***
***Deerfield Capital, LLC***

| | |
|---|---|
| Jesse R Cloyd, Esquire<br>Agentis Law<br>45 Almeria Avenue<br>Coral Gables, FL 33134<br>**Counsel for Debtor**<br><br>Via United States first class mail and electronic case filing (ecf) | Barry E Mukamal, Esquire<br>PO Box 14183<br>Fort Lauderdale, FL 33302<br>**Chapter 7 Trustee**<br><br>Via United States mail and Electronic case filing (ecf) |
| **Optimum Bank**<br>2929 East Commercial Blvd, Suite 101<br>Fort Lauderdale, Florida 33308<br><br>Via United States first mail and Federal Express | Eric J Silver, Esquire<br>150 W Flagler St # 2200<br>Miami, FL 33130<br>**Counsel to Chapter 7 Trustee**<br><br>Via United States first class mail and Electronic case filing (ecf) |