**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

Case No.: 26-18907-CLC

YOEL GETTER,

Chapter 7

Debtor. /

**DEBTOR'S AGREED MOTION TO CONTINUE HEARING ON M&M STRUCTURAL CONSTRUCTION, LLC'S MOTION FOR RELIEF FROM AUTOMATIC BANKRUPTCY STAY**

**Relief Requested Without a Hearing**

Debtor, YOEL GETTER (the "Debtor"), by and through undersigned counsel, respectfully moves this Court (the "Motion") and pursuant to Federal Rules of Bankruptcy Procedure 9006(b), respectfully moves on an agreed basis (the "Motion") for the entry of an order continuing the hearing on the *M&M Structural Construction, LLC's Motion for Relief From Automatic Bankruptcy Stay* [Dkt. No. 32] (the "Stay Relief Motion") filed by M&M Structural Construction, LLC ("M&M") currently scheduled to be heard on September 10, 2026, at 10:00 a.m. (the "Hearing"). In support of the Motion, the Debtor states:

1. On July 8, 2026, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Petition Date").

2. On August 4, 2026, M&M filed the Stay Relief Motion [Dkt. No. 32], which is currently set for hearing on September 10, 2026, at 10:00 a.m. [Dkt. No. 56].

3. Undersigned counsel has a conflict at that time and, therefore, is unable to attend the Hearing. Accordingly, undersigned counsel respectfully requests the Hearing be continued to

September 23, 2026, at 10:00 a.m. which was provided as a potential date by Judge Lopez-Castro's judicial assistant.

4. Undersigned counsel for the Debtor certifies that: (i) this Motion is not being filed for purposes of delay, (ii) that counsel for the M&M Structural Construction LLC agrees to the relief sought by this Motion; and (iii) no parties will be unjustly prejudiced by the requested relief. In accordance with Local Rule 9013-2, the Debtor has attached hereto a proposed order granting this Motion as **Exhibit "A"**, which shall also be uploaded via CM/ECF in accordance with this Court's Guidelines for Preparing, Submitting and Serving Orders.

**WHEREFORE** the Debtor respectfully requests that the Court enter an order (i) continuing the Hearing on the Stay Relief Motion to September 23, 2026, at 10:00 a.m.; and (ii) providing for such other and further relief as the Court deems just and proper.

AGENTIS PLLC
***Counsel for Debtor***
45 Almeria Avenue
Coral Gables, FL 33134
T. 305.722.2002
www.agentislaw.com

By: *_/s/ Jesse R. Cloyd_*
Jesse R. Cloyd
Florida Bar No: 58388
jrc@agentislaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on September 2, 2026.

By: *\/s/ Jesse R. Cloyd*
Jesse R. Cloyd
Florida Bar No: 58388
jrc@agentislaw.com

**26-18907-CLC Notice will be electronically mailed to:**

Jerrell A Breslin on behalf of Creditor FVP Servicing LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Plaintiff FVP Investments LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Plaintiff FVP Opportunity Fund III, LP
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Plaintiff FVP Servicing LLC
jb@jsjb.law, eservice@jsjb.law

Albert Anthony Ciardi, III on behalf of Creditor Deerfield Capital, LLC
aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Jesse R Cloyd on behalf of Debtor Yoel Getter
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Lindsay Karten on behalf of Creditor FVP Servicing LLC
lindsay@kartenlegal.com

Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert A. Stok, Esq. on behalf of Creditor M&M Structural Construction, LLC
rstok@stoklaw.com, service@stoklaw.com;ssolis@stoklaw.com;fcarmona@stoklaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

YOEL GETTER,

Debtor. /

Case No.: 26-18907-CLC

Chapter 7

**AGREED ORDER CONTINUING HEARING ON M&M STRUCTURAL CONSTRUCTION, LLC'S MOTION FOR RELIEF FROM AUTOMATIC BANKRUPTCY STAY**

THIS MATTER came before the Court upon the *Debtor's Motion to Continue Hearing on M&M Structural Construction, LLC's Motion for Relief from Automatic Bankruptcy Stay* (the "Stay Relief Motion") [Dkt. No. ] (the "Motion").[1] The Court having considered the Motion, noting the relief sought therein, and being advised of the agreement between the parties,

**ORDERS** as follows:

1. The Motion is **GRANTED**.

2. The Hearing on the Stay Relief Motion [Dkt. No. 32] is continued to **September**

[1] Any and all capitalized terms not expressly defined herein, shall bear the meaning ascribed to them in the Agreed Motion.

**23, 2026, at 10:00 a.m.** via Video Conference by Zoom for Government. The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItdeGgrDMoHu492kR90ywB25kmNrg5aFg

4. This continuance is without prejudice to the Debtor seeking an additional continuance of the hearing either by agreement or otherwise.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

**SUBMITTED BY:**
Jesse R. Cloyd
Florida Bar No: 58388
jrc@agentislaw.com
AGENTIS PLLC
**Counsel for the Debtor**
45 Almeria Avenue
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

(Copy furnished to Attorney Cloyd, who is directed to serve a conformed copy of this order upon all interested parties)