UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

YOEL GETTER, Case No. 26-18907-CLC

Debtor. Chapter 7
_________________________________/

**CROSS-NOTICE OF RULE 2004 EXAMINATION**

❹ ***Testimony*****:** Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, M&M STRUCTURAL CONSTRUCTION, LLC. will examine YOEL GETTER under oath on SEPTEMBER 4, 2026 at 10:00 AM. The examination will be conducted via video conference HTTPS://US02WEB/ZOOM.US/J/86173406016 and will be recorded by a court reporter. The examination may continue from day to day until completed.

If the examinee receives this notice less than 14 days before the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time. The scope of the examination will be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order is necessary. If the examination is of a witness other than the debtor, a subpoena is attached to this notice.

Dated: September 3, 2026

*/s/ Robert A. Stok*
ROBERT A. STOK, ESQ.
Florida Bar No. 857051
rstok@stoklaw.com