UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Case No. 26-18907-CLC

YOEL GETTER, Chapter 7

Debtor.
_______________________________________/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Cross-Notice listed below was served as follows: based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF, on the date the document was entered on the court docket, to those parties registered to receive NEF in this case as indicated on the Service List attached hereto.

1. **Cross Notice of Rule 2004 Examination** [Dkt. No. 61]. Dated: September 3, 2026.

Dated: September 3, 2026.

Respectfully submitted,

Stok Kon + Braverman
Attorneys for M&M
One East Broward Blvd., Suite 915
Fort Lauderdale, Florida 33301
P.954.237.1777
F.954.237.1737
Email: service@stoklaw.com

*/s/ Robert A. Stok*
ROBERT A. STOK, ESQ.
Florida Bar No. 857051
rstok@stoklaw.com
MITCHELL J. COHEN, ESQ.
Florida Bar No. 1048683
mcohen@stoklaw.com

**SERVICE LIST**
Case No.: 26-18907-CLC
**United States Bankruptcy Court Southern District of Florida**

(a) The following parties are registered to receive notice of Electronic Filing and should have been served through CM/ECF:

**Jerrell A Breslin**
jb@jsjb.law
eservice@jsjb.law

**Albert Anthony Ciardi**
aciardi@ciardilaw.com
sfrizlen@ciardilaw.com
dtorres@ciardilaw.com

**Patrick R Dorsey**
pdorsey@slp.law
dwoodall@slp.law
pmouton@slp.law
pdorsey@ecf.courtdrive.com
mortman@slp.law

**Barry E Mukamal**
bemtrustee@kapilamukamal.com
FL64@ecfcbis.com

**Robert A Stok**
rstok@stoklaw.com
ssolis@stoklaw.com
service@stoklaw.com
mcohen@stoklaw.com

**Eric J Silver**
esilver@stearnsweaver.com
mfernandez@stearnsweaver.com
fsanchez@stearnsweaver.com

**Jesse R Cloyd**
jrc@agentislaw.com
bankruptcy@agentislaw.com
nsocorro@agentislaw.com
bankruptcy.ecc@ecf.courtdrive.com

**Office of the US Trustee**
USTPRegion21.MM.ECF@usdoj.gov

**Jaitegh Singh**
jsingh@singhfirm.com
pacer@singhfirm.com

**Charles M Tatelbaum**
cmt@trippscott.com
aaa@trippscott.com
eservice@trippscott.com
bankruptcy@trippscott.com