**ORDERED in the Southern District of Florida on September 4, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

YOEL GETTER,

Debtor. /

Case No.: 26-18907-CLC

Chapter 7

**AGREED ORDER CONTINUING HEARING ON M&M STRUCTURAL CONSTRUCTION, LLC'S MOTION FOR RELIEF FROM AUTOMATIC BANKRUPTCY STAY**

THIS MATTER came before the Court upon the *Debtor's Motion to Continue Hearing on M&M Structural Construction, LLC's Motion for Relief from Automatic Bankruptcy Stay* (the "Stay Relief Motion") [Dkt. No. 60] (the "Motion").[1] The Court having considered the Motion, noting the relief sought therein, and being advised of the agreement between the parties,

**ORDERS** as follows:

1. The Motion is **GRANTED**.

2. The Hearing on the Stay Relief Motion [Dkt. No. 32] is continued to **September**

[1] Any and all capitalized terms not expressly defined herein, shall bear the meaning ascribed to them in the Agreed Motion.

**23, 2026, at 10:00 a.m.** via Video Conference by Zoom for Government. The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItdeGgrDMoHu492kR90ywB25kmNrg5aFg

4. This continuance is without prejudice to the Debtor seeking an additional continuance of the hearing either by agreement or otherwise.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

**SUBMITTED BY:**
Jesse R. Cloyd
Florida Bar No: 58388
jrc@agentislaw.com
AGENTIS PLLC
**Counsel for the Debtor**
45 Almeria Avenue
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

(Copy furnished to Attorney Cloyd, who is directed to serve a conformed copy of this order upon all interested parties)