**ORDERED in the Southern District of Florida on September 8, 2026.**

Corali Lopez-Castro, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**In re:** **Case No. 26-18907 - CLC**

**Chapter 7**

**YOEL GETTER,** **Judge Corali Lopez Castro**

**Debtor.**

______________________________________/

**AGREED ORDER GRANTING MOTION TO CONTINUE HEARING ON BILYK INVESTMENT GROUP LLC'S MOTION FOR RELIEF FROM STAY AND SCHEDULING CONTINUED HEARING ON SEPTEMBER 23, 2026 AT 10:00 A.M.**

THIS MATTER came before the Court upon Bilyk Investment Group LLC's Agreed Motion to Continue Hearing on Bilyk Investment Group LLC's Motion for Relief from Stay [ECF No. 58] (the "Motion"). The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby

ORDERS as follows:

1. The Motion is GRANTED.

2. The hearing presently scheduled for September 10, 2026 at 10:00 a.m. on Bilyk Investment Group LLC's Motion for Relief from Stay [ECF No. 48] is CONTINUED to September 23, 2026 at 10:00 a.m. via Zoom. Parties may register for the hearing using the following Zoom registration link:

https://www.zoomgov.com/meeting/register/vJItdeGgrDMoHu492kR90ywB25kmNrg5aFg

###

Submitted by:

Jaitegh Singh, Esq.
SINGH LAW FIRM, P.A.
701 Brickell Avenue, Suite 1550
Miami, FL 33131
Florida Bar No. 100800
Tel: (866) 746-4452
Email: jsingh@singhfirm.com
Counsel for Bilyk Investment Group LLC

Copies furnished to:

All parties entitled to notice.

Jaitegh Singh, Esq., counsel for Bilyk Investment Group LLC, must serve a copy of this Order upon all parties entitled to notice and file a certificate of service as required by Local Rule 9036-2.