UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

YOEL GETTER,

Debtor.

Case No. 26-18907-CLC

Chapter 7

---

**CROSS NOTICE OF TAKING BANKRUPTCY RULE 2004 EXAMINATION OF DEBTOR**

PLEASE TAKE NOTICE that FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC (collectively, “FVP”), by and through undersigned counsel, hereby cross notices the Rule 2004 Examination of Yoel Getter (the “Debtor”) via the notice filed at ECF No. 46, and as cross noticed at ECF No. 47, with the examination commencing on Tuesday, September 22, 2026 at 10:00 a.m. ET at [LOCATION AS SET FORTH IN ECF NO. 46], and continuing from day to day thereafter until completed.

FVP reserves all rights, including the right to examine the Debtor on any matter within the scope of Rule 2004 of the Federal Rules of Bankruptcy Procedure, to seek documents or examinations, and to seek relief from the Court with respect to any failure to appear or to comply with the notices filed at ECF Nos. 46 and 47.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter.

Respectfully submitted,

LINDSAY KARTEN, P.A.
Co-Counsel for FVP Servicing, LLC, FVP
Opportunity Fund III, LP, and FVP Investments LLC
3386 Churchill DR
Boynton Beach, Florida 33435-8119
Tel.: 561-839-3223

**By: /s/ Lindsay Karten**
Lindsay Karten, Esq.
Fla. Bar No. 30869
Lindsay@kartenlegal.com

**Served via CM/ECF:**

- Jerrell A Breslin – jb@jsjb.law; eservice@jsjb.law
- Albert Anthony Ciardi – aciardi@ciardilaw.com; sfrizlen@ciardilaw.com; dtorres@ciardilaw.com
- Jesse R Cloyd – jrc@agentislaw.com; bankruptcy@agentislaw.com; nsocorro@agentislaw.com; bankruptcy.ecc@ecf.courtdrive.com
- Patrick R Dorsey – pdorsey@slp.law; dwoodall@slp.law; pmouton@slp.law; pdorsey@ecf.courtdrive.com; mortman@slp.law
- Barry E Mukamal – bemtrustee@kapilamukamal.com; FL64@ecfcbis.com
- Office of the US Trustee – USTPRegion21.MM.ECF@usdoj.gov
- Eric J Silver – esilver@stearnsweaver.com; jless@stearnsweaver.com; fsanchez@stearnsweaver.com; cgraver@stearnsweaver.com; mfernandez@stearnsweaver.com
- Jaitegh Singh – jsingh@singhfirm.com; pacer@singhfirm.com
- Robert A. Stok – rstok@stoklaw.com; service@stoklaw.com; ssolis@stoklaw.com; fcarmona@stoklaw.com
- Charles M Tatelbaum – cmt@trippscott.com; aaa@trippscott.com; eservice@trippscott.com; bankruptcy@trippscott.com