UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

YOEL GETTER, Case No. 26-18907-CLC

Debtor. Chapter 7

_______________________________________/

**CROSS-NOTICE OF RULE 2004 EXAMINATION**

❹ ***Testimony*:** Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, M&M STRUCTURAL CONSTRUCTION, LLC. will examine YOEL GETTER under oath on SEPTEMBER 22, 2026 at 10:00 AM. The examination will be conducted at the offices of STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A., 150 West Flagler Street, Suite 2200, Miami, FL 33130 and will be recorded by a court reporter. The examination may continue from day to day until completed.

If the examinee receives this notice less than 14 days before the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time. The scope of the examination will be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order is necessary. If the examination is of a witness other than the debtor, a subpoena is attached to this notice.

Dated: September 9, 2026

*/s/ Robert A. Stok*
ROBERT A. STOK, ESQ.
Florida Bar No. 857051
rstok@stoklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this Cross-Notice was served as follows: based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF, on the date the document was entered on the court docket, to those parties registered to receive NEF in this case as indicated on the Service List attached hereto.

**SERVICE LIST**
Case No.: 26-18907-CLC
**United States Bankruptcy Court Southern District of Florida**

(a) The following parties are registered to receive notice of Electronic Filing and should have been served through CM/ECF:

**Jerrell A Breslin**
jb@jsjb.law
eservice@jsjb.law
**Albert Anthony Ciardi**
aciardi@ciardilaw.com
sfrizlen@ciardilaw.com
dtorres@ciardilaw.com
**Patrick R Dorsey**
pdorsey@slp.law
dwoodall@slp.law
pmouton@slp.law
pdorsey@ecf.courtdrive.com
mortman@slp.law
**Barry E Mukamal**
bemtrustee@kapilamukamal.com
FL64@ecfcbis.com
**Robert A Stok**
rstok@stoklaw.com
ssolis@stoklaw.com
service@stoklaw.com
mcohen@stoklaw.com

**Eric J Silver**
esilver@stearnsweaver.com
mfernandez@stearnsweaver.com
fsanchez@stearnsweaver.com
**Jesse R Cloyd**
jrc@agentislaw.com
bankruptcy@agentislaw.com
nsocorro@agentislaw.com
bankruptcy.ecc@ecf.courtdrive.co
m

**Office of the US Trustee**
USTPRegion21.MM.ECF@usdoj.
gov

**Jaitegh Singh**
jsingh@singhfirm.com
pacer@singhfirm.com
**Charles M Tatelbaum**
cmt@trippscott.com
aaa@trippscott.com
eservice@trippscott.com
bankruptcy@trippscott.com