Yoel Getter


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-18907-CLC
CHAPTER: 7

IN RE:
YOEL GETTER,

Debtor,
_______________________________/

Broward County, Florida
September 4, 2026
10:17 a.m. - 10:53 a.m.

* * *

DEPOSITION

OF

YOEL GETTER

APPEARANCES VIA VIDEOCONFERENCE:

LAW OFFICE OF ALAN I. KARTEN, PLLC
By: ALAN I. KARTEN, ESQUIRE
LINDSAY KARTEN, ESQUIRE
321 Anderson Pond Road
Aiken, SC 29803
(305)490-2767
alankartenlaw@gmail.com
Appearing on behalf of FVP Servicing, Inc.

AGENTIS, PLLC
By: JESSE CLOYD, ESQUIRE
45 Almeria Avenue
Coral Gables, Florida 33134
(305)722-2002
jrc@agentislaw.com
Appearing on behalf of the Debtor Yoel Getter.

THE RAVENSCROFT LAW GROUP, PLC
By: NOEL RAVENSCROFT, ESQUIRE
37550 Hebel Road
Richmond, Michigan 48062
(586)588-4274
noel@ravenscroftlaw.com
Appearing on behalf of Franklin Capital Group.

STEARNS WEAVER MILLER
By: DANIEL HALPERIN, ESQUIRE
150 West Flagler Street, Suite 2200
Miami, Florida 33130
(305_789-3509
dhalperin@stearnsweaver.com
Appearing on behalf of the Trustee Barry Mukamal.

STOK KON & BRAVERMAN
By: MITCHELL COHEN, ESQUIRE
1 East Broward Boulevard, Suite 915
Fort Lauderdale, Florida 33301
(954)237-1777
mcohen@stoklaw.com
Appearing on behalf of the M&M Structural Construction, LLC.

I N D E X

WITNESS: PAGE

YOEL GETTER

Direct Examination By: Mr. Karten 4

Deposition of YOEL GETTER, a witness of lawful age, taken by FVP Servicing, Inc., for the purpose of discovery and for use as evidence in the above-entitled matter, pursuant to notice heretofore filed, before ANDREA FRIAS, Court Reporter, a Notary Public in and for the State of Florida at Large, taken via videoconference, County of Miami-Dade, State of Florida, on the 4th day of September, 2026, commencing at 10:17 a.m.

* * *

Whereupon,

THE COURT REPORTER: We are on the record. Today's date is September 4, 2026, and the time is 10:17 a.m. This is the videoconference deposition of Yoel Getter. My name is Andrea Frias. I'm a court reporter with Prestige Reporting Service.

Counsel, can you please state your appearances for the record and let us know who you represent, after which I will go ahead and swear in the witness.

MR. KARTEN: Alan Karten on behalf of the Plaintiff, FVP Servicing.

MR. CLOYD: Jesse Cloyd, C-L-O-Y-D, on behalf of the Debtor, Yoel Getter.

MR. COHEN: Good morning, Mitchell Cohen on

behalf of the creditor, M&M Structural Construction, LLC.

MS. KARTEN: Lindsay Karten, co-counsel for FVP Servicing, Inc.

MR. RAVENSCROFT: Noel Ravenscroft on behalf of Franklin Capital Group.

MR. HALPERIN: My apologies. I'm having camera issues.

Daniel Halperin on behalf of Barry Mukamal, filling in for Eric. Barry Mukamal, the trustee.

Whereupon,

YOEL GETTER

a witness of lawful age, being called as a witness by FVP Servicing, the Creditor, having been first duly sworn, testified under oath as follows:

THE WITNESS: Yes.

DIRECT EXAMINATION

BY MR. KARTEN:

Q Mr. Getter, have you ever been deposed before?

A Yes.

Q How many times?

A I don't remember.

Q Do you know the case that you were deposed in, were you a plaintiff, defendant or a witness?

A I don't remember.

Q Do you know how long ago you were deposed?
A No.
Q All right. So I'm going to ask you a series of questions, and you'll give me the answers to the best of your recollection.
If you don't understand the question, please let me know that you don't understand the question and I'll try to explain it or change it so that it's more understandable to you. I don't want you to guess at answers unless I ask you to speculate, then you can speculate. If you need to explain an answer or have an explanation to a question that I ask you, please let me know you wish to explain it.
Do you understand that?
A Yes.
Q Okay. Do you understand that you're under oath and subject to perjury?
A Yes.
Q Do you know what perjury is?
A Yes.
Q What is it?
A What is perjury?
Q Yes.
A Lying under oath.
Q To the best your understanding.

A Lying under oath.
Q Did you file a Chapter 7 petition in the Southern District of Florida, on July 31, 2026?
A Yes.
Q Did you sign that petition?
A Yes.
Q And the declaration about the individual debtor schedules that are on page 49, dated January -- excuse me, July 31st are true and correct?
A Yes.
Q Did you also file a statement of financial affairs?
A Yes.
Q I'm sorry, did you read the schedules before you signed them?
Hold on a second. Sorry about that.
Did you read the schedules before you signed them?
A Yes.
Q So all of these documents, the schedules and the petition itself, you read thoroughly?
A Yes.
Q Did you have an opportunity to make corrections, additions or substractions from those documents?

A I think so.
Q Without telling me what the conversation was with your attorney, did you go over those schedules with your attorney?
A Yes.
Q Did you go over the petition with your attorney?
A Yes.
Q And you read every single page of both the schedules and the petition?
A I believe so.
Q Did you need anyone to read them to you or explain them to you or any portion of them to you?
A No.
Q In the declaration it says that making a full statement, concealing property or obtaining money or property by fraud in connection with the bankruptcy case can result in fines of up to $250,000 or imprisonment for up to 20 years or both.
Did you read that statement?
A I don't remember, but I think so.
Q Did you understand it?
A I don't remember. What do you mean, what you just said, if I understand what it says?
Yeah. I understand.

Yoel Getter


Q Do you understand what that says and what it means?

MR. CLOYD: Objection to form.

BY MR. KARTEN:

Q What was your answer?

A Yeah. I understand what you just said, yes. I speak English and understand English.

Q You personally provided the information that are contained in the schedules and the petition and the statement of financial affairs?

A If I what?

Q Did you provide the information that is contained in the statement of financial affairs, the petition and the schedules?

A Yes.

Q Did anyone else provide information to your lawyer concerning the statement of financial affairs, the petition or the schedules?

A No.

Q Was any information provided by Aaron Getter?

A No.

Q Do you have an arrangement with Aaron Getter concerning the payment of attorney's fees?

MR. CLOYD: Objection to form.

A If I have an arrangement with him? What does

that mean?

BY MR. KARTEN:

Q Is he paying your attorney's fees?

A He pays -- he's paid, so far, the attorneys, yes.

Q How much has he paid?

A I don't know.

MR. CLOYD: Objection to form.

I don't know how this is relevant to the motion, how much has been paid in this case.

MR. KARTEN: I'll move on.

BY MR. KARTEN:

Q When you filed the schedules and your petition did you give your lawyer copies of bank statements?

A I believe so.

Q Tax returns?

A I believe so.

Q Did you have an opportunity or did you change at a later date any of the schedules that you filed initially?

A I think we did.

Q Okay. Do you know what you changed?

A By heart, no.

Q Did it have anything to do with Hybar?

A I don't remember. I don't think so.

Q As of this moment, have you turned over all your books and records to the Chapter 7 trustee?
A If I've turned over all my books and records? I don't know. I have no idea.
You have to speak to my -- you have to speak with my attorney.
Q Have you been asked to turn over any books or records to the Chapter 7 trustee?
A I think they sent us a request for documents. And we're working on putting it together.
Q Okay. Fair enough.
You currently have no income; correct?
A No.
Q That's not correct?
A I said I don't have any income right now, no.
Q And currently, how much do you have in the bank? I think your petition said $30?
A Something like that.
Q Do you have a job?
A If I have a job? I'm working on trying to get back into my business I used to do.
Q And what is that business, please?
A Cash advance.
Q When you say that you're working on it, what exactly does that mean?

A I'm trying to source deals, trying to broke the deals and get them funded and get paid commission on it.

Q Have you been able to proffer or make any deals?

A Recently? No.

Q How about in the last year?

A I don't know.

Q Last six months?

A I don't know.

Q Have you done any business with Arumi Lubin (phonetic)?

A If I've done business with Arumi Lubin? Five years ago.

Q None in the last year?

A No.

Q How about Cheetah Funding?

A Cheetah Funding? No. I don't know who that is.

Q Do you know an individual by the name of Gabriel?

A Yeah.

Q Who is he?

A Who he is? A friend of mine. I know him.

Q Do you know his full name?

A Who?

Q Do you know his full name?

A Isakov.

Q Have you done business with him in the last year?

A I don't remember.

Q Have you done business with him in the last six months?

A I don't remember.

Q Have you attempted to do business with him in the last year?

A I don't remember.

Q Do you know the nature of Mr. Isakov business?

A He does -- he has a couple different types of businesses.

Q MCAs?

A An MCA too.

Q What else does he do, to your knowledge?

A What he does? He has a real estate company, does real estate. He does different types of businesses.

Q Would you have any records of communications between yourself and Mr. Isakov over the last year?

MR. CLOYD: Objection.

Hey, Mr. Karten, I'm trying to get you some

leeway here in this. We're here today --

MR. KARTEN: I'll move on.

MR. CLOYD: Well, hold on. I'm going to say what I want to say on the record.

We're here today on a very narrow issue, and that's the good faith of filing this bankruptcy. And, really, the pieces that are alleged in your motion are the timing of the filing, the amount of creditors, and that it was a non-dischargeable debt. That's all you've alleged.

That's why we're here today. All this other stuff, if you want to take a Rule 2004 or do this in the adversary proceeding, you're perfectly welcome to. But that's not why we're here today.

MR. KARTEN: Are you -- I'm not questioning you. I'm just stating for the record.

BY MR. KARTEN:

Q I guess, you're aware that there was an amended complaint filed?

A Yeah.

MR. CLOYD: I understand. But we're not here today on the adversary.

I mean, you're going to be able to do your deposition in the adversary. We're here today really on a narrower issue, and that's what you

alleged in your motion for stay relief, and really the narrow issue of good faith.

So all this other stuff about his businesses and other people, that's not for today.

MR. KARTEN: Okay. I understand your position.

BY MR. KARTEN:

Q In the schedule you stated that you are unemployed.

And I think that's what you just testified to; correct?

A Correct.

Q Do you know your last date of employment?

A No.

Q Have you ever been employed by anyone?

A Employed by anyone? I don't remember. Yeah. I have. I'm sure I have. I just don't remember.

Q Did you hear the question?

A What? I didn't hear you, no. What did you say?

Q Is there --

A I can't hear you.

THE COURT REPORTER: Excuse me, Mr. Karten, you broke up.

Can you repeat the question, please?

BY MR. KARTEN:
Q Is there an individual by the name of Amy Vargas that lives with Mr. Getter?
A Me? No.
Q Does she live in the residence that you live in?
A No.
Q Does she work for your brother?
A I don't know.
Q Well, how would she be able to accept service of process?
MR. CLOYD: Objection. Objection.
Mr. Karten, what are we doing here today? You're going into things that are not scheduled for today.
We just talked about this two minutes ago.
BY MR. KARTEN:
Q Your schedule says that you paid your current attorney $31,918.65.
Was that paid by your brother or you?
A If it was paid -- I told you before, my brother paid my attorney.
Q And how about the $10,000 retainer to Bernath and Rosenberg?
A I don't remember. I think my brother paid for

it. But I don't remember.

Q What about the $10,000 retainer to Weisberg, Kainen & Mark, PL?

A I don't remember.

Q Have you currently been notified that you're under a criminal investigation by any authority?

A No.

Q Do you go out to dinner or out to eat?

A Yeah, sometimes.

Q How do you pay for that?

A How do I pay for it? It depends. Every time is different.

Q Give me some scenarios of how those get paid for.

A Either my brother helps me, my father helps me.

Q Okay. When your brother helps you or your father helps you, do they put money in a bank account or do you have a charge card or both?

A If they pay? No. I use -- I use -- it depends. I used to use my credit card, and they used to pay it.

Q Did you go out to eat last night?

A No.

Q Have you gone out this week?

A I don't remember.
Q How about in the last two weeks, have you gone out to eat?
A I don't remember.
MR. CLOYD: Mr. Karten, again, we're here today -- we're here today on bad faith filing, not what he's doing after the petition was filed.
That's -- I'm at a loss --
THE WITNESS: Maybe he --
MR. CLOYD: I'm at a loss right now as to what we're doing today.
A He's making sure I have food. He wants to take me out for dinner.
BY MR. KARTEN:
Q I want to address Schedule A and B, part 4, if I may.
56 Bal Bay Drive, LLC, a New York company, can you tell me about that?
A I don't remember.
Q In your petition you say that you sold it in 2022.
A Yeah. Something like that.
Q Does that refresh your recollection?
A Yeah.
Q Tell me about it.

A What do you want to know?
Q What was it? What did you do?
A It had a house.
Q And you sold the house?
A Yeah.
Q And is the company active or inactive?
A Inactive.
Q Did you make a profit?
A No.
Q How about City Capital New York, LLC?
A What about it?
Q What is the current status of that corporation?
A Current? Debt.
Q What does that mean, debt? It's dissolved?
A Yeah, pretty much.
Q Or is it active?
A No. It's dissolved.
Q You actively dissolved it or was it involuntarily dissolved?
MR. CLOYD: Objection to form.
A I'm not sure.
BY MR. KARTEN:
Q And you never -- your testimony is that you never used City Capital New York, LLC?

A I think we amend it -- I think we amended it, so.

Q What was it used for?

You did amend it. I'll stipulate to that. What was it used for?

A It was used for cash advance.

Q And who did you do business with?

A I don't know. A lot of people.

Q Do you recall any of the people you did business with, with City Capital New York?

A No.

Q How about Funding Solutions, LCC, a Connecticut corporation?

A Debt.

Q Debt meaning?

A It was never used, just opened.

Q Instar Capital, LLC --

A I think it was --

Q -- a Wyoming corporation?

A I don't think it was ever used to do business.

Q Why was it incorporated?

A Because I was bored.

Q Can you explain that a little bit?

A No. I can't. I don't understand the question. I incorporated the company.

Q For what purpose?
A Because I liked the name.
Q Why did you pick Wyoming?
A My attorney picked it.
Q Quick Capital, Inc.?
A Closed.
Q Let me go back to Instar Capital, the Wyoming corporation.
You're aware of the Wyoming laws or have you been informed about Wyoming laws being different to find out who owns the corporation?
MR. CLOYD: Objection to form. And objection to attorney/client privilege.
If you had those communications with your attorney, you don't need to answer.
A My attorney opened the corporation. And that's it.
BY MR. KARTEN:
Q Did you choose Wyoming or your attorney?
A I don't remember.
Q Have you had conversations with anyone, except for an attorney, that advised you to a Wyoming corporation was a good way to hide the identity of the owner?
MR. CLOYD: Objection to form.

A I spoke to my attorney. And that's it.

BY MR. KARTEN:

Q Quick Capital, Inc., New York?

A Closed.

Q Does that have a tax liability?

A Yeah.

Q Approximately 357,000-plus?

A Way more.

Q Way more.

And what does that tax liability stem from?

A Full taxes that were never paid.

Q Okay. Taxes on business that Quick Capital, Inc. conducted?

A Correct.

Q Is that MCA business or other?

A MCA.

Q When is the last year you filed a tax return?

A 2024.

Q 2020?

A 2024.

Q When is the last year Quick Capital Inc. filed a tax return?

A 2024.

Q Okay.

A I believe it was done as final.

Q Riverside Capital New York, LLC?
A A debt company.
Q A debt company that's been involved in litigation, though; right?
A No.
Q So your testimony is Riverside Capital New York, LLC has not been involved in any litigation?
A Maybe other people have the same name, but not my company.
Q SkyTop Holdings, LLC?
A Not my company.
Q Whose company is that?
A SkyTop is, I believe, my brother's.
Q Okay. I'm not asking you about SkyTop GRP. So you're not confused. I'm asking, specifically, about SkyTop Holdings, LLC, a Connecticut corporation.
Same testimony?
A If it is -- if it is a company that I own, it was never used. It may be my brother's company. I don't remember everything.
You could send my -- you could send my attorney a list of questions, and I can look them up for you.
Q Thank you.
Speed Funding Solutions, LLC, same thing?

A Who?
Q Speed Funding Solutions.
A Yeah.
Q A Delaware corporation.
A Didn't we go through all these questions already?
Q No.
A You did it by the creditor's meeting.
Q MGCR Partners, also, you own 25 percent of that?
A Yeah.
Q What does it own?
A What?
Q What does it own?
A Real estate.
Q Okay. Is this the -- I think the trustee asked about this; is that your recollection?
A Yeah.
Q All right. Do you recall that on June 19th of 2025, that you caused the company by the name of SkyTop GRP, LLC to be incorporated in the State of Florida?
A It's not true. I didn't cause anything. So not true what you're trying to say.
Q You did not file the articles --
A I open -- I opened the corporation for my

brother. How it was filed or way it was done the way it was done, it was done next.

Q Okay. So you filed the articles of organization for a Florida limited liability company in the name of SkyTop GRP, LLC; correct?

A Correct. If you say that.

Q Well, no. I don't say that. I mean --

A No. I don't know. I told you I open -- I opened it for my brother. How it was structured, they put me as a member or something, I don't know.

Q Well, did you physically go online and do the filing?

A No. No.

Q Who did it?

A I think an attorney. Well, maybe I did it wrong. I don't remember, put it that way. I don't remember.

Q Okay. You don't recall because an attorney didn't do it, just so you know?

A Okay. So maybe I did do it.

Q Okay.

A Maybe I filed it wrong.

Q Is it safe to say that the person that's authorized to manage the LLC is you, not your brother; are you aware of that?

A No, not true.
Q It's not true? That's a false statement?
A I don't know. I don't know. I don't know what it says.
Q Okay. So should I show it to you? Would that refresh your recollection?
A And even if it was done -- if it was set up wrongly, it was set up wrongly. It doesn't change the facts of it.
Q Okay.
A We can go and -- I can go in and amend it.
Q All right. Next would be the fact that you incorporated this corporation.
A Okay.
Q And you listed the mailing address and the registered agent address as 13 -- no, excuse me, 1135 Kane Concourse, Sixth Floor, Bay Harbor Islands, Florida.
Do you recall doing that?
A No.
Q Did you once have an office at that address?
A I used to have an office. My brother had an office there, yes.
Q But on June 19th of 2025, you no longer had an office there; right?

A I don't remember.

Q Is there any reason that you would list an address or incorporation or is that something that you would do if it's not your address?

MR. CLOYD: Object to form.

A I don't know what you're saying.

BY MR. KARTEN:

Q You incorporated SkyTop GRP, LLC. You physically incorporated it by using an electronic transmission through Sunbiz.org; is that not a fact?

A I don't know. No. That's not a fact. That's your assumption. It's not a fact.

Q Has SkyTop GRP done any business in the last year?

A I'm not going to answer any questions regarding my brother's companies, so.

Q Why is that?

A Because you got to go speak to him.

Q I'm asking you if you know whether it's done any business.

A I don't --

MR. CLOYD: Objection.

Mr. Karten -- Mr. Karten, we're not -- we're not here today on 2024. This is not the purpose of today. We're here today because you wanted to take

a deposition regarding the good faith filing of the petition and the allegations in your motion. None of which are touching on the subjects.

If you got questions regarding the motion, you know, please do it. If not, I think we need to end this if this is the way it's going to go.

MR. KARTEN: I'll move on.

BY MR. KARTEN:

Q Just brief questions about do you recall filing a fact information sheet on January 7, 2026, in our case, form 1.977?

MR. CLOYD: Objection to the scope.

Again, Mr. Karten -- Mr. Karten, are you just trying to see how much you can fit into this deposition?

We have other opportunities to do this. Today we're here for a very limited purpose.

BY MR. KARTEN:

Q Are you there?

A Yes.

Q Let's go back.

Are you aware of the lawsuit filed against you, in Broward County, Florida, by FVP Servicing and other entities?

A I guess, yeah. I know about it, yeah.

Q Have you had -- ever had an opportunity to read or review the fourth amended complaint in the lawsuit?
A No.
Q I'll repeat the question.
Have you ever had the --
A I have not read any documents related to that case.
Q Why is that?
A Because I was not involved in the case. And you guys -- you know you didn't serve me right. You got a default judgment. That's about it.
So you know I have nothing to do with it. And I have no idea about that case. And that's it.
Q So you're unaware of the fact that the fourth amended complaint alleges that you engineered a scheme using a sham paperwork and made phantom debt --
MR. CLOYD: Objection. Objection.
It's outside the scope for today.
MR. KARTEN: It has to do with the fraud.
MR. CLOYD: You have an adversary proceeding on this. It doesn't have to do with the fraud. That's not why we're here.
You're alleging a bad faith bankruptcy filing. And all you've alleged as far as that is the timing

of the filing, the amount of creditors, that it mirrored the bankruptcy filing of the co-defendant, and that -- and that was it. And you've alleged that the complaint is not dischargeable, which you filed an adversary proceeding for that.

There's no other issues before us today. So going into the facts of a pending litigation, a pending adversary proceeding, it goes outside your scope that you noticed for today.

MR. KARTEN: So you're saying my scope is limited to the bankruptcy proceeding?

MR. CLOYD: Your scope is limited to the allegations in your motion for stay relief and the issue of, really, bad faith, which is what adversary --

MR. KARTEN: But my motion for -- the motion for stay relief has to do with the fact that -- 1, that the witness is completely not credible. 2, that there is a valid judgment against the debtor. And 3, that he had the opportunity to litigate all this.

MR. CLOYD: No. Those are the allegations -- those are the allegations where you --

MR. KARTEN: Those are all factors that the Court can --

MR. CLOYD: No.

MR. KARTEN: -- view and weight.

MR. CLOYD: No. That's your argument as to why the debt is non-dischargeable.

MR. KARTEN: It's also why the stay should be lifted. But the stay should be lifted because it's a non-dischargeable debt. So they're interlineate -- they're intertwined. And it's perfectly intertwined.

MR. CLOYD: No. We're not going to go -- we're not going to go to the adversary today. If that's what you're thinking to do, we can stop now and bring it before the Judge.

MR. KARTEN: Let's bring it before the Judge. Because his fraud and what's going on in the adversary proceeding is a factor for the Judge to consider whether to lift the stay.

We have a valid claim for dischargeability. That's something that the Judge can take into account, as a fact to consider whether to lift it.

MR. CLOYD: Okay. We can bring it up before the Judge, because --

MR. KARTEN: Let's bring it up.

I'm not waiving my right to continue this deposition. We can go litigate that.

Is that what you want to do?

MR. CLOYD: Yeah. We're not going into the adversary today. If that's what you're going to do --

MR. KARTEN: I'm not going into the adversary. I'm going into a factor --

MR. CLOYD: No. That's not --

MR. KARTEN: -- that the Judge can consider whether this was a good faith filing or not.

MR. CLOYD: No. The Judge -- the Judge can consider whether this is a good or bad faith filing.

The Eleventh Circuit has said that a non-dischargeable debt is not a reason to lift the stay.

MR. KARTEN: It's not a reason. It is one factor that can be considered.

MR. CLOYD: Sure. You filed an adversary -- you filed an adversary proceeding for that very reason. And you just filed an amended complaint, I think, two days ago.

So today you're intending to take testimony regarding that issue after you just filed the complaint. We haven't even answered it yet.

MR. KARTEN: Okay. So -- so what?

MR. CLOYD: Okay. You got our position, if that's what you want to take the rest of the deposition on, we'll stop now and we'll go before the Judge. I'm fine with that.

MR. KARTEN: I certainly want to go into -- I certainly want to go into whether it's in good faith or not, knowing that he has perjured himself on numerous occasions that I can prove demonstratively, both in the state court proceeding and in his schedule.

MR. CLOYD: You're welcome to --

MR. KARTEN: I think that's something the Judge can consider as a factor whether or not to lift the stay or not.

MR. CLOYD: You're welcome to --

MR. KARTEN: That's my position.

I understand your position, if you want to take it before the Judge.

MR. CLOYD: Yeah.

MR. KARTEN: But I intend on going and ask him all these questions.

MR. CLOYD: We're not going to go through the adversary today. We're not sure of the issues on the underlying lawsuit. That's not going to happen today.

MR. KARTEN: Okay. And I'm going to ask him questions about all that. So I assume you'll file for a protective order.

MR. CLOYD: We'll just end it now.

You're outside the scope, and you're going into matters that aren't scheduled for today.

MR. KARTEN: We're going in circles.

My position is it is relevant, and it's questions that I missed. Okay. Understood.

MR. CLOYD: Why don't we --

MR. KARTEN: I'm not going to fight with you. Jesse, I'm not fighting with you.

MR. CLOYD: I'm not --

MR. KARTEN: I understand your position. You understand my position. We'll take it from there.

MR. CLOYD: Okay. We can take it before the Court, and we'll let the Judge decide.

MR. KARTEN: Very good.

So I'm not waiving my right to continue this deposition.

MR. CLOYD: Yeah. And I'm not asking you to waive it.

So why don't we continue it then? We'll get it before the Judge next week, if we can.

MR. KARTEN: Okay. All right. Very good.

Thank you.

MR. CLOYD: Thank you.

(The deposition was concluded at 10:53 a.m.)

(The reading and signing of this deposition is not waived.)

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, ANDREA FRIAS, Notary Public in and for the State of Florida at Large, do hereby certify that YOEL GETTER appeared via videoconference on this 4th day of September, 2026, provided proof of identification, and was by me duly sworn.

Identification Produced: FL driver's license

ANDREA FRIAS, Notary Public
State of Florida at Large

My Commission: HH409067
My Commission Expires: July 16, 2027
Bonded through Notary Public Underwriters

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

I, ANDREA FRIAS, Court Reporter, do hereby certify that I was authorized to and did stenographically report the deposition of YOEL GETTER; that a review of the transcript was requested; and that the foregoing transcript, pages 1 through 35 inclusive, is a true and correct record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative or employee of any of the parties, nor relative or employee of such attorney or counsel, or financially interested in the foregoing action.

This certification does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the reporter.

DATED this 10th day of September, 2026.

ANDREA FRIAS, Court Reporter

PRESTIGE REPORTING SERVICE, INC.
P.O. Box 267967
Weston, FL 33326
(954) 764-7297
info@prestigereportingservice.com

September 4, 2026

IN RE: YOEL GETTER

WITNESS: Yoel Getter
c/o Jesse Cloyd, Esquire
Via Email: jrc@agentislaw.com

The deposition taken in the above-styled case on September 4, 2026, is now ready for signature. Please contact our office at (954)764-7297 to make an appointment to sign same. Our office hours are 9:00 a.m. to 5:00 p.m. Monday through Friday.

The original of this deposition has been forwarded to the ordering parties and your errata sheet, once received, will be forwarded to all ordering parties. If you wish to now waive your right to read and sign, please sign the bottom of this letter and forward it to us at production@prestigereportingservice.com. Should you have any questions, please feel free to contact our office. Thank you for your cooperation in this matter.

Sincerely,

Andrea Frias, Court Reporter

______________________________________________

I do hereby waive my signature.

______________________ ______________
YOEL GETTER Date

IN RE: YOEL GETTER

WITNESS: YOEL GETTER DATE:

DO NOT WRITE ON THE TRANSCRIPT - ENTER CHANGES BELOW

Under penalties of perjury, I, the undersigned, do hereby certify that I have read the foregoing deposition, or have had it read to me, and that to the best of my knowledge said deposition is:

_____ True and accurate; or

_____ Except for changes and/or corrections below, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the ______ day of________________, 2026

____________________________
YOEL GETTER

You may email this executed form(s) to the reporter of record: Production@prestigereportingservice.com

DEPOSITION ERRATA SHEET

Page No. _______ Line No. _______ Change to: ___________
_______________________________________________________
Reason for change: ____________________________________
Page No. _______ Line No. _______ Change to: ___________
_______________________________________________________
Reason for change: ____________________________________
Page No. _______ Line No. _______ Change to: ___________
_______________________________________________________
Reason for change: ____________________________________
Page No. _______ Line No. _______ Change to: ___________
_______________________________________________________
Reason for change: ____________________________________
Page No. _______ Line No. _______ Change to: ___________
_______________________________________________________
Reason for change: ____________________________________
Page No. _______ Line No. _______ Change to: ___________
_______________________________________________________
Reason for change: ____________________________________

Signature: ___________________________ _______________
YOEL GETTER Date

Page No. _______ Line No. _______ Change to: _____________

_________________________________________________________________

Reason for change: ___________________________________________

Page No. _______ Line No. _______ Change to: ___________

_________________________________________________________________

Reason for change: ___________________________________________

Page No. _______ Line No. _______ Change to: _____________

_________________________________________________________________

Reason for change: ___________________________________________

Page No. _______ Line No. _______ Change to: ___________

_________________________________________________________________

Reason for change: ___________________________________________

Page No. _______ Line No. _______ Change to: _____________

_________________________________________________________________

Reason for change: ___________________________________________

Page No. _______ Line No. _______ Change to: ___________

_________________________________________________________________

Reason for change: ___________________________________________

Page No. _______ Line No. _______ Change to: ___________

_________________________________________________________________

Reason for change: ___________________________________________

Signature: __________________________ _______________
YOEL GETTER Date

**$10000** 16:23 17:2
**$250000** 8:18
**$30** 11:17
**$3191865** 16:19
**&** 2:21 17:3
**10th** 37:19
**19th** 24:19 26:24
**2618907clc** 3
**31st** 7:9
**357000plus** 22:7
**4th** 4:8 36:7
**aaron** 9:20,22
**able** 12:4 14:23 16:10
**about** 7:7,16 12:7,17 15:3 16:16,23 17:2 18:2,18,25 19:10,11 20:12 21:10 23:14,15 24:17 28:9,25 29:12,14 34:2 (23)
**aboveentitled** 4:4
**abovestyled** 38:9
**accept** 16:10
**account** 17:18 31:20
**accurate** 39:8
**action** 37:15
**active** 19:6,17
**actively** 19:19
**additions** 7:24
**address** 18:15 26:15,16,21 27:3,4 (6)
**advance** 11:23 20:6
**adversary** 14:13,22,24 29:21 30:5,8,15 31:11,16 32:3,5,18,19 33:23 (14)
**advised** 21:22
**affairs** 7:12 9:10,13,17 (4)
**after** 4:19 18:7 32:23
**again** 18:5 28:13
**against** 28:22 30:19
**age** 4:2 5:13
**agent** 26:16
**agentis** 2:7
**ago** 6:1 12:14 16:16 32:21 (4)
**ahead** 4:19
**alan** 2:2,3 4:21
**alankartenlaw@gmailcom** 2:5
**allegations** 28:2 30:13,22,23 (4)
**alleged** 14:7,10 15:1 29:25 30:3 (5)
**alleges** 29:16
**alleging** 29:24
**almeria** 2:45
**already** 24:6
**also** 7:11 24:9 31:5
**am** 11,11 4:9,14 35:3 37:12 38:9 (7)
**amend** 20:1,4 26:11
**amended** 14:19 20:1 29:2,16 32:20 (5)
**amount** 14:8 30:1
**amy** 16:2
**anderson** 2:4
**andor** 37:18 39:9
**andrea** 4:5,15 36:5,15 37:5,23 38:20 (7)
**answer** 6:11 9:5 21:15 27:15 (4)
**answered** 32:24
**answers** 6:4,10
**anyone** 8:12 9:16 15:15,16 21:21 (5)
**anything** 10:24 24:22
**apologies** 5:7
**appearances** 2:1 4:17
**appeared** 36:7
**appearing** 2:6,10,15,19,24 (5)
**apply** 37:16
**appointment** 38:11
**approximately** 22:7
**are** 4:12 7:8,9 9:9 14:7,8,15 15:8 16:13,14 25:25 28:3,13,19,22 30:22,23,24 38:9 (19)
**aren't** 34:6
**argument** 31:3
**arrangement** 9:22,25
**articles** 24:24 25:3
**arumi** 12:11,13
**ask** 6:3,10,12 33:20 34:1 (5)
**asked** 11:7 24:17
**asking** 23:14,15 27:19 34:21 (4)
**assume** 34:2
**assumption** 27:12
**attempted** 13:10
**attorney** 8:3,4,7 11:6 16:19,22 21:4,15,16,19,22 22:1 23:22 25:15,18 37:14 (16)
**attorney's** 9:23 10:3
**attorneyclient** 21:13
**attorneys** 10:4
**authority** 17:6
**authorized** 25:24 37:6
**avenue** 2:45
**aware** 14:18 21:9 25:25 28:22 (4)
**b** 18:15
**back** 11:21 21:7 28:21
**bad** 18:6 29:24 30:14 32:11 (4)
**bal** 18:17
**bank** 10:14 11:17 17:18
**bankruptcy** 1 8:17 14:6 29:24 30:2,11 (6)
**barry** 2:19 5:9,10
**bay** 18:17 26:17
**because** 20:22 21:2 25:18 27:18,25 29:10 31:6,15,22 (9)
**before** 4:5 5:19 7:14,17 16:21 30:6 31:13,14,21 33:3,18 34:16,24 (13)
**behalf** 2:6,10,15,19,24 4:21,23 5:1,5,9 (10)
**being** 5:13 21:10
**believe** 8:11 10:15,17 22:25 23:13 (5)
**below** 39:4,9
**bernath** 16:23
**best** 6:4,25 39:6
**between** 13:23
**bit** 20:23
**bonded** 36:20
**books** 11:2,3,7
**bored** 20:22
**both** 8:9,19 17:19 33:9 (4)
**bottom** 38:15
**boulevard** 2:22
**box** 38:267967
**braverman** 2:21
**brief** 28:9
**bring** 31:13,14,21,23 (4)
**broke** 12:1 15:24
**brother** 16:8,20,22,25 17:15,17 25:1,9,24 26:22 (10)
**brother's** 23:13,19 27:16
**broward** 10 2:22 28:23
**business** 11:21,22 12:11,13 13:4,7,10,13 20:7,10,20 22:12,15 27:13,20 (15)

**businesses** 13:15,21 15:3
**called** 5:13
**camera** 5:8
**can** 4:17 6:10 8:18 15:25 18:17 20:23 23:22 26:11,11 28:14 30:25 31:12,19,21,25 32:8,10,17 33:8,13 34:16,24 (22)
**can't** 15:22 20:24
**capital** 2:15 5:6 19:10,25 20:10,17 21:5,7 22:3,12,21 23:1,6 (13)
**card** 17:19,21
**case** 3 5:23 8:17 10:10 28:11 29:8,10,14 38:9 (9)
**cash** 11:23 20:6
**cause** 24:22
**caused** 24:20
**certainly** 33:5,6
**certificate** 36:1 37:1
**certification** 37:16
**certify** 36:6 37:6,12 39:5 (4)
**change** 6:8 10:18 26:8 40:3,5, 6,8,9,11,12,14,15,17,18,20 41: 1,3,4,6,7,9,10,12,13,15,16,18,1 9,21 (29)
**changed** 10:22
**changes** 39:4,9,10
**chapter** 7:2 11:2,8
**charge** 17:19
**cheetah** 12:17,18
**choose** 21:19
**circles** 34:7
**circuit** 32:13
**city** 19:10,25 20:10
**claim** 31:18
**closed** 21:6 22:4
**cloyd** 2:8 4:23,23,23 9:3,24 10:8 13:24 14:3,21 16:12 18:5,10 19:21 21:12,25 27:5,22 28:12 29:18,21 30:12,22 31:1,3,10,21 32:2,7,10,18 33:1,11,15,19,22 34:4,10,13,16,21 35:2 38:7 (43)
**co** 38:7
**cocounsel** 5:3
**codefendant** 30:2
**cohen** 2:21 4:25,25
**commencing** 4:9
**commission** 12:2 36:19,16
**communications** 13:22 21:14
**companies** 27:16
**company** 13:19 18:17 19:6 20:25 23:2,3,9,11,12,18,19 24:20 25:4 (13)
**complaint** 14:19 29:2,16 30:4 32:20,24 (6)
**completely** 30:18
**concealing** 8:16
**concerning** 9:17,23
**concluded** 35:3
**concourse** 26:17
**conducted** 22:13
**confused** 23:15
**connecticut** 20:13 23:16
**connection** 8:17
**consider** 31:17,20 32:8,11 33:13 (5)
**considered** 32:17
**construction** 2:24 5:2
**contact** 38:10,17
**contained** 9:9,13
**continue** 31:24 34:19,23
**control** 37:18
**conversation** 8:2
**conversations** 21:21
**cooperation** 38:17
**copies** 10:14
**coral** 2:9
**corporation** 19:13 20:13,19 21:8,11,16,23 23:16 24:4,25 26:13 (11)
**correct** 7:9 11:12,14 15:11,12 22:14 25:5,6 37:10 (9)
**corrections** 7:24 39:9
**could** 23:21,21
**counsel** 4:17 37:14
**county** 10 4:7 28:23 36:3 37:3 (5)
**couple** 13:14
**court** 1 4:5,12,16 15:23 30:25 33:9 34:17 37:5,23 38:20 (11)
**credible** 30:18
**credit** 17:21
**creditor** 5:1,14
**creditor's** 24:8
**creditors** 14:9 30:1
**criminal** 17:6
**current** 16:18 19:12,14
**currently** 11:12,16 17:5
**d** 3:1
**daniel** 2:17 5:9
**date** 4:13 10:19 15:13 38:24 39:2 40:23 41:24 (7)
**dated** 7:8 37:19
**day** 4:8 36:8 37:19 39:14 (4)
**days** 32:21
**deals** 12:1,2,5
**debt** 14:10 19:14,15 20:14,15 23:2,3 29:17 31:4,7 32:14 (11)
**debtor** 7 2:10 4:24 7:8 30:19 (5)
**decide** 34:17
**declaration** 7:7 8:15
**default** 29:12
**defendant** 5:24
**delaware** 24:4
**demonstratively** 33:9
**depends** 17:11,21
**deposed** 5:19,23 6:1
**deposition** 15 4:1,14 14:24 28:1,15 31:25 33:3 34:20 35:3,4 37:7 38:9,13 39:6,6,9 40:1 (18)
**dhalperin@stearnsweaverco m** 2:19
**didn't** 15:19 24:5,22 25:19 29:11 (5)
**different** 13:14,20 17:12 21:10 (4)
**dinner** 17:8 18:13
**direct** 3:4 5:17 37:18
**direction** 37:18
**dischargeability** 31:18
**dischargeable** 30:4
**discovery** 4:3
**dissolved** 19:15,18,19,20 (4)
**district** 1 7:3
**documents** 7:20,25 11:9 29:7 (4)
**does** 9:25 11:25 13:14,18,19,20,20 16:5,8 18:23 19:15 22:5,10 24:12,14 37:16 (16)
**doesn't** 26:8 29:22
**doing** 16:13 18:7,11 26:19 (4)
**done** 12:11,13 13:4,7 22:25 25:1,2,2 26:7 27:13,19 (11)
**drive** 18:17

**driver's** 36:10
**duly** 5:14 36:9
**e** 3:1
**east** 2:22
**eat** 17:8,23 18:3
**either** 17:15
**electronic** 27:9
**eleventh** 32:13
**else** 9:16 13:18
**email** 38:7 39:23
**employed** 15:15,16
**employee** 37:13,14
**employment** 15:13
**end** 28:5 34:4
**engineered** 29:16
**english** 9:7,7
**enough** 11:11
**enter** 39:4
**entities** 28:24
**eric** 5:10
**errata** 38:14 39:10 40:1
**esquire** 2:3,3,8,12,17,21 38:7 (7)
**estate** 13:19,20 24:15
**even** 26:7 32:24
**ever** 5:19 15:15 20:20 29:1,6 (5)
**every** 8:9 17:11
**everything** 23:20
**evidence** 4:3
**exactly** 11:25
**examination** 3:4 5:17
**except** 21:21 39:9
**excuse** 7:9 15:23 26:16
**executed** 39:23
**expires** 36:16
**explain** 6:8,11,13 8:13 20:23 (5)
**explanation** 6:12
**fact** 26:12 27:10,11,12 28:10 29:15 30:17 31:20 (8)
**factor** 31:16 32:6,17 33:13 (4)
**factors** 30:24
**facts** 26:9 30:7
**fair** 11:11
**faith** 14:6 15:2 18:6 28:1 29:24 30:14 32:9,11 33:7 (9)
**false** 26:2
**far** 10:4 29:25
**father** 17:15,18
**feel** 38:16
**fees** 9:23 10:3
**fight** 34:11
**fighting** 34:12
**file** 7:2,11 24:24 34:2 (4)
**filed** 4:5 10:13,19 14:19 18:7 22:17,21 25:1,3,22 28:22 30:5 32:18,19,20,23 (16)
**filing** 14:6,8 18:6 25:12 28:1,10 29:24 30:1,2 32:9,12 (11)
**filling** 5:10
**final** 22:25
**financial** 7:11 9:10,13,17 (4)
**financially** 37:14
**find** 21:10
**fine** 33:4
**fines** 8:18
**first** 5:14
**fit** 28:14
**five** 12:13
**fl** 36:10 38:2
**flagler** 2:150
**floor** 26:17
**florida** 1,10 2:9,18,33301 4:6,8 7:3 24:21 25:4 26:18 28:23 36:2,6,16 37:2 (16)
**follows** 5:15
**food** 18:12
**foregoing** 37:9,15 39:5
**form** 9:3,24 10:8 19:21 21:12,25 27:5 28:11 (8)
**forms** 39:23
**forward** 38:15
**forwarded** 38:13,14
**fourth** 29:2,15
**franklin** 2:15 5:6
**fraud** 8:17 29:20,22 31:15 (4)
**free** 38:16
**frias** 4:5,15 36:5,15 37:5,23 38:20 (7)
**friday** 38:12
**friend** 12:24
**full** 8:15 12:25 13:2 22:11 (4)
**funded** 12:2
**funding** 12:17,18 20:12 23:25 24:2 (5)
**further** 37:12
**fvp** 2:6 4:2,22 5:4,14 28:23 (6)
**gables** 2:9
**gabriel** 12:21
**get** 11:20 12:2,2 13:25 17:13 34:23 (6)
**getter** 6,17 2:10 3:3 4:1,15,24 5:12,19 9:20,22 16:3 36:7 37:8 38:5,6,24 39:1,2,17 40:23 41:24 (22)
**give** 6:4 10:14 17:13
**go** 4:19 8:3,6 17:8,23 21:7 24:5 25:11 26:11,11 27:18 28:6,21 31:10,11,25 33:3,5,6,22 (20)
**goes** 30:8
**going** 6:3 14:3,23 16:14 27:15 28:6 30:7 31:10,11,15 32:2,3,5,6 33:20,22,24 34:1,5,7,11 (21)
**gone** 17:25 18:2
**good** 4:25 14:6 15:2 21:23 28:1 32:9,11 33:6 34:18,25 (10)
**got** 27:18 28:4 29:11 33:1 (4)
**group** 2:12,15 5:6
**grp** 23:14 24:21 25:5 27:8,13 (5)
**guess** 6:9 14:18 28:25
**guys** 29:11
**halperin** 2:17 5:7,9
**happen** 33:24
**harbor** 26:17
**has** 10:6,10 13:14,19 23:7 27:13 29:20 30:17 32:13 33:7 38:13 (11)
**haven't** 32:24
**having** 5:7,14
**he** 10:3,4,6 12:23,24 13:14,14,18,19,19,20 18:9,12 30:20 33:7 (15)
**he's** 10:4 18:7,12
**hear** 15:18,19,22
**heart** 10:23
**hebel** 2:13
**helps** 17:15,15,17,18 (4)
**here** 14:1,1,5,11,14,21,24 16:13 18:5,6 27:24,25 28:17 29:23 (14)
**hereby** 36:6 37:5 38:22 39:5 (4)
**hereof** 39:10

**heretofore** 4:4
**hey** 13:25
**hh409067** 36:19
**hide** 21:23
**him** 9:25 12:24 13:4,7,10 27:18 33:20 34:1 (8)
**himself** 33:7
**his** 12:25 13:2 15:3 31:15 33:10 (5)
**hold** 7:16 14:3
**holdings** 23:10,16
**hours** 38:9
**house** 19:3,4
**how** 5:21 6:1 10:6,9,10 11:16 12:7,17 16:10,23 17:10,11,13 18:2 19:10 20:12 25:1,9 28:14 (19)
**hybar** 10:24
**i'll** 6:8 10:11 14:2 20:4 28:7 29:5 (6)
**i'm** 4:15 5:7 6:3 7:14 11:20 12:1 13:25 14:3,15,16 15:17 18:8,10 19:22 23:14,15 27:15,19 31:24 32:5,6 33:4 34:1,11,12,13,19,21 (28)
**i've** 11:3 12:13
**idea** 11:4 29:14
**identification** 36:9,10
**identity** 21:23
**imprisonment** 8:18
**inactive** 19:6,7
**inc** 2:6 4:2 5:4 21:5 22:3,13,21 38:1 (8)
**inclusive** 37:10
**income** 11:12,15
**incorporated** 20:21,25 24:21 26:13 27:8,9 (6)
**incorporation** 27:3
**indicated** 39:9
**individual** 7:7 12:20 16:2
**info@prestigereportingservic ecom** 38:3
**information** 9:8,12,16,20 28:10 (5)
**informed** 21:10
**initially** 10:20
**instar** 20:17 21:7
**intend** 33:20
**intending** 32:22
**interested** 37:15
**interlineate** 31:8
**intertwined** 31:8,9
**into** 11:21 16:14 28:14 30:7 31:19 32:2,5,6 33:5,6 34:6 (11)
**investigation** 17:6
**involuntarily** 19:20
**involved** 23:3,7 29:10
**is** 4:13,13,14,15 6:19,21,22 9:12 10:3,9 11:22 12:19,23,24 15:21 16:2 17:12 19:6,12,17,24 22:15,17,21 23:6,12,13,18,18 24:16,17 25:23,24 27:2,3,10,17,24 28:6 29:9,25 30:4,10,12,14,18,19 31:4,16 32:1,11,14,16 34:8,8 35:4 37:10 38:10 39:6 (59)
**isakov** 13:3,13,23
**islands** 26:17
**issue** 14:5,25 15:2 30:14 32:23 (5)
**issues** 5:8 30:6 33:23
**itself** 7:21
**january** 7:8 28:10
**jesse** 2:8 4:23 34:12 38:7 (4)
**job** 11:19,20
**jrc@agentislawcom** 2:10 38:7
**judge** 31:13,14,16,19,22 32:8,10,10 33:4,13,18 34:17,24 (13)
**judgment** 29:12 30:19
**july** 7:3,9 36:16
**june** 24:19 26:24
**just** 8:24 9:6 14:16 15:10,17 16:16 20:16 25:19 28:9,13 32:20,23 34:4 (13)
**kainen** 17:3
**kane** 26:17
**karten** 2:2,3,3 3:4 4:21,21 5:3,3,18 9:4 10:2,11,12 13:25 14:2,15,17 15:5,7,23 16:1,13,17 18:5,14 19:23 21:18 22:2 27:7,23,23 28:7,8,13,13,18 29:20 30:10,16,24 31:2,5,14,23 32:5,8,16,25 33:5,12,16,20 34:1,7,11,14,18,25 (58)
**know** 4:18 5:23 6:1,7,13,19 10:7,9,22 11:4 12:8,10,18,20,24,25 13:2,13 15:13 16:9 19:1 20:8 25:8,10,19 26:3,3,3 27:6,11,19 28:5,25 29:11,13 (35)
**knowing** 33:7
**knowledge** 13:18 39:6
**kon** 2:21
**large** 4:6 36:6,16
**last** 12:7,9,15 13:4,7,11,23 15:13 17:23 18:2 22:17,21 27:13 (13)
**later** 10:19
**lauderdale** 2:33301
**law** 2:2,12
**lawful** 4:1 5:13
**laws** 21:9,10
**lawsuit** 28:22 29:3 33:24
**lawyer** 9:17 10:14
**lcc** 20:12
**leeway** 14:1
**let** 4:18 6:7,12 21:7 34:17 (5)
**let's** 28:21 31:14,23
**letter** 38:15
**liability** 22:5,10 25:4
**license** 36:10
**lift** 31:17,20 32:14 33:14 (4)
**lifted** 31:6,6
**like** 11:18 18:22
**liked** 21:2
**limited** 25:4 28:17 30:11,12 (4)
**lindsay** 2:3 5:3
**line** 40:3,6,9,12,15,18 41:1,4,7,10,13,16,19 (13)
**list** 23:22 27:2
**listed** 26:15
**litigate** 30:20 31:25
**litigation** 23:4,7 30:7
**little** 20:23
**live** 16:5,5
**lives** 16:3
**llc** 2:24 5:2 18:17 19:10,25 20:17 23:1,7,10,16,25 24:21 25:5,24 27:8 (15)
**long** 6:1
**longer** 26:24
**look** 23:22
**loss** 18:8,10
**lot** 20:8
**lubin** 12:11,13
**lying** 6:24 7:1

**m&m** 2:24 5:1
**made** 29:17
**mailing** 26:15
**make** 7:23 12:4 19:8 38:11 (4)
**making** 8:15 18:12
**manage** 25:24
**many** 5:21
**mark** 17:3
**matter** 4:4 38:17
**matters** 34:6
**may** 18:16 23:19 39:23
**maybe** 18:9 23:8 25:15,20,22 (5)
**mca** 13:17 22:15,16
**mcas** 13:16
**mcohen@stoklawcom** 2:23
**me** 6:4,7,12 7:9 8:2 15:23 16:4 17:13,15,16 18:13,18,25 21:7 25:10 26:16 29:11 36:9 39:6,9 (20)
**mean** 8:23 10:1 11:25 14:23 19:15 25:7 (6)
**meaning** 20:15
**means** 9:2 37:17
**meeting** 24:8
**member** 25:10
**mgcr** 24:9
**miami** 2:18
**miamidade** 4:7 36:3 37:3
**michigan** 2:48062
**miller** 2:16
**mine** 12:24
**minutes** 16:16
**mirrored** 30:2
**missed** 34:9
**mitchell** 2:21 4:25
**moment** 11:1
**monday** 38:12
**money** 8:16 17:18
**months** 12:9 13:8
**more** 6:8 22:8,9
**morning** 4:25
**motion** 10:10 14:8 15:1 28:2,4 30:13,16,16 (8)
**move** 10:11 14:2 28:7
**ms** 5:3
**much** 10:6,10 11:16 19:16 28:14 (5)
**mukamal** 2:19 5:9,10
**my** 4:15 5:7 11:3,5,6,21 16:21,22,25 17:15,15,21 21:4,16 22:1 23:9,11,13,19,21,21 24:25 25:9 26:22 27:16 30:10,16 31:24 33:16 34:8,15,19 36:19 37:11 38:22 39:6 (36)
**n** 3:1
**name** 4:15 12:20,25 13:2 16:2 21:2 23:8 24:20 25:5 (9)
**narrow** 14:5 15:2
**narrower** 14:25
**nature** 13:13
**need** 6:11 8:12 21:15 28:5 (4)
**never** 19:24,25 20:16 22:11 23:19 (5)
**new** 18:17 19:10,25 20:10 22:3 23:1,6 (7)
**next** 25:2 26:12 34:24
**night** 17:23
**no** 3 6:2 8:14 9:19,21 10:23 11:4,12,13,15 12:6,16,18 15:14,19 16:4,7 17:7,20,24 19:9,18 20:11,24 23:5 24:7 25:7,8,13,13 26:1,16,20,24 27:11 29:4,14 30:6,22 31:1,3,10 32:7,10 40:3,3,6,6,9, 9,12,12,15,15,18,18 41:1,1,4,4, 7,7,10,10,13,13,16,16,19,19 (70)
**noel** 2:12 5:5
**noel@ravenscroftlawcom** 2:14
**nondischargeable** 14:9 31:4,7 32:14 (4)
**none** 12:15 28:2
**nor** 37:13
**notary** 4:5 36:5,15,20 (4)
**notes** 37:11
**nothing** 29:13
**notice** 4:4
**noticed** 30:9
**notified** 17:5
**now** 11:15 18:10 31:12 33:3 34:4 38:10,14 (7)
**numerous** 33:8
**oath** 5:15 6:17,24 7:1 36:1 39:10 (6)
**object** 27:5
**objection** 9:3,24 10:8 13:24 16:12,12 19:21 21:12,12,25 27:22 28:12 29:18,18 (14)
**obtaining** 8:16
**occasions** 33:8
**offer** 39:10
**office** 2:2 26:21,22,23,25 38:10,9,17 (8)
**once** 26:21 38:14
**one** 32:16
**online** 25:11
**open** 24:25 25:8
**opened** 20:16 21:16 24:25 25:9 (4)
**opportunities** 28:16
**opportunity** 7:23 10:18 29:1 30:20 (4)
**order** 34:3
**ordering** 38:13,14
**organization** 25:4
**original** 38:13
**other** 14:11 15:3,4 22:15 23:8 28:16,24 30:6 (8)
**our** 28:11 33:1 38:10,9,17 (5)
**out** 17:8,8,23,25 18:3,13 21:11 (7)
**outside** 29:19 30:8 34:5
**over** 8:3,6 11:1,3,7 13:23 (6)
**own** 23:18 24:9,12,14 (4)
**owner** 21:24
**owns** 21:11
**page** 3:2 7:8 8:9 40:3,6,9,12,15,18 41:1,4,7,10,13,16,19 (16)
**pages** 37:9
**paid** 10:4,6,10 12:2 16:18,20,21,22,25 17:13 22:11 (11)
**paperwork** 29:17
**part** 18:15
**parties** 37:13 38:13,14
**partners** 24:9
**pay** 17:10,11,20,22 (4)
**paying** 10:3
**payment** 9:23
**pays** 10:4
**penalties** 39:5
**pending** 30:7,8
**people** 15:4 20:8,9 23:8 (4)
**percent** 24:9
**perfectly** 14:13 31:9

**perjured** 33:7
**perjury** 6:17,19,22 39:5 (4)
**person** 25:23
**personally** 9:8
**petition** 7:2,5,21 8:6,10 9:9,14,18 10:13 11:17 18:7,20 28:2 (13)
**phantom** 29:17
**phonetic** 12:12
**physically** 25:11 27:9
**pick** 21:3
**picked** 21:4
**pieces** 14:7
**pl** 17:3
**plaintiff** 4:22 5:24
**plc** 2:12
**please** 4:17 6:6,12 11:22 15:25 28:5 38:10,15,16 (9)
**pllc** 2:2,7
**pm** 38:12
**pond** 2:4
**portion** 8:13
**position** 15:6 33:1,16,17 34:8,14,15 (7)
**prestige** 4:16 38:1
**pretty** 19:16
**privilege** 21:13
**proceeding** 14:13 29:21 30:5,8,11 31:16 32:19 33:9 (8)
**process** 16:11
**produced** 36:10
**production@prestigereportingservicecom** 38:16 39:23
**proffer** 12:4
**profit** 19:8
**proof** 36:8
**property** 8:16,17
**protective** 34:3
**prove** 33:8
**provide** 9:12,16
**provided** 9:8,20 36:8
**public** 4:6 36:5,15,20 (4)
**purpose** 4:2 21:1 27:24 28:17 (4)
**pursuant** 4:4
**put** 17:18 25:10,16
**putting** 11:10
**question** 6:6,7,12 15:18,25 20:25 29:5 (7)
**questioning** 14:15
**questions** 6:4 23:22 24:5 27:15 28:4,9 33:21 34:2,9 38:16 (10)
**quick** 21:5 22:3,12,21 (4)
**ravenscroft** 2:12,12 5:5,5 (4)
**re** 6 38:5 39:1
**read** 7:14,17,21 8:9,12,20 29:2,7 38:15 39:5,6 (11)
**reading** 35:4
**ready** 38:10
**real** 13:19,20 24:15
**really** 14:7,25 15:1 30:14 (4)
**reason** 27:2 32:14,16,20 40:5,8,11,14,17,20 41:3,6,9,12,15,18,21 (17)
**recall** 20:9 24:19 25:18 26:19 28:9 (5)
**received** 38:14
**recently** 12:6
**recollection** 6:5 18:23 24:17 26:6 (4)
**record** 4:12,18 14:4,16 37:10 39:23 (6)
**records** 11:2,3,8 13:22 (4)
**refresh** 18:23 26:6
**regarding** 27:16 28:1,4 32:23 (4)
**registered** 26:16
**related** 29:7
**relative** 37:12,13
**relevant** 10:9 34:8
**relief** 15:1 30:13,17
**remember** 5:22,25 8:21,23 10:25 13:6,9,12 15:16,17 16:25 17:1,4 18:1,4,19 21:20 23:20 25:16,17 27:1 (21)
**repeat** 15:25 29:5
**report** 37:7
**reporter** 4:5,12,16 15:23 37:1,5,18,23 38:20 39:23 (10)
**reporting** 4:16 38:1
**represent** 4:18
**reproduction** 37:17
**request** 11:9
**requested** 37:9
**residence** 16:5
**rest** 33:2
**result** 8:18
**retainer** 16:23 17:2
**return** 22:17,22
**returns** 10:16
**review** 29:2 37:8
**right** 6:3 11:15 18:10 23:4 24:19 26:12,25 29:11 31:24 34:19,25 38:15 (12)
**riverside** 23:1,6
**road** 2:4,13
**rosenberg** 16:24
**rule** 14:12
**safe** 25:23
**said** 8:24 9:6 11:15,17 32:13 39:6 (6)
**same** 23:8,17,25 37:17 (4)
**say** 11:24 14:3,4 15:20 18:20 24:23 25:6,7,23 (9)
**saying** 27:6 30:10
**says** 8:15,24 9:1 16:18 26:4 (5)
**sc** 2:29803
**scenarios** 17:13
**schedule** 15:8 16:18 18:15 33:10 (4)
**scheduled** 16:14 34:6
**schedules** 7:8,14,17,20 8:3,10 9:9,14,18 10:13,19 (11)
**scheme** 29:16
**scope** 28:12 29:19 30:9,10,12 34:5 (6)
**second** 7:16
**see** 28:14
**send** 23:21,21
**sent** 11:9
**september** 4:8,13 36:8 37:19 38:10 (5)
**series** 6:3
**serve** 29:11
**service** 4:16 16:10 38:1
**servicing** 2:6 4:2,22 5:4,14 28:23 (6)
**set** 26:7,8
**sham** 29:17
**she** 16:5,8,10
**sheet** 28:10 38:14 39:10 40:1 (4)
**should** 26:5 31:5,6 38:16 (4)
**show** 26:5
**sign** 7:5 38:11,15,15 (4)
**signature** 36:15 37:23 38:10,22 40:23 41:23 (6)
**signed** 7:15,17 39:14

**signing** 35:4
**sincerely** 38:19
**single** 8:9
**six** 12:9 13:8
**sixth** 26:17
**skytop** 23:10,13,14,16 24:20 25:5 27:8,13 (8)
**so** 6:3,8 7:20 8:1,11,21 10:4,15,17,25 15:3 20:2 23:6,15 24:22 25:3,19,20 26:5 27:16 29:13,15 30:6,10 31:7 32:22,25,25 34:2,19,23 (31)
**sold** 18:20 19:4
**solutions** 20:12 23:25 24:2
**some** 13:25 17:13
**something** 11:18 18:22 25:10 27:3 31:19 33:12 (6)
**sometimes** 17:9
**sorry** 7:14,16
**source** 12:1
**southern** 1 7:3
**speak** 9:7 11:5,5 27:18 (4)
**specifically** 23:15
**speculate** 6:10,11
**speed** 23:25 24:2
**spoke** 22:1
**state** 4:6,8,17 24:21 33:9 36:2,6,16 37:2 (9)
**stated** 15:8
**statement** 7:11 8:16,20 9:10,13,17 26:2 (7)
**statements** 10:14
**states** 1
**stating** 14:16
**status** 19:12
**stay** 15:1 30:13,17 31:5,6,17 32:15 33:14 (8)
**stearns** 2:16
**stem** 22:10
**stenographic** 37:11
**stenographically** 37:7
**still** 39:10
**stipulate** 20:4
**stok** 2:21
**stop** 31:12 33:3
**street** 2:150
**structural** 2:24 5:1
**structured** 25:9
**stuff** 14:12 15:3
**subject** 6:17
**subjects** 28:3
**substractions** 7:24
**such** 37:14
**suite** 2:150,22
**sunbizorg** 27:10
**sure** 15:17 18:12 19:22 32:18 33:23 (5)
**swear** 4:19
**sworn** 5:15 36:9
**take** 14:12 18:13 27:25 31:19 32:22 33:2,18 34:15,16 (9)
**taken** 4:2,7 38:9
**talked** 16:16
**tax** 10:16 22:5,10,17,22 (5)
**taxes** 22:11,12
**tell** 18:18,25
**telling** 8:2
**testified** 5:15 15:10
**testimony** 19:24 23:6,17 32:22 (4)
**thank** 23:24 35:1,2 38:17 (4)
**that's** 11:14 14:6,10,11,14,25 15:4,10 18:8 21:17 22:1 23:3 25:23 26:2 27:11,11 29:12,14,23 31:3,12,19 32:3,7 33:2,12,16,24 (28)
**them** 7:15,18 8:12,13,13 12:2 23:22 (7)
**there's** 30:6
**these** 7:20 24:5 33:21 39:10 (4)
**they're** 31:7,8
**thing** 23:25
**things** 16:14
**think** 8:1,21 10:21,25 11:9,17 15:10 16:25 20:1,1,18,20 24:16 25:15 28:5 32:21 33:12 (17)
**thinking** 31:12
**thoroughly** 7:21
**those** 7:24 8:3 17:13 21:14 30:22,23,24 (7)
**though** 23:4
**through** 24:5 27:10 33:22 36:20 37:10 38:12 (6)
**time** 4:13 17:11
**times** 5:21
**timing** 14:8 29:25
**today** 14:1,5,11,14,22,24 15:4 16:13,15 18:6,6,11 27:24,25,25 28:16 29:19 30:6,9 31:11 32:3,22 33:23,25 34:6 (25)
**today's** 4:13
**together** 11:10
**told** 16:21 25:8
**too** 13:17
**touching** 28:3
**transcript** 37:8,9 39:4
**transmission** 27:10
**true** 7:9 24:22,23 26:1,2 37:10 39:8 (7)
**trustee** 2:19 5:10 11:2,8 24:16 (5)
**try** 6:8
**trying** 11:20 12:1,1 13:25 24:23 28:14 (6)
**turn** 11:7
**turned** 11:1,3
**two** 16:16 18:2 32:21
**types** 13:14,20
**unaware** 29:15
**under** 5:15 6:16,24 7:1 17:6 37:17 39:5,10 (8)
**underlying** 33:24
**undersigned** 39:5
**understand** 6:6,7,14,16 8:22,24,25 9:1,6,7 14:21 15:5 20:24 33:17 34:14,15 (16)
**understandable** 6:9
**understanding** 6:25 39:10
**understood** 34:9
**underwriters** 36:20
**unemployed** 15:9
**united** 1
**unless** 6:10 37:17
**up** 8:18,19 15:24 23:22 26:7,8 31:21,23 (8)
**us** 4:18 11:9 30:6 38:15 (4)
**use** 4:3 17:20,20,21 (4)
**used** 11:21 17:21,21 19:25 20:3,5,6,16,20 23:19 26:22 (11)
**using** 27:9 29:17
**valid** 30:19 31:18
**vargas** 16:3
**very** 14:5 28:17 32:19 34:18,25 (5)
**via** 2:1 4:7 36:7 38:7 (4)
**videoconference** 2:1 4:7,14 36:7 (4)

**view** 31:2
**waive** 34:22 38:15,22
**waived** 35:5
**waiving** 31:24 34:19
**want** 6:9 14:4,12 18:15 19:1 32:1 33:2,5,6,17 (10)
**wanted** 27:25
**wants** 18:12
**way** 21:23 22:8,9 25:1,1,16 28:6 (7)
**we'll** 33:3,3 34:4,15,17,23 (6)
**we're** 11:10 14:1,5,11,14,21,24 18:5,6,11 27:23,23,25 28:17 29:23 31:10,11 32:2 33:22,23 34:7 (21)
**weaver** 2:16
**week** 17:25 34:24
**weeks** 18:2
**weight** 31:2
**weisberg** 17:2
**welcome** 14:14 33:11,15
**well** 14:3 16:10 25:7,11,15 (5)
**west** 2:150
**weston** 38:2
**what's** 31:15
**when** 10:13 11:24 17:17 22:17,21 (5)
**where** 30:23
**whereupon** 4:11 5:11
**whether** 27:19 31:17,20 32:9,11 33:6,13 (7)
**which** 4:19 28:3 30:4,14 (4)
**who** 4:18 12:18,23,24 13:1 20:7 21:11 24:1 25:14 (9)
**whose** 23:12
**why** 14:11,14 20:21 21:3 27:17 29:9,23 31:4,5 34:10,23 (11)
**will** 4:19 38:14
**wish** 6:13 38:14
**without** 8:2
**witness** 3:2 4:1,20 5:13,13,16,24 18:9 30:18 38:6 39:2 (11)
**work** 16:8
**working** 11:10,20,24
**would** 13:22 16:10 26:5,12 27:2,4 (6)
**write** 39:4
**wrong** 25:16,22
**wrongly** 26:8,8
**wyoming** 20:19 21:3,7,9,10,19,22 (7)
**x** 3:1
**yeah** 8:25 9:6 12:22 14:20 15:16 17:9 18:22,24 19:5,16 22:6 24:3,11,18 28:25,25 32:2 33:19 34:21 (19)
**year** 12:7,15 13:5,11,23 22:17,21 27:14 (8)
**years** 8:19 12:14
**yes** 5:16,20 6:15,18,20,23 7:4,6,10,13,19,22 8:5,8 9:6,15 10:5 26:23 28:20 (19)
**yet** 32:24
**yoel** 6,17 2:10 3:3 4:1,15,24 5:12 36:7 37:7 38:5,6,24 39:1,2,17 40:23 41:24 (18)
**york** 18:17 19:10,25 20:10 22:3 23:1,7 (7)
**you'll** 6:4 34:2
**you're** 6:16 11:24 14:13,18,23 16:14 17:5 21:9 23:15 24:23 27:6 29:15,24 30:10 31:12 32:3,22 33:11,15 34:5,5 (21)
**you've** 14:10 29:25 30:3
**your** 4:17 6:5,25 8:3,4,6 9:5,16 10:3,13,14 11:2,17 13:18 14:7,23 15:1,5,13 16:8,18,18,20 17:17,17 18:20,23 19:24 21:14,19 23:6 24:17 25:24 26:6 27:4,12 28:2 30:8,12,13 31:3 33:17 34:14 38:13,15,17 (46)
**yourself** 13:23
**321** 2:4
**500** 38:9
**900** 38:9
**915** 2:22
**1017** 11 4:9,14
**1053** 11 35:3
**1135** 26:16
**1977** 28:11
**2004** 14:12
**2020** 22:19
**2022** 18:21
**2024** 22:18,20,23 27:24 (4)
**2025** 24:20 26:24
**2026** 4 4:8,13 7:3 28:10 36:8 37:19 38:4,10 39:14 (10)
**2027** 36:16
**2200** 2:150
**29803** 2:29803
**33130** 2:18
**33134** 2:9
**33301** 2:33301
**33326** 38:2
**37550** 2:13
**48062** 2:48062
**267967** 38:267967
**7647297** 38:954
**3054902767** 2:5
**5865884274** 2:14
**9542371777** 2:23
**9547647297** 38:11