**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In re:** **Case No. 26-18907**
**Chapter 7**

**Yoel Getter aka Yoel Elimelech Getter aka Yoel C. Getter**
**Debtor**
______________________________/

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**(564 East 9th Street, Brooklyn, NY 11218)**

**Any interested party who fails to file and serve a written response to this motion within 14 days after the date of service stated in this motion shall, pursuant to local rule 4001-1(C), be deemed to have consented to the entry of an order granting relief requested in the Motion.**

COMES NOW, Citizens Bank, N.A. (the "Movant"), by and through its attorneys and moves for relief from the automatic stay pursuant to 11 U.S.C. § 362(d) and Fed. R. Bankr. P.4001. In support thereof, Movant states as follows:

1. Yoel Getter aka Yoel Elimelech Getter aka Yoel C. Getter (the "Debtor") filed a Chapter 7 petition in bankruptcy in the United States Bankruptcy Court for the Southern District of Florida on July 7, 2026.

2. That, Movant is a secured creditor by virtue of a promissory note and mortgage on real property. Said real property has the following legal description:

All that certain plot, piece or parcel of land situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, more particularly described as follows:

BEGINNING at a point on the westerly side of East 9th Street distant 520 feet southerly from the southwesterly corner of East 9th Street with Ditmas Avenue FKA Avenue E,

RUNNING THENCE westerly parallel with Ditmas Avenue 100 feet to the center line of the block between East 8th Street and East 9th Street,

THENCE southerly along center line of the block and parallel with East 9th Street, 40 feet;

THENCE easterly and parallel with Ditmas Avenue 100 feet to the westerly side of East 9th Street;

THENCE northerly along said side of East 9th Street, 40 feet to the point or place of BEGINNING.

This property is located at the street address of: **564 East 9th Street, Brooklyn, NY 11218**

3. The note and mortgage are attached hereto as **Exhibit "A".**

4. The payments due pursuant to the aforementioned note and mortgage are in default. The Debtor is delinquent as of October 1, 2019.

5. That Debtors are indebted to the Movant as set forth in Movant's Affidavit in Support of the instant motion attached to this motion as **Exhibit "B".**

6. The Indebtedness Worksheet is attached hereto as **Exhibit "C"**.

7. According to the Debtor's filed Schedule A/B, the current value of the Property is $808,000.00. A copy of the filed Schedule A/B is attached hereto as **Exhibit "D".** The Debtor does not have any equity in the Property. Movant's interest in the Property is not adequately protected. The Property is not necessary to an effective reorganization.

8. Based on the foregoing, it is evident that the interests of Movant are not adequately protected, and therefore cause exists pursuant to 11 U.S.C. §362(d)(1) and §362(d)(2) for the automatic stay to be lifted.

9. Movant has the right to foreclosure as noteholder should the automatic stay be lifted and/ or set aside by Order of this Court. Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent, has possession of the promissory note and will enforce the promissory note as transferee in possession.

10. Movant requests that the Court Order entered pursuant to the instant Motion provide that all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification,

Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

11. Furthermore, Movant has retained the undersigned law firm as a result of the Debtor filing this bankruptcy action and has incurred reasonable attorneys' fee and cost for the prosecution of this motion in the instant bankruptcy case.

12. Movant respectfully requests that the Court waive the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3), so that Secured creditor can pursue its in rem remedies without further delay.

13. A copy of the Proposed Order is attached hereto as **Exhibit "E".**

**WHEREFORE,** Movant respectfully requests that the automatic stay be lifted so that the Movant may be permitted to protect its security interest in the Debtor's property outside of the bankruptcy forum, and for such other and further relief as to the Court may deem just and proper.

Dated: September 11, 2026

Respectfully submitted,

McCABE, WEISBERG & CONWAY, LLC

By: */s/ Christopher Robert Evans*

Christopher Robert Evans, Esq.
Florida Bar No.: 105887
3222 Commerce Place, Suite A
West Palm Beach, FL 33407
Telephone: (561) 713-1400
Fax: (561) 713-1401
FLBKECF@mwc-law.com