# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In re:**

**Case No. 26-18907**
**Chapter 7**

**Yoel Getter aka Yoel Elimelech Getter aka Yoel C. Getter**
**Debtor**
**__________________________/**

## AFFIDAVIT OF SUPPORT OF MOTION FOR RELIEF FROM STAY

Affiant, Erika Ramirez, being first duly sworn according to law, deposes and says the following:

1. I am employed as a Bankruptcy Specialist at Citizens Bank, N.A. and am authorized by Citizens Bank, N.A., to make this affidavit

2. Citizens Bank, N.A., services the mortgage held be Secured Creditor Citizens Bank, N.A. ("Secured Creditor"), encumbering Debtor(s) property, legally described as:

> All that certain plot, piece or parcel of land situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, more particularly described as follows
>
> BEGINNING at a point on the westerly side of East 9th Street distant 520 feet southerly from the southwesterly corner of East 9th Street with Ditmas Avenue FKA Avenue E,
>
> RUNNING THENCE westerly parallel with Ditmas Avenue 100 feet to the center line of the block between East 8th Street and East 9th Street
>
> THENCE southerly along center line of the block and parallel with East 9th Street, 40 feet;
>
> THENCE easterly and parallel with Ditmas Avenue 100 feet to the westerly side of East 9th Street;
>
> THENCE northerly along said side of East 9th Street, 40 feet to the point or place of BEGINNING

**This property is located at the street address of: 564 East 9th Street, Brooklyn, NY 11218**

I base this affidavit on my personal knowledge, gained through review of Citizens Bank, N.A.'s business recorded regarding the Note, Mortgage and other loan documents securing the above-referenced property.

3. Citizens Bank, N.A. is responsible for the collection of this loan transaction and pursuit of any delinquency in payments.

4. In the regular course of business, Citizens Bank, N.A., receives payment on mortgage loan accounts, advances sums of money called for by the loan documents and engages in other transactions concerning the mortgage property, pursuant to the loan documents. Each such payment, advance and other transaction is recorded.in the records of Citizens Bank, N.A., at or near the time of its occurrence, by or from information transmitted by a person with knowledge of its occurrence. These transactions are regularly conducted business activities of Citizens Bank, N.A., and recording their occurrence is a regular practice of said business activities.

5. There has been a default under the Note and Mortgage in that the payment due October 1, 2019 and all subsequent payments have not been made.

6. Debtor owes Citizens Bank, N.A. principal in the amount of $947,114.97 (unpaid principal balance only) as of August 10, 2026, plus interest accruing from September 1, 2019, late charges, advances and other amounts provided for under the Note and Mortgage. The total payoff amount is $1,315,920.07.

7. I have reviewed the documents attached as exhibits to the motion and they are true and accurate copies of the original documents as imaged in our system and provided to our attorney.

8. This Affidavit is signed under penalty of perjury as being true and correct based on my personal knowledge of Secured Creditor's business records and is intended to show I am competent to testify with regard to the afore stated facts, if necessary.

Dated: 09/03/2026

Erika Ramirez
Name: Erika Ramirez
Title: Bankruptcy Specialist