# EXHIBIT C

# INDEBTEDNESS WORKSHEET

**DEBT AS OF August 10, 2026**

**A. Total indebtedness of debtor(s) to movant (if movant is not the lender, this refers to the indebtedness owed to the lender) as of August 10, 2026: $1,315.920.07**

1 Amount of principal: $947,114.97

2 Amount of interest: $254,751.32

3 Amount of escrow (taxes and insurance): $85,622.18

4 Amount of forced placed insurance expended by movant: $0.00

5 Amount of attorneys' fees billed to debtor(s): $12,321.30

6 Amount late fees, if any, billed to debtor(s): $16,050.30

7 Any additional pre-petition fees, charges or amounts charged to debtors/debtors account and not listed above: (if additional space is needed, list the amounts on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here: n/a.)

**B. Contractual interest rate: 3.87500% (if interest rate is (or was) adjustable, list the rate(s) and date(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; list the exhibit number here: n/a.)**

**<u>AMOUNT OF ALLEGED DEFAULT</u> (AS OF August 10, 2026)**

**C. Date last payment was received: n**

**D. Alleged total number of payments due contractually through payment due on <08/01/2026>: 83**

**E. All payments alleged to be in default:**

| Alleged Amount Due | Alleged Amount Due From | Alleged Amount Due To | Number of Payments Due | Total Amount Due |
|---|---|---|---|---|
| $5,441.04 | 10/01/2019 | 11/01/2019 | 2 | $10,882.08 |
| $5,543.64 | 12/01/2019 | 11/01/2020 | 12 | $66,523.68 |
| $5,609.49 | 12/01/2020 | 12/01/2020 | 1 | $5,609.49 |
| $5,596.59 | 01/01/2021 | 12/01/2021 | 12 | $67,159.08 |
| $5,669.38 | 01/01/2022 | 12/01/2022 | 12 | $68,032.56 |
| $5,348.36 | 01/01/2023 | 12/01/2023 | 12 | $64,180.32 |
| $6,188.35 | 01/01/2024 | 12/01/2024 | 12 | $74,260.20 |
| $5,793.28 | 01/01/2025 | 12/01/2025 | 12 | $69,519.36 |
| $5,952.38 | 01/01/2026 | 08/01/2026 | 8 | $47,619.04 |
| Total Due | | | | $473,785.81 |

**F. Amount of movant's attorney's fees billed to debtor for the preparation, and filing and prosecution of this motion: $1,225.00**

**G. Amount of movant's filing fee for this motion: $199.00**

**H. Other attorneys' fees billed to debtor post-petition: $0.00**

**I. Amount of movant's post-petition inspection fees: $0.00**

**J. Amount of movant's post-petition appraisal broker's price opinion: $0.00**

**K. Amount of forced placed insurance or insurance provided by the movant post-petition: $0.00**

**L. Sum held in suspense by movant in connection with this contract, if applicable: $0.00**

**M. Amount of other post-petition advances or charges, for example taxes, insurance incurred by debtor etc (itemize each charge):**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 11, 2026, I served the Motion for Relief by U.S. Mail or CM/ECF, upon the following parties in interest as further indicated below:

Jesse R Cloyd
45 Almeria Avenue
Coral Gables, FL 33134
(Via CM/ECF)

Barry E Mukamal
PO Box 14183
Fort Lauderdale, FL 33302
(Via CM/ECF)

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave. Suite 1204
Miami, Florida 33130
(Via CM/ECF)

Yoel Getter aka Yoel Elimelech Getter aka Yoel C. Getter
9705 Collins Ave Unit 2403
Miami Beach, FL 33154-2275
(Via U.S Mail)

/s/ ***Christopher Robert Evans***
**Christopher Robert Evans**, Esq.
McCABE, WEISBERG & CONWAY, LLC