# EXHIBIT D

**Fill in this information to identify your case and this filing:**

Debtor 1: **Yoel** (First Name) | Middle Name | **Getter** (Last Name)

Debtor 2 (Spouse, if filing): First Name | Middle Name | Last Name

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*): **26-18907-CLC**

☐ Check if this is an amended filing

# Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   - ☐ No. Go to Part 2.
   - ☑ Yes. Where is the property?

**1.1.** **564 E 9th Street**
Street address, if available, or other description

**Brooklyn** (City) **NY** (State) **11218** (Zip Code)

**KINGS** (County)

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other ____________

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $ **808,000.00** | $ **0.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

____________

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** **5/4 Single Family Home (in foreclosure)**

**Note:**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ........ ➔ $ **0.00**



Copyright © Financial Software Solutions, LLC — BlueStylus

Debtor 1 **Yoel** (First Name) (Middle Name) **Getter** (Last Name) Case number *(if known)* **26-18907-CLC**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.** Make: **Volvo**
Model: **XC90**
Year: **2026**
Approximate mileage: **2,350**
Other information:
**Leased vehicle driven by Debtor's son**
**VIN# YV4M12PJT8T1481846**

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 0.00 | $ 0.00 |

**Note:**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........ ➔ $ **0.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

☑ No
☐ Yes. Describe.....

**None. Debtor lives in fully furnished apartment**

$ **0.00**

7. **Electronics**

☑ No
☐ Yes. Describe.....

$


Copyright © Financial Software Solutions, LLC BlueStylus

**8. Collectibles of value**

☑ No
☐ Yes. Describe.............................

$ ________

**9. Equipment for sports and hobbies**

☑ No
☐ Yes. Describe.............................

$ ________

**10. Firearms**

☐ No
☑ Yes. Describe.............................

**Smith & Wesson M&P Shield**

$ **400.00**

**11. Clothes**

☐ No
☑ Yes. Describe.............................

**Standard men's waredrobe of no value to anyone other than the Debtor.**

$ **0.00**

**12. Jewelry**

☑ No
☐ Yes. Describe.............................

$ ________

**13. Non-farm animals**

☑ No
☐ Yes. Describe.............................

$ ________

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe.............................

$ ________

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........ ➔ $ **400.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter (First Name / Middle Name / Last Name) Case number (if known) 26-18907-CLC

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes ................................... $

17. **Deposits of Money**

☐ No
☑ Yes ................................... Institution name:

**17.1. Checking Account** — **PINNACLE BANK (TN) DBA SYNOVUS BANK** — $ **30.00**

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ................................... Institution or issuer name: $

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them................................

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| 19.1 | **25% interest (borrowed money to purchase this interest) in GCR Partners, LLC (NY Corp) (only asset is 8% partnership in 1 building being built and 5% interest in building that is rented but not cash flowing positively)** | **25.00** % | $ **Unknown** |
| 19.2 | **56Bal Bay Drive, LLC (NY Corp) owned a building (purchased in 2021), sold in 2022, after sale, company inactive** | **100.00** % | $ **0.00** |
| 19.3 | **City Capital NY, LLC (NY LLC) Never used and dormant â€“ NO ASSET** | **100.00** % | $ **0.00** |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — Case number *(if known)* 26-18907-CLC
First Name / Middle Name / Last Name

| | | | |
|---|---|---|---|
| 19.4 | Funding Solutions, LLC (CT LLC) Never used and dormant â€“ NO ASSET | 100.00 % | $ 0.00 |
| 19.5 | Insight Capital, LLC (WY Corp) 100% interest Closed dormant | 100.00 % | $ 0.00 |
| 19.6 | Quick Capital Inc. (NY Corp) Closed 2024 taxes tax liability $357,634 (No assets) | 100.00 % | $ 0.00 |
| 19.7 | Riverside Capital NY, LLC (NY LLC) Never used and dormant â€“ NO ASSET | 100.00 % | $ 0.00 |
| 19.8 | Skytop Holdings, LLC (CT LLC) Never used dormant â€“ NO ASSET | 100.00 % | $ 0.00 |
| 19.9 | Speed Funding Solutions, LLC (DE LLC) Funding Corp, never usedâ€“ NO ASSET | 100.00 % | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them................................ Issuer name:

$

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

Type of account: Institution name:

$

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes ......................................... Institution name or individual:

**22.1** Retainer to Accountant Bernath + Rosenberg $ 10,000.00


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name

**22.2 Retainer to Tax Attorney Weisberg Kainen Mark, PL** $ **10,000.00**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
- ☑ No
- ☐ Yes .......................................... Issuer name and description:

$

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ☑ No
- ☐ Yes .......................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ☑ No
- ☐ Yes. Describe.................................. $

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
- ☑ No
- ☐ Yes. Describe.................................. $

**27. Licenses, franchises, and other general intangibles**
- ☑ No
- ☐ Yes. Describe.................................. $

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
- ☑ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .................


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter (First Name, Middle Name, Last Name) Case number (if known) 26-18907-CLC

Federal: $
State: $
Local: $

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information ...........

Alimony: $
Maintenance: $
Support: $
Divorce settlement: $
Property settlement: $

**30. Other amounts someone owes you**

☑ No
☐ Yes. Give specific information. ........ $

31. **Interests in insurance policies**

☐ No
☑ Yes. Name the insurance company of each policy and list its value ......

| Company name: | Beneficiary: | Surrender or refund value: |
| --- | --- | --- |
| **MassMutual Term Life Policy (#908)** | **A. Getter; R. Getter and C. Getter (children)** | $ **0.00** |
| **MassMutual Term Life Policy (#909)** | **A. Getter; R. Getter and C. Getter (children)** | $ **0.00** |

**32. Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Describe.............................. $


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — First Name / Middle Name / Last Name — Case number *(if known)* 26-18907-CLC

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☐ No

☑ Yes. Describe.............................. ThirdParty Plaintiff and Counter Claimant Case# 2022cv01743 Hi Bar Capital LLC v. Getter pending in the US District Court Eastern District of New York — $ 0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe.............................. $

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Describe.............................. $

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........ ➔ $ 20,030.00

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe.............................. $

**39. Office equipment, furnishings, and supplies**

☑ No

☐ Yes. Describe.............................. $

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe.............................. $



Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — Case number (if known) 26-18907-CLC
First Name / Middle Name / Last Name

**41. Inventory**

☑ No

☐ Yes. Describe.......................... $ ______

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe ............................... Name of entity: ______ % of ownership: ______ % $ ______

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

- ☐ No
- ☐ Yes. Describe................... $ ______

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information ......... ______ $ ______

**45. Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........ ➔ $ **0.00**

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.

**If you own or have an interest in farmland, list it in Part 1.**

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**

☑ No

☐ Yes. Describe.......................... $ ______


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — Case number *(if known)* 26-18907-CLC
First Name / Middle Name / Last Name

**48. Crops - either growing or harvested**

☑ No

☐ Yes. Describe.............................. $ ____________

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes. Describe.............................. $ ____________

**50. Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes. Describe.............................. $ ____________

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Describe.............................. $ ____________

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........ ➔ $ **0.00**

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information......... $ **0.00**

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........ ➔ $ **0.00**



Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** (First Name) (Middle Name) **Getter** (Last Name) Case number *(if known)* **26-18907-CLC**

## Part 8: List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** | | ➔ | $ **0.00** |
| 56. | **Part 2: Total vehicles, line 5** | $ **0.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | $ **400.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | $ **20,030.00** | | |
| 59. | **Part 5: Total business-related property, line 45** | $ **0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $ **0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $ **0.00** | | |
| 62. | **Total personal property.** Add line 56 through 61 | $ **20,430.00** | Copy personal property total ➔ | + $ **20,430.00** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. | | | $ **20,430.00** |



Copyright © Financial Software Solutions, LLC BlueStylus