# EXHIBIT E

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In re:** **Case No. 26-18907**
**Chapter 7**

**Yoel Getter aka Yoel Elimelech Getter aka Yoel C. Getter**
**Debtor**
______________________________/

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

THIS CASE is before the Court on the Motion for Relief from the Automatic Stay filed on negative notice by Citizens Bank, N.A. ("Movant") on ____________ (Docket No.__), and no appropriate response has been filed in accordance with Local Rule 4001-1 (c ), it is

ORDERED:

1. The Motion for Relief from Automatic Stay is Granted.

2. The Automatic Stay imposed by 11 U.S.C. Section 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien on the following property located at 564 East 9th Street, Brooklyn, NY 11218 legally described as:

> All that certain plot, piece or parcel of land situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, more particularly described as follows:
>
> BEGINNING at a point on the westerly side of East 9th Street distant 520 feet southerly from the southwesterly corner of East 9th Street with Ditmas Avenue FKA Avenue E,
>
> RUNNING THENCE westerly parallel with Ditmas Avenue 100 feet to the center line of the block between East 8th Street and East 9th Street,
>
> THENCE southerly along center line of the block and parallel with East 9th Street, 40 feet;
>
> THENCE easterly and parallel with Ditmas Avenue 100 feet to the westerly side of East 9th Street;
>
> THENCE northerly along said side of East 9th Street, 40 feet to the point or place of BEGINNING.

3. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above. Movant shall not seek an *in personam* judgment against Debtor(s).

4. All Communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation

Agreement or other Loan Workout, may be sent directly to the Debtor.

5. Bankruptcy fees and costs are awarded for the prosecution of this Motion for Relief from Stay.

6. This Court in its discretion waives the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3).

**Submitted by:**

By: *[/s/ Christopher Evans](#)*, Esq.
McCABE, WEISBERG & CONWAY, LLC
Florida Bar No.: 121725
3222 Commerce Place, Suite A
West Palm Beach, FL 33407
Telephone: (561) 713-1400
Fax: (561) 713-1401
FLBKECF@mwc-law.com

Attorney is directed to serve a confirmed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.