**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

*In re:* Case No.: 26-18907-CLC

YOEL GETTER, Chapter 7

Debtor. /

**DEBTOR'S WITNESS LIST FOR EVIDENTIARY HEARING ON JUDGMENT CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY FOR CAUSE UNDER 11 U.S.C. § 362(D)(1), INCLUDING ANNULMENT OF THE STAY, AND WAIVER OF THE 14 DAY STAY OF FED. R. BANKR. P. 4001(A)(3) [DKT. NO. 6]**

Debtor, YOEL GETTER (the "Debtor"), by and through the undersigned counsel, files the *Witness List* of individuals that the Debtor intends to call at the evidentiary hearing on the *Motion for Relief from the Automatic Stay for Cause Under 11 U.S.C. § 362(d)(1), Including Annulment of the Stay, and Waiver of the 14 Day Stay of Fed. R. Bankr. P. 4001(a)(3)* (the "Motion") [Dkt. No. 6] filed by FVP Servicing, LLC, for the benefit of FVP Opportunity Fund III, LP, and FVP Investments LLC (collectively, "FVP"): FVP Servicing, LLC, for the benefit of FVP Opportunity

1. **Yoel Getter, Individually.**
c/o Agentis PLLC
Jesse Cloyd
45 Almeria Avenue
Coral Gables, Florida 33131
Mr. Getter will testify on topics including, but not limited to, the issues before the Court on the Motion.

2. Corporate Representative of FVP Servicing, LLC
c/o Schwartz Breslin, PLLC
Jerrell Breslin
The DuPont Building
169 East Flagler Street, Suite 700
Miami, Florida 33131
Corporate representative of FVP will testify on topics including, but not limited to, the issues before the Court on the Motion.

3. Any and all witnesses identified by FVP.

4. Any and all rebuttal witnesses identified by FVP.

5. All rebuttal witnesses in response to any witness called by FVP.

Debtor reserves the right to supplement and/or amend its Witness List.

AGENTIS PLLC
***Counsel for the Debtor***
45 Almeria Avenue
Coral Gables, FL 33134
T. 305.722.2002
www.agentislaw.com

By: */s/ Jesse R. Cloyd*
Jesse R. Cloyd
Florida Bar No: 58388
jrc@agentislaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on September 14, 2026.

By: */s/ Jesse R. Cloyd*
Jesse R. Cloyd
Florida Bar No: 58388
jrc@agentislaw.com

**26-18907-CLC Notice will be electronically mailed to:**

Jerrell A Breslin on behalf of Creditor FVP Servicing LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Plaintiff FVP Investments LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Plaintiff FVP Opportunity Fund III, LP
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Plaintiff FVP Servicing LLC
jb@jsjb.law, eservice@jsjb.law

Albert Anthony Ciardi, III on behalf of Creditor Deerfield Capital, LLC
aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Jesse R Cloyd on behalf of Debtor Yoel Getter
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jesse R Cloyd on behalf of Defendant Yoel Getter
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Patrick R Dorsey on behalf of Creditor Franklin Capital Funding, LLC
pdorsey@slp.law,
dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com;mortman@slp.law

Lindsay Karten on behalf of Creditor FVP Servicing LLC
lindsay@kartenlegal.com

Lindsay Karten on behalf of Plaintiff FVP Investments LLC
lindsay@kartenlegal.com

Lindsay Karten on behalf of Plaintiff FVP Opportunity Fund III, LP
lindsay@kartenlegal.com

Lindsay Karten on behalf of Plaintiff FVP Servicing LLC
lindsay@kartenlegal.com

Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Barry E Mukamal on behalf of Trustee Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Eric J Silver on behalf of Trustee Barry E Mukamal
esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

Jaitegh Singh on behalf of Creditor Bilyk Investment Group LLC
jsingh@singhfirm.com, pacer@singhfirm.com

Robert A. Stok, Esq. on behalf of Creditor M&M Structural Construction, LLC
rstok@stoklaw.com, service@stoklaw.com;ssolis@stoklaw.com;fcarmona@stoklaw.com

Charles M Tatelbaum on behalf of Creditor Volvo Car Financial Services
cmt@trippscott.com, aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com