**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:* Case No.: 26-18907-CLC

YOEL GETTER, Chapter 7

Debtor. /

**DEBTOR'S EXHIBIT REGISTER**

Exhibits Submitted on behalf of: **Debtor, Yoel Getter**

[ ] Plaintiff [ ] Defendant **[ X ] Debtor** [ ] Trustee

Date of Hearing: **October 14, 2026 at 10:00 a.m.**

Type of Hearing: **Hearing on Judgment Creditor's Motion for Relief from the Automatic Stay for Cause Under 11 U.S.C. § 362(d)(1), Including Annulment of the Stay, and Waiver of the 14 Day Stay of Fed. R. Bankr. P. 4001(a)(3) [Dkt. No. 6]**

SUBMITTED BY:

Jesse R. Cloyd
jrc@agentislaw.com
AGENTIS PLLC
45 Almeria Avenue
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

| Ex. | Document | Stipulated | Admitted | Refused | Not Introduced |
|---|---|---|---|---|---|
| 1. | Chapter 7 Voluntary Petition . [Fee Amount $338] (Cloyd, Jesse) (Entered: 07/07/2026) [Dkt. No. 1] | | | | |
| 2. | Initial Schedules Filed: [Summary of Your Assets/Liabilities,Schedules A-J,Statement of Financial Affairs,Declaration re Schedules,] [Fee Amount $34] Filed by Debtor Yoel Getter. (Attachments: # 1 Local Form 4) (Cloyd, Jesse) Additional attachment(s) added on 8/4/2026 (Valencia, Yamileth). (Entered: 07/31/2026) [Dkt. No. 28] | | | | |
| 3. | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,Declaration re Schedules,] Filed by Debtor Yoel Getter. (Attachments: # 1 Local Form 4) (Cloyd, Jesse) (Entered: 08/27/2026) [Dkt. No. 55] | | | | |
| | All Exhibits on FVP's Exhibit List | | | | |
| | All Documents to be used for Rebuttal and impeachment purposes | | | | |

**Debtor reserves the right to amend, supplement or modify this Exhibit List as other documents become available prior to the hearing.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on September 14, 2026.

AGENTIS PLLC
***Counsel for the Debtor***
45 Almeria Avenue
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

By: */s/ Jesse R. Cloyd*
Jesse R. Cloyd
Florida Bar No: 58388
jrc@agentislaw.com

**26-18907-CLC Notice will be electronically mailed to:**

Jerrell A Breslin on behalf of Creditor FVP Servicing LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Plaintiff FVP Investments LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Plaintiff FVP Opportunity Fund III, LP
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Plaintiff FVP Servicing LLC
jb@jsjb.law, eservice@jsjb.law

Albert Anthony Ciardi, III on behalf of Creditor Deerfield Capital, LLC
aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Jesse R Cloyd on behalf of Debtor Yoel Getter
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jesse R Cloyd on behalf of Defendant Yoel Getter
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Patrick R Dorsey on behalf of Creditor Franklin Capital Funding, LLC
pdorsey@slp.law,
dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com;mortman@slp.law

Lindsay Karten on behalf of Creditor FVP Servicing LLC
lindsay@kartenlegal.com

Lindsay Karten on behalf of Plaintiff FVP Investments LLC
lindsay@kartenlegal.com

Lindsay Karten on behalf of Plaintiff FVP Opportunity Fund III, LP
lindsay@kartenlegal.com

Lindsay Karten on behalf of Plaintiff FVP Servicing LLC
lindsay@kartenlegal.com

Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Barry E Mukamal on behalf of Trustee Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Eric J Silver on behalf of Trustee Barry E Mukamal
esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernand
ez@stearnsweaver.com

Jaitegh Singh on behalf of Creditor Bilyk Investment Group LLC
jsingh@singhfirm.com, pacer@singhfirm.com

Robert A. Stok, Esq. on behalf of Creditor M&M Structural Construction, LLC
rstok@stoklaw.com, service@stoklaw.com;ssolis@stoklaw.com;fcarmona@stoklaw.com

Charles M Tatelbaum on behalf of Creditor Volvo Car Financial Services
cmt@trippscott.com, aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

agentis
Legal Advocates & Advisors