| | | | |
|---|---|---|---|
| Debtor 1 | Yoel | | Getter |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Florida

Case number 26-18907-CLC
(*If known*):

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 20,430.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 20,430.00 |

### Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 18,313,115.72 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 514.00 |
| **Your total liabilities** | $ 18,313,629.72 |

### Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* | $ 14,448.70 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* | $ 14,478.70 |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter
First Name Middle Name Last Name

Case number *(if known)* 26-18907-CLC

**Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ☑ Yes

7. **What kind of debt do you have?**
   - ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☑ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules

8. **From the *Statement of Your Current Monthly Income***: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. — $ **0.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F***:

**From Part 4 on *Schedule E/F*, copy the following:**

| | Total Claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ **0.00** |


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Yoel | | Getter |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*): **26-18907-CLC**

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   - ☐ No. Go to Part 2.
   - ☑ Yes. Where is the property?

**1.1.** **564 E 9th Street**
Street address, if available, or other description

**Brooklyn** **NY** **11218**
City State Zip Code

**KINGS**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 808,000.00 | $ 0.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** **5/4 Single Family Home (in foreclosure)**

**Note:**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ........ ➔ $ **0.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter (First Name / Middle Name / Last Name) — Case number *(if known)* 26-18907-CLC

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

**3.1.** Make: **Volvo**
Model: **XC90**
Year: **2026**
Approximate mileage: **2,350**
Other information:
**Leased vehicle driven by Debtor's son**
**VIN# YV4M12PJT8T1481846**

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ **0.00**

**Current value of the portion you own?** $ **0.00**

**Note:**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........ ➔ $ **0.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

☑ No

☐ Yes. Describe........

**None. Debtor lives in fully furnished apartment**

$ **0.00**

7. **Electronics**

☑ No

☐ Yes. Describe........

$


Copyright © Financial Software Solutions, LLC — BlueStylus

Debtor 1 Yoel Getter — Case number *(if known)* 26-18907-CLC
First Name / Middle Name / Last Name

**8. Collectibles of value**
☑ No
☐ Yes. Describe............................ | $ ______

**9. Equipment for sports and hobbies**
☑ No
☐ Yes. Describe............................ | $ ______

**10. Firearms**
☐ No
☑ Yes. Describe............................ **Smith & Wesson M&P Shield** | $ **400.00**

**11. Clothes**
☐ No
☑ Yes. Describe............................ **Standard men's waredrobe of no value to anyone other than the Debtor.** | $ **0.00**

**12. Jewelry**
☑ No
☐ Yes. Describe............................ | $ ______

**13. Non-farm animals**
☑ No
☐ Yes. Describe............................ | $ ______

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☑ No
☐ Yes. Describe............................ | $ ______

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............ ➔ $ **400.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel (First Name) (Middle Name) Getter (Last Name) Case number *(if known)* 26-18907-CLC

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes .................................. $ ____________

17. **Deposits of Money**

☐ No
☑ Yes .................................. Institution name:

**17.1. Checking Account** — **PINNACLE BANK (TN) DBA SYNOVUS BANK** — $ **30.00**

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes .................................. Institution or issuer name: ____________ $ ____________

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them................................

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| 19.1 | **25% interest (borrowed money to purchase this interest) in GCR Partners, LLC (NY Corp) (only asset is 8% partnership in 1 building being built and 5% interest in building that is rented but not cash flowing positively)** | **25.00** % | $ **Unknown** |
| 19.2 | **56Bal Bay Drive, LLC (NY Corp) owned a building (purchased in 2021), sold in 2022, after sale, company inactive** | **100.00** % | $ **0.00** |
| 19.3 | **City Capital NY, LLC (NY LLC) Never used and dormant â€“ NO ASSET** | **100.00** % | $ **0.00** |


Copyright © Financial Software Solutions, LLC BlueStylus

| Debtor 1 | Yoel | | Getter | Case number *(if known)* | 26-18907-CLC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | |
|---|---|---|---|
| 19.4 | Funding Solutions, LLC (CT LLC) Never used and dormant â€“ NO ASSET | 100.00 % | $ 0.00 |
| 19.5 | Insight Capital, LLC (WY Corp) 100% interest Closed dormant | 100.00 % | $ 0.00 |
| 19.6 | Quick Capital Inc. (NY Corp) Closed 2024 taxes tax liability $357,634 (No assets) | 100.00 % | $ 0.00 |
| 19.7 | Riverside Capital NY, LLC (NY LLC) Never used and dormant â€“ NO ASSET | 100.00 % | $ 0.00 |
| 19.8 | Skytop Holdings, LLC (CT LLC) Never used dormant â€“ NO ASSET | 100.00 % | $ 0.00 |
| 19.9 | Speed Funding Solutions, LLC (DE LLC) Funding Corp, never usedâ€“ NO ASSET | 100.00 % | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them.................................. Issuer name:

$

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

Type of account: Institution name:

$

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes .......................................... Institution name or individual:

| | | |
|---|---|---|
| 22.1 | Retainer to Accountant Bernath + Rosenberg | $ 10,000.00 |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel (First Name) (Middle Name) Getter (Last Name) Case number *(if known)* 26-18907-CLC

**22.2 Retainer to Tax Attorney Weisberg Kainen Mark, PL** $ **10,000.00**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
- ☑ No
- ☐ Yes .......................................... Issuer name and description: $

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ☑ No
- ☐ Yes .......................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c): $

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ☑ No
- ☐ Yes. Describe.................................. $

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
- ☑ No
- ☐ Yes. Describe.................................. $

**27. Licenses, franchises, and other general intangibles**
- ☑ No
- ☐ Yes. Describe.................................. $

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
- ☑ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .....................


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — Case number (if known) 26-18907-CLC

First Name / Middle Name / Last Name

| | | |
|---|---|---|
| Federal: | $ | |
| State: | $ | |
| Local: | $ | |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information ...........

| | | |
|---|---|---|
| Alimony: | $ | |
| Maintenance: | $ | |
| Support: | $ | |
| Divorce settlement: | $ | |
| Property settlement: | $ | |

**30. Other amounts someone owes you**

☑ No

☐ Yes. Give specific information. ........ $

31. **Interests in insurance policies**

☐ No

☑ Yes. Name the insurance company of each policy and list its value ......

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **MassMutual Term Life Policy (#908)** | **A. Getter; R. Getter and C. Getter (children)** | $ **0.00** |
| **MassMutual Term Life Policy (#909)** | **A. Getter; R. Getter and C. Getter (children)** | $ **0.00** |

**32. Any interest in property that is due you from someone who has died**

☑ No

☐ Yes. Describe............................ $



Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter (First Name / Middle Name / Last Name) Case number (if known) 26-18907-CLC

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☐ No

☑ Yes. Describe.........................

ThirdParty Plaintiff and Counter Claimant Case# 2022cv01743 Hi Bar Capital LLC v. Getter pending in the US District Court Eastern District of New York — $ 0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe......................... $

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Describe......................... $

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........................ ➔ **$ 20,030.00**

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe......................... $

**39. Office equipment, furnishings, and supplies**

☑ No

☐ Yes. Describe......................... $

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe......................... $


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter Case number (if known) 26-18907-CLC
First Name Middle Name Last Name

**41. Inventory**

☑ No

☐ Yes. Describe………………..……… $ ______

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe ................................ Name of entity: % of ownership:

______ ______ % $ ______

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe……………... $ ______

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information ……… $ ______

**45. Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ....... ➔ $ 0.00

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**

☑ No

☐ Yes. Describe…………….………… $ ______


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter Case number (if known) 26-18907-CLC
First Name Middle Name Last Name

**48. Crops - either growing or harvested**

☑ No

☐ Yes. Describe............................ $ ________

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes. Describe............................ $ ________

**50. Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes. Describe............................ $ ________

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Describe............................ $ ________

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........ ➔ $ **0.00**

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information......... $ **0.00**

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........ ➔ $ **0.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — Case number *(if known)* 26-18907-CLC

First Name / Middle Name / Last Name

## Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** | | $ 0.00 |
| 56. | **Part 2: Total vehicles, line 5** | $ 0.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $ 400.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $ 20,030.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $ 0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $ 0.00 | |
| 62. | **Total personal property.** Add line 56 through 61 | $ 20,430.00 | Copy personal property total ➔ + $ 20,430.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. | | $ 20,430.00 |



Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor 1: **Yoel** (First Name) — (Middle Name) — **Getter** (Last Name)

Debtor 2 (Spouse, if filing): First Name — Middle Name — Last Name

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*): **26-18907-CLC**

☐ Check if this is an amended filing

# Official Form 106C

# Schedule C: Property You Claim as Exempt

**04/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule *A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Smith & Wesson M&P Shield**<br>Line from *Schedule A/B*: **10.1** | $ **400.00** | ☐ $<br>☑ 100% of fair market value up to any applicable statutory limit | **Fla. Const. Art X §4** |
| Brief description: **PINNACLE BANK (TN) DBA SYNOVUS BANK Checking Account 0387**<br>Line from *Schedule A/B*: **17.1** | $ **30.00** | ☑ $ **30.00**<br>☐ 100% of fair market value up to any applicable statutory limit | **Fla. Const. Art X §4** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☑ No
     - ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Yoel | | Getter |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*): **26-18907-CLC**

☐ Check if this is an amended filing

# Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

| 2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| **2.1** **Aviation G4, LLC** — Describe the property that secures the claim: | $ Unknown | $ 0.00 | $ Unknown |

**Aviation G4, LLC**
Creditor's Name

**233 East 62nd Street**
Number Street

**New York** **NY** **10065**
City State Zip Code

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Additional Information:**

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of Lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgement lien from a lawsuit
☑ Other (including a right to offset) **UCC 202203467833**

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** ________ **Last 4 digits of account number** ________

**Note:**



Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter Case number *(if known)* 26-18907-CLC
First Name Middle Name Last Name

**2.2** **Citizens Bank NA**
Creditor's Name

**Describe the property that secures the claim:** $ 1,200,000.00 $ 0.00 $ Unknown

564 E 9th Street, Brooklyn, NY 11218

**1 Citizens Plaza**
Number Street

**Providence RI 02903**
City State Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Additional Information:**
Mortgage

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Nature of Lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgement lien from a lawsuit
- ☑ Other (including a right to offset) Mortgage

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** ______ **Last 4 digits of account number** 6541

**Note:**

**2.3** **Citizens Bank NA**
Creditor's Name

**Describe the property that secures the claim:** $ 200,000.00 $ 0.00 $ Unknown

564 E 9th Street, Brooklyn, NY 11218

**1 Citizens Plaza**
Number Street

**Providence RI 02903**
City State Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Additional Information:**
Line of Credit

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Nature of Lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgement lien from a lawsuit
- ☑ Other (including a right to offset) Line of Credit

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** ______ **Last 4 digits of account number** ______

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter Case number *(if known)* 26-18907-CLC
First Name Middle Name Last Name

**2.4** **FVP Servicing, LLC**
Creditor's Name
**1201 Broadway**
**7th Floor**
Number Street
**New York NY 10001**
City State Zip Code

**Describe the property that secures the claim:** $ 8,841,219.72 $ 0.00 $ Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Additional Information:**

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of Lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgement lien from a lawsuit
☐ Other (including a right to offset) ____________

**Date debt was incurred** ____________ **Last 4 digits of account number** ____________

**Note:**

**2.5** **Volvo Car Financial Services**
Creditor's Name
**PO Box 91300**
Number Street
**Mobile AL 36691**
City State Zip Code

**Describe the property that secures the claim:** $ 21,896.00 $ 21,896.00 $ 0.00
**Volvo XC90 2026, Leased vehicle driven by Debtor's son VIN# YV4M12PJT8T1481846**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Additional Information:**
**Lease for 2026 Volvo XC90**

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of Lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgement lien from a lawsuit
☐ Other (including a right to offset) ____________

**Date debt was incurred** ____________ **Last 4 digits of account number** ____________

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter Case number *(if known)* 26-18907-CLC
First Name Middle Name Last Name

**2.6** **Worth Capital Holdings, 88, LLC**
Creditor's Name

**233 East 62nd Street**
Number Street

**New York NY 10065**
City State Zip Code

**Describe the property that secures the claim:**
**56Bal Bay Drive, LLC (NY Corp) owned a building (purchased in 2021), sold in 2022, after sale, company inactive**

$ **8,050,000.00** $ **0.00** $ **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Additional Information:**
**Equity Interest Pledge Agreement**

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Nature of Lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgement lien from a lawsuit
- ☑ Other (including a right to offset) **UCC**

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** ________ **Last 4 digits of account number** ________

**Note:**

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ **18,313,115.72**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter**
First Name Middle Name Last Name

Case number *(if known)* **26-18907-CLC**

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Yoel** | | **Getter** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Florida**

Case number *(If known)*: **26-18907-CLC**

☐ Check if this is an amended filing

# Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $ **Unknown** | $ **Unknown** | $ **0.00** |

**Internal Revenue Service**
Priority Creditor's Name

**PO Box 7346**
Number Street

**Philadelphia** **PA** **19101-7346**
City State Zip Code

**Last 4 digits of account number** ________

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ________

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**
**Business Taxes**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** (First Name) (Middle Name) **Getter** (Last Name) Case number *(if known)* **26-18907-CLC**

**2.2**

**Internal Revenue Service**
Priority Creditor's Name

**PO Box 7346**
Number Street

**Philadelphia PA 19101-7346**
City State Zip Code

**Last 4 digits of account number** ______ $ **Unknown** $ **Unknown** $ **0.00**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ______

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description:**

**Individual Taxes**

**Note:**

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3.** **Do any creditors have nonpriority unsecured claims against you?**

- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☑ Yes.

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**3.1**

**American Express**
Nonpriority Creditor's Name

**PO Box 6030**
Number Street

**Carol Stream IL 60197-6031**
City State Zip Code

**Last 4 digits of account number** ______ $ **Unknown**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ______

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description:**

**Personal Guaranty on Corporate Card**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** (First Name) (Middle Name) **Getter** (Last Name) Case number *(if known)* **26-18907-CLC**

**3.2**

**Apple Card**
Nonpriority Creditor's Name

**Lockbox 6112**
**PO Box 7247**
Number Street

**19170**
City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Description:**

**Credit Card**

**$ Unknown**

**Note:**

**3.3**

**Bilyk Investment Group LLC**
Nonpriority Creditor's Name

**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
Number Street

**New York NY 10022**
City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Description:**

**$ Unknown**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name

**3.4**

**David Benjamin Falk**
Nonpriority Creditor's Name

**3799 Cadbury Circle, #208**
Number Street

**Venice** **FL** **34293**
City State Zip Code

**Last 4 digits of account number** ______ **$ Unknown**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**

**Note:**

**3.5**

**Deerfield Capital, LLC**
Nonpriority Creditor's Name

**c/o Albert Anthony Ciardi, III**
**Ciardi Ciardi & Astin**
**1905 Spruce Street**
Number Street

**Philadelphia** **PA** **19103**
City State Zip Code

**Last 4 digits of account number** ______ **$ Unknown**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — Case number (if known) 26-18907-CLC

**3.6**

**El Dorado Hills Insurance Solutions, Inc.**
Nonpriority Creditor's Name
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
Number Street
**New York NY 10022**
City State Zip Code

**Last 4 digits of account number** ____
**When was the debt incurred?** ____
$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

**Note:**

**3.7**

**ELDO Investments, LLC**
Nonpriority Creditor's Name
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
Number Street
**New York NY 10022**
City State Zip Code

**Last 4 digits of account number** ____
**When was the debt incurred?** ____
$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name

**3.8** **ELDO Investments, LLC**
Nonpriority Creditor's Name
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
Number Street
**New York** **NY** **10022**
City State Zip Code

**Last 4 digits of account number** ________ $ **Unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ________

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**

**Note:**

**3.9** **Florida Department of Revenue**
Nonpriority Creditor's Name
**PO Box 6668**
Number Street
**Tallahassee** **FL** **32314-6668**
City State Zip Code

**Last 4 digits of account number** ________ $ **0.00**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ________

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**
**Notice Purposes Only**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** (First Name) (Middle Name) **Getter** (Last Name) Case number *(if known)* **26-18907-CLC**

**3.10**

**FVP Investments, LLC**
Nonpriority Creditor's Name

**c/o Jerrell A. Breslin, Esq.**
**Baron Breslin & Sarmiento**
**Attorney at Law**
**169 East Flagler Street**
**Suite 700**
Number Street

**Miami** **FL** **33132**
City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

**Note:**

**3.11**

**FVP Opportunity Fund III, LP**
Nonpriority Creditor's Name

**c/o Jerrell A. Breslin, Esq.**
**Baron Breslin & Sarmiento**
**Attorney at Law**
**169 East Flagler Street**
**Suite 700**
Number Street

**Miami** **FL** **33132**
City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Case 26-18907-CLC Doc 82 Filed 09/14/26 Page 28 of 95

Debtor 1 Yoel Getter Case number (if known) 26-18907-CLC
First Name Middle Name Last Name

**3.12** **Golden Foothill Insurance Services, LLC**
Nonpriority Creditor's Name
**1460 Arboretum Parkway**
Number Street
**Lakewood NJ 08701**
City State Zip Code

**Last 4 digits of account number** ______ **$ Unknown**
**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**

**Note:**

**3.13** **Hi Bar Capital LLC**
Nonpriority Creditor's Name
**c/o Glen B. Lenihan, Esq.**
**Oved & Oved LLP**
**401 Greenwich Street**
Number Street
**New York NY 10013**
City State Zip Code

**Last 4 digits of account number** ______ **$ Unknown**
**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel (First Name) (Middle Name) Getter (Last Name) Case number *(if known)* 26-18907-CLC

**3.14**

**IC System, Inc.**
Nonpriority Creditor's Name

**PO Box 64378**
Number Street

**Saint Paul** **MN** **55164**
City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

$ **514.00**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description:**

**Collection on the Brooklyn Union Gas Company**

**Note:**

**3.15**

**Internal Revenue Service**
Nonpriority Creditor's Name

**PO Box 7346**
Number Street

**Philadelphia** **PA** **19101-7346**
City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description:**

**Outstanding Taxes**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** (First Name) (Middle Name) **Getter** (Last Name) Case number *(if known)* **26-18907-CLC**

**3.16**

**Joel Leslie Anderson**
Nonpriority Creditor's Name

**3799 Cadbury Circle, #208**
Number Street

**Venice** **FL** **34293**
City State Zip Code

**Last 4 digits of account number** __________

**When was the debt incurred?** __________

$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __________

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

**Note:**

**3.17**

**KTL Holdings, Inc.**
Nonpriority Creditor's Name

**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
Number Street

**New York** **NY** **10022**
City State Zip Code

**Last 4 digits of account number** __________

**When was the debt incurred?** __________

$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify __________

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter Case number *(if known)* 26-18907-CLC
First Name Middle Name Last Name

**3.18** **Life Factor II, LLC**
Nonpriority Creditor's Name
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
Number Street
**New York NY 10022**
City State Zip Code

**Last 4 digits of account number** ________ **$ Unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ________

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**

**Note:**

**3.19** **Life Shares II, LLC**
Nonpriority Creditor's Name
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
Number Street
**New York NY 10022**
City State Zip Code

**Last 4 digits of account number** ________ **$ Unknown**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ________

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel (First Name) (Middle Name) Getter (Last Name) Case number *(if known)* 26-18907-CLC

**3.20** **Life Star Living, LLC**
Nonpriority Creditor's Name
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
Number Street
**New York** **NY** **10022**
City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

**Note:**

**3.21** **Lifestar Capital, LLC**
Nonpriority Creditor's Name
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
Number Street
**New York** **NY** **10022**
City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel (First Name) (Middle Name) Getter (Last Name) Case number *(if known)* 26-18907-CLC

**3.22**

**Lifestar Talent, LLC**
Nonpriority Creditor's Name

**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
Number Street

**New York** **NY** **10022**
City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Description:**

**Note:**

**3.23**

**Lone Wolf Insurance Services, Inc.**
Nonpriority Creditor's Name

**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
Number Street

**New York** **NY** **10022**
City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Description:**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter Case number (if known) 26-18907-CLC
First Name Middle Name Last Name

**3.24**

**M&M Structural Constructions, LLC**
Nonpriority Creditor's Name
**c/o Stok Kon + Braverman**
**1 E. Broward Blvd., Suite 915**
Number Street
**Fort Lauderdale FL 33301**
City State Zip Code

**Last 4 digits of account number** ______ **$ Unknown**
**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify ______

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**

**Note:**

**3.25**

**Miami Dade County Tax Collector**
Nonpriority Creditor's Name
**Bankruptcy Paralegal Unit**
**200 N.W. Second Avenue, Suite 430**
Number Street
**Miami FL 33130-0000**
City State Zip Code

**Last 4 digits of account number** ______ **$ 0.00**
**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ______

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**
**Notice Purposes Only**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name

**3.26** **New York Department of Finance**
Nonpriority Creditor's Name
**ATTN: Office of Counsel**
**Building 9**
**W A Harriman Campus**
Number Street
**Albany** **NY** **12227**
City State Zip Code

**Last 4 digits of account number** ____
**When was the debt incurred?** ____
$ **0.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**
**Notice Purposes Only**

**Note:**

**3.27** **New York Tax (Brooklyn)**
Nonpriority Creditor's Name
**420 Albee Square W**
Number Street
**Brooklyn** **NY** **11201**
City State Zip Code

**Last 4 digits of account number** ____
**When was the debt incurred?** ____
$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify ____

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**
**New York State & NYC Income Tax**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — Case number (if known) 26-18907-CLC
First Name / Middle Name / Last Name

**3.28** **Nicole Testa Mehdipour**
Nonpriority Creditor's Name
**c/o Jason S Rigoli, Esq.**
**Furr Cohen**
**2255 Glades Road, Suite 419a**
Number Street
**Boca Raton FL 33431**
City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

**Note:**

**3.29** **NYC Department of Finance**
Nonpriority Creditor's Name
**375 Pearl St FL 30**
Number Street
**New York NY 10038-1442**
City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description:**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — Case number (if known) 26-18907-CLC
First Name / Middle Name / Last Name

**3.30** **NYC Department of Finance**
Nonpriority Creditor's Name
**Correspondence Unit**
**1 Centre Street, 22nd Floor**
Number Street
**New York NY 10007**
City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
$ **0.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**
**Notice Purposes Only**

**Note:**

**3.31** **Prestige Imports, Inc.**
Nonpriority Creditor's Name
**285 Route 10 East**
Number Street
**East Hanover NJ 07936**
City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description:**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter Case number *(if known)* 26-18907-CLC

First Name Middle Name Last Name

**3.32**

**Tatanisha Leer**
Nonpriority Creditor's Name
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
Number Street

City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description:**

**Note:**

**3.33**

**The Genesis LS Fund, LLC**
Nonpriority Creditor's Name
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
Number Street
**New York NY 10022**
City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description:**

**Note:**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter (First Name / Middle Name / Last Name) — Case number *(if known)* 26-18907-CLC

**3.34**

**Volvo Car Financial**
Nonpriority Creditor's Name

**1800 Volvo Place**
Number Street

**Mahwah NJ 07430**
City State Zip Code

**Last 4 digits of account number** ______

**When was the debt incurred?** ______

$ **Unknown**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ______

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Description:**

**Auto Lease**

**Note:**

## Part 3: List Others to Be Notified for a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** (First Name) (Middle Name) **Getter** (Last Name) Case number *(if known)* **26-18907-CLC**

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 514.00 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ 514.00 |


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Yoel** | | **Getter** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Florida**

Case number *(If known)*: **26-18907-CLC**

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do you have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

**2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Prestige Imports, Inc.** (Name)<br>**285 Route 10 East** (Number Street)<br>**East Hanover** (City) **NJ** (State) **07936** (Zip Code) | **Volvo XC90 (Debtor's son drives and Debtor's brother maintains)** |



Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor 1 **Yoel** **Getter**
First Name Middle Name Last Name

Debtor 2
First Name Middle Name Last Name

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*): **26-18907-CLC**

☐ Check if this is an amended filing

# Official Form 106H

# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☑ No
   - ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No. Go to line 3.
   - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☑ No. Go to line 3.
     - ☐ Yes. In which community state or territory did you live? ____________________ . Fill in the name and current address of that person.

       Name of your spouse, former spouse, or legal equivalent

       Number Street

       City State Zip Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| *Column 1:* **Your codebtor** | **Column 2: The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor 1: **Yoel** (First Name) | (Middle Name) | **Getter** (Last Name)

Debtor 2 (Spouse, if filing): First Name | Middle Name | Last Name

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*): **26-18907-CLC**

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM/DD/YYYY

# Official Form 106I

## Schedule I: Your Income

**12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Employment

1. **Fill in your employment Information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | **Unemployed** | |
| **Employer's name** | | |
| **Employer's address** | Number Street<br>City State Zip Code | Number Street<br>City State Zip Code |
| **How long employed there?** | | |



Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter (First Name, Middle Name, Last Name) Case number (if known) 26-18907-CLC

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ |
| **Copy line 4 here** ➔ | 4. | $ 0.00 | $ |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ |
| 5e. **Insurance** | 5e. | $ 0.00 | $ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ |
| 5g. **Union dues** | 5g. | $ 0.00 | $ |
| 5h. **Other deductions.** Specify: | 5h. | + $ 0.00 | + $ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $ 0.00 | $ |
| 7. **Calculate total monthly take home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ |
| 8. **List all other income regularly received.** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ |
| 8e. **Social Security** | 8e. | $ 0.00 | $ |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — Case number *(if known)* 26-18907-CLC
First Name / Middle Name / Last Name

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | Debtor 1 | Debtor 2 |
|---|---|---|---|
| Specify: | 8f. | $ 0.00 | $ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ |
| 8h. **Other monthly income.** Specify: | 8h. | + $ 0.00 | + $ |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. — 9. $ 0.00 | $

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. — 10. $ 0.00 + $ = $ 0.00

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: **Brother's Assistance** — 11. + $ 14,448.70

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies — 12. $ 14,448.70
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain: **Increase, as Debtor is hoping to open a new business venture**


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor 1 **Yoel** **Getter**
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: **Southern District of Florida**

Case number **26-18907-CLC**
(*If known*):

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM/DD/YYYY

# Official Form 106J

# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   ☐ No
   ☑ Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 10 | ☑ No ☐ Yes |
| Child | 18 | ☑ No ☐ Yes |
| Child | 8 | ☑ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** (First Name) (Middle Name) **Getter** (Last Name)

Case number *(if known)* **26-18907-CLC**

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ **0.00** |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ **0.00** |
| 4b. Property, homeowner’s, or renter’s insurance | 4b. | $ **0.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ **0.00** |
| 4d. Homeowner’s association or condominium dues | 4d. | $ **0.00** |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ **0.00** |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ **0.00** |
| 6b. Water, sewer, garbage collection | 6b. | $ **0.00** |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ **0.00** |
| 6d. Other. Specify: **Cell Phone** | 6d. | $ **300.00** |
| 7. **Food and housekeeping supplies** | 7. | $ **0.00** |
| 8. **Childcare and children’s education costs** | 8. | $ **0.00** |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ **0.00** |
| 10. **Personal care products and services** | 10. | $ **0.00** |
| 11. **Medical and dental expenses** | 11. | $ **0.00** |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ **0.00** |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ **0.00** |
| 14. **Charitable contributions and religious donations** | 14. | $ **0.00** |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ **1,500.00** |
| 15b. Health insurance | 15b. | $ **0.00** |
| 15c. Vehicle insurance | 15c. | $ **500.00** |
| 15d. Other insurance. Specify: | 15d. | $ **0.00** |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ **0.00** |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** (First Name) (Middle Name) **Getter** (Last Name) Case number *(if known)* **26-18907-CLC**

| | | |
|---|---|---|
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ **729.87** |
| 17b Car payments for Vehicle 2 | 17b. | $ **0.00** |
| 17c. Other. Specify: | 17c. | $ **0.00** |
| 17d. Other. Specify: | 17d. | $ **0.00** |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ **0.00** |
| 19. **Other payments you make to support others who do not live with you.** Specify: **Child Support as per MSA** | 19. | $ **11,448.83** |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a. Mortgages on other property | 20a. | $ **0.00** |
| 20b. Real estate taxes | 20b. | $ **0.00** |
| 20c. Property, homeowner's or renter's insurance | 20c. | $ **0.00** |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ **0.00** |
| 20e. Homeowner's association or condominium dues | 20e. | $ **0.00** |
| 21. **Other.** Specify: | 21. + | $ **0.00** |
| 22. **Calculate your monthly expenses.** | | |
| 22a. Add lines 4 through 21. | 22a. | $ **14,478.70** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $ **0.00** |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $ **14,478.70** |
| 23. **Calculate your monthly net income.** | | |
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I.* | 23a. | $ **14,448.70** |
| 23b. Copy your monthly expenses from line 22c above. | 23b. − | $ **14,478.70** |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ **-30.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. Explain here:



Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor 1: **Yoel** (First Name) (Middle Name) **Getter** (Last Name)

Debtor 2 (Spouse, if filing): (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*): **26-18907-CLC**

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Part 1: Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person ____________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ **/s/ Yoel Getter**
Signature of Debtor 1

Date **7/31/2026**
MM/DD/YYYY

✘ ____________
Signature of Debtor 2

Date ____________
MM/DD/YYYY


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor 1: **Yoel** (First Name) | Middle Name | **Getter** (Last Name)

Debtor 2 (Spouse, if filing): First Name | Middle Name | Last Name

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*): **26-18907-CLC**

☐ Check if this is an amended filing

# Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

**04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☐ Married
   - ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☐ No.
   - ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **100 Bal Bay Drive** (Number Street) | From **10/1/2020** To **5/31/2024** | Number Street | From To |
| **Miami Beach FL 33154-1311** (City State ZIP Code) | | City State ZIP Code | |

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **4340 N Bay Road** (Number Street) | From **6/1/2024** To **3/31/2025** | Number Street | From To |
| **Miami Beach FL 33140-2855** (City State ZIP Code) | | City State ZIP Code | |



Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — Case number (if known) 26-18907-CLC

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 9705 Collins Ave, Unit 2403 (Number Street)<br>Miami Beach FL 33154-2275 (City State ZIP Code) | From 4/1/2025<br>To 7/7/2026 | (Number Street)<br>(City State ZIP Code) | From<br>To |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No.
   - ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
   - ☐ No.
   - ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ To be supplemented |
| **For last calendar year:** (January 1 to December 31, 2025) | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ To be supplemented |
| **For the calendar year before that:** (January 1 to December 31, 2024) | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 980,421.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |


Copyright © Financial Software Solutions, LLC BlueStylus

| Debtor 1 | Yoel | | Getter | Case number *(if known)* | 26-18907-CLC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No.
☑ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | TBD | $ To be supplemented | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For last calendar year:** (January 1 to December 31, 2025) | TBD | $ To be supplemented | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:** (January 1 to December 31, 2024) | Capital Gains | $ 2,946,388.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts**. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name

| | Dates of Payment | Total Amount Paid | Amount You Still Owe | Was this Payment for… |
|---|---|---|---|---|
| Creditor's Name | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |
| Number Street | | | | |
| City State ZIP Code | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number Street | | | | |
| City State ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ 0.00 | |
| Number Street | | | | |
| City State ZIP Code | | | | |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** (First Name) (Middle Name) **Getter** (Last Name) Case number *(if known)* **26-18907-CLC**

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No.
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **M&M STRUCTURAL CONSTRUCTION, LLC vs Yoel Getter et al**<br>Case number **2024-004234-CA-01** | | **11th Circuit Court Miami Dade County, Florida** (Court Name)<br>**73 West Flagler Street** (Number Street)<br>**Miami** (City) **FL** (State) **33130** (ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **FVP Opportunity Fund III, LP, et. al. v. Yoel Getter**<br>Case number **CACE22005125(07)** | | **Broward County Circuit Court (17th Judicial Circuit Court)** (Court Name)<br>**201 SE 6th Street** (Number Street)<br>**Fort Lauderdale** (City) **FL** (State) **33301** (ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title **FVP Opportunity Fund III, LP, et. al. v. Yoel Getter, et. al.**<br>Case number **CACE26001141** | | **Broward County Circuit Court (17th Judicial Circuit Court)** (Court Name)<br>**201 SE 6th Street** (Number Street)<br>**Fort Lauderdale** (City) **FL** (State) **33301** (ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — Case number (if known) 26-18907-CLC

| Case title / Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: **Deerfield Capital, LLC v. Yoel Getter, et. al.**<br>Case number: **5:25-cv-07306-JFL** | | Court Name: **US District Court Pennsylvania Eastern District**<br>Number Street: **James A. Byrne U.S. Courthouse601 Market Street**<br>City State ZIP Code: **Philadelphia PA 19106** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: **Golden Foothill Insurance Services, LLC, et. al. v. Yoel Getter, et. al.**<br>Case number: **24-cv-08515** | | Court Name: **US District Court New York Southern District**<br>Number Street: **40 Foley Square**<br>City State ZIP Code: **New York NY 10007** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: **Bilyk Investment Group LLC v. Yoel Getter, et. al.**<br>Case number: **26-cv-3671** | | Court Name: **US District Court New York Southern District**<br>Number Street: **40 Foley Square**<br>City State ZIP Code: **New York NY 10007** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter Case number (if known) 26-18907-CLC
First Name Middle Name Last Name

| Case title / Case number | Nature of the case | Court or agency | Status of the case |
| --- | --- | --- | --- |
| Case title: Life Star Living, LLC, et. al. v. Yoel Getter, et. al.<br>Case number: 26-cv-4554 | | US District Court New York Southern District (Court Name)<br>40 Foley Square (Number Street)<br>New York NY 10007 (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: Hi Bar Capital v. Yoel Getter<br>Case number: 22-cv-01743 | | US District Court New York Eastern District (Court Name)<br>225 Cadman Plaza E (Number Street)<br>Brooklyn NY 11201 (City State ZIP Code) | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title: Mehdipour v. Yoel Getter, et. al<br>Case number: 24-01124-EPK | | US Bankruptcy Court West Palm Beach Division (Court Name)<br>1515 North Flagler Drive (Number Street)<br>West Palm Beach FL 33401 (City State ZIP Code) | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title: Citizens Bank, N.A. v. Yoel Getter, et. al.<br>Case number: 513382/2023 | | Supreme Court of the State of New York, County of Kings (Court Name)<br>360 Adams St #4 (Number Street)<br>Brooklyn NY 01120 (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter Case number (if known) 26-18907-CLC
First Name Middle Name Last Name

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the Property | Date | Value of the Property |
|---|---|---|---|
| **Aviation G4, LLC**<br>Creditor's Name<br>**233 East 62nd Street**<br>Number Street<br>**New York NY 10065**<br>City State ZIP Code | **G4 Airplane S/N 1357 Registration N77FK**<br>**Explain what Happened**<br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | **1/1/2025** | $ **0.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No.
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name<br>Number Street<br>City State ZIP Code | Last 4 digits of account number: XXXX- | | $ |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No.
☐ Yes. Fill in the details for each gift.


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ 0.00 |
| Number Street | | | $ 0.00 |
| City State ZIP Code | | | |
| Person's relationship to you | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No.
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **VARIOUS -** Charity's Name | **Various charitable donations in 2024 to various organizations** | | $ **96,355.00** |
| Number Street | | | $ **0.00** |
| City State ZIP Code | | | |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No.
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $ |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** (First Name) (Middle Name) **Getter** (Last Name) Case number *(if known)* **26-18907-CLC**

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No.
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Agentis PLLC**<br>Person Who Was Paid<br>**45 Almeria Avenue**<br>Number Street<br>**Coral Gables FL 33134**<br>City State ZIP Code<br>**www.agentislaw.com**<br>Email or Website Address<br>**Aron Getter**<br>Person Who Made the Payment, if Not You | **See Disclosure of Compensation for Attorney for Debtor [Dkt. No. 19]** | | $ **31,918.65**<br>$ **0.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No.
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid<br>Number Street<br>City State ZIP Code | | | $<br>$ |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No.
☑ Yes. Fill in the details.


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — Case number *(if known)* 26-18907-CLC

| Person Who Received Transfer | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Gold Coast Exotic Imports (d.b.a. Bentley Gold Coast)<br>Number Street<br>City State ZIP Code<br>Person's relationship to you | Mercedes sold as per MSA | $138,000.00 used for MSA alimony payout and attorneys fees | 7/15/2025 |
| Gold Coast Exotic Imports (d.b.a. Bentley Gold Coast)<br>Number Street<br>City State ZIP Code<br>Person's relationship to you | Rolls Royce sold as per MSA | $297,000.00 used for MSA alimony payout and attorneys fees | 7/15/2025 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No.
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| | | |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No.
☐ Yes. Fill in the details.


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter Case number (if known) 26-18907-CLC
First Name Middle Name Last Name

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | XXXX- ____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other ____ | ____ | $ ____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No.
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | Name<br>Number Street<br>City State Zip Code | | ☑ No<br>☐ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No.
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the Contents | Do you still have it? |
|---|---|---|---|
| **Public Storage**<br>Name of Storage Facility<br>**2336 Biscayne Blvd**<br>Number Street<br>**Miami FL 33137**<br>City State ZIP Code | Name<br>Number Street<br>City State Zip Code | **Son's clothing** | ☐ No<br>☑ Yes |

**Part 9: Identify Property You Hold or Control for Someone Else**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** (First Name) (Middle Name) **Getter** (Last Name) Case number *(if known)* **26-18907-CLC**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No.
☑ Yes. Fill in the details.

| Owner's Name / Address | Where is the Property? | Describe the Property | Value |
|---|---|---|---|
| **Aron Getter** (Owner's Name) | **9705 Collins Ave Unit 2403** (Number Street) **Miami Beach FL 33154-2275** (City State Zip Code) | **Household goods & furnishings. Debtor lives in brother's fully furnished apartment.** | $ **0.00** |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
- ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites**
- ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Fill in the details.

| Name of Site / Address | Governmental Unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site<br>Number Street<br>City State ZIP Code | Governmental Unit<br>Number Street<br>City State Zip Code | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Fill in the details.


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name

| | Governmental Unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of Site | Governmental Unit | | |
| Number Street | Number Street | | |
| City State ZIP Code | City State Zip Code | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ☑ No.
- ☐ Yes. Fill in the details.

| | Court or Agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | ☐ Pending |
| Case number | Number Street | | ☐ On appeal |
| | City State ZIP Code | | ☐ Concluded |

## Part 11: Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☑ An officer, director, or managing executive of a corporation
- ☑ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ No. None of the above applies. Go to Part 12.
- ☑ Yes. Check all that apply above and fill in the details below for each business.


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name

**Quick Capital, Inc. (NY)**
Name of Site

**9705 Collins Ave, #2403**
Number Street

**Miami Beach** **FL** **33154**
City State ZIP Code

**Describe the nature of the business**

**Finance**

**Name of accountant or bookkeeper**

**Bernath & Rosenberg PC**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN: **84-3666215**

**Dates business existed**

From **11/12/2019** To **12/31/2024**

**56 Bal Bay Drive LLC (NY)**
Name of Site

**1120 52nd Street**
Number Street

**Brooklyn** **NY** **11219**
City State ZIP Code

**Describe the nature of the business**

**Finance**

**Name of accountant or bookkeeper**

**Bernarth & Rosenberg PC**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:

**Dates business existed**

From **7/29/2021** To **Present**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter Case number (if known) 26-18907-CLC
First Name Middle Name Last Name

**City Capital NY LLC (NY)**
Name of Site

**164 20th Street 4E**
Number Street

**Brooklyn NY 11232**
City State ZIP Code

**Describe the nature of the business**
Finance

**Name of accountant or bookkeeper**
Bernarth & Rosenberg PC

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:

**Dates business existed**

From 12/20/2021 To Present

**Funding Solutions LLC (CT)**
Name of Site

**c/o R.D. Woods, Esq.**
**360 Bloomfield Avenue, Suite 301**
Number Street

**Windsor CT 06095**
City State ZIP Code

**Describe the nature of the business**
Financial Management

**Name of accountant or bookkeeper**
Bernarth & Rosenberg PC

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:

**Dates business existed**

From 8/15/2022 To Present


Copyright © Financial Software Solutions, LLC BlueStylus

**Funding Solutions LLC (DE)**
Name of Site

Number Street

City State ZIP Code

**Describe the nature of the business**

**Finance**

**Name of accountant or bookkeeper**

**Bernarth & Rosenberg PC**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:

**Dates business existed**

From **8/9/2022** To **Present**

**GCR Partners LLC (NY)**
Name of Site

**1650 60TH STREET**
Number Street

**Brooklyn** **NY** **11204**
City State ZIP Code

**Describe the nature of the business**

**Finance**

**Name of accountant or bookkeeper**

**Bernarth & Rosenberg PC**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:

**Dates business existed**

From **3/5/2024** To **Present**



Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** (First Name) (Middle Name) **Getter** (Last Name) Case number (*if known*) **26-18907-CLC**

**Insight Capital LLC (WY)**
Name of Site

Number Street

City State ZIP Code

**Describe the nature of the business**
**Finance**

**Name of accountant or bookkeeper**
**Bernarth & Rosenberg PC**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:

**Dates business existed**

From **7/9/2024** To **9/8/2025**

**Skytop Holdings LLC (CT)**
Name of Site

**6 Landmark Sq, 4th Floor**
Number Street

**Stamford** **CT** **06901-2701**
City State ZIP Code

**Describe the nature of the business**
**Financial Investment**

**Name of accountant or bookkeeper**
**Bernarth & Rosenberg PC**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:

**Dates business existed**

From **2/12/2024** To **Present**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter**
First Name Middle Name Last Name

Case number *(if known)* **26-18907-CLC**

**Skytop Holdings LLC (WY)**
Name of Site

Number Street

City State ZIP Code

**Describe the nature of the business**

**Finance**

**Name of accountant or bookkeeper**

**Bernarth & Rosenberg PC**

**Employer Identification Number**
Do not include Social Security number or ITIN.

EIN:

**Dates business existed**

From **12/4/2025** To **Present**

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?**

Include all financial institutions, creditors, or other parties.

☑ No.
☐ Yes. Fill in the details below.

Name

Number Street

City State ZIP Code

**Date Issued**

MM/DD/YYYY

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✘ **/s/ Yoel Getter**
Signature of Debtor 1

Date **7/31/2026**

✘
Signature of Debtor 2

Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No.


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name

☐ Yes.

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No.

☐ Yes. Name of person ____________________ Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).


Copyright © Financial Software Solutions, LLC BlueStylus

: ■

Debtor 1 **Yoel** **Getter**
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*): **26-18907-CLC**

☐ Check if this is an amended filing

# Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Volvo Car Financial Services**<br>Description of property securing debt: **Volvo XC90 2026, Leased vehicle driven by Debtor's son VIN# YV4M12PJT8T1481846** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: **Citizens Bank NA**<br>Description of property securing debt: **564 E 9th Street, Brooklyn, NY 11218** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: **Citizens Bank NA**<br>Description of property securing debt: **564 E 9th Street, Brooklyn, NY 11218** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** (First Name) (Middle Name) **Getter** (Last Name) Case number *(if known)* **26-18907-CLC**

| | | | |
|---|---|---|---|
| Creditor's name: | **Worth Capital Holdings, 88, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Description of property securing debt: | **56Bal Bay Drive, LLC (NY Corp) owned a building (purchased in 2021), sold in 2022, after sale, company inactive** | | |

## List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| **Describe your unexpired personal property leases** | | **Will the lease be assumed?** |
|---|---|---|
| Lessor's name: | **Prestige Imports, Inc.** | ☐ No<br>☑ Yes |
| Description of leased property: | **Volvo XC90 (Debtor's son drives and Debtor's brother maintains)** | |

## Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

✘ **/s/ Yoel Getter**
Signature of Debtor 1

Date **7/31/2026**
MM/DD/YYYY

✘ ______________________
Signature of Debtor 2

Date ______________
MM/DD/YYYY


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Yoel | | Getter |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Florida

Case number (*If known*): 26-18907-CLC

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income

12/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   - ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.
   - ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case**. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | + $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | | |
| Net monthly income from business, profession, or farm | $ 0.00 | $ 0.00 | Copy here ➔ | $ 0.00 | $ 0.00 |



Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name

| | | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|---|
| 6. | **Net income from rental and other real property** | | | | | |
| | Gross receipts (before all deductions) | $ **0.00** | $ **0.00** | | | |
| | Ordinary and necessary operating expenses | − $ **0.00** | − $ **0.00** | | | |
| | Net monthly income from rental or other real property | $ **0.00** | $ **0.00** | **Copy here** ➔ | $ **0.00** | $ **0.00** |
| 7. | **Interest, dividends, and royalties** | | | | $ **0.00** | $ **0.00** |
| 8. | **Unemployment compensation** | | | | $ **0.00** | $ **0.00** |
| | Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list here: ......... ↓ | | | | | |
| | For you ...................................................... | | $ **0.00** | | | |
| | For your spouse ................................. | | $ **0.00** | | | |
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | | | | $ **0.00** | $ **0.00** |
| 10. | **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below. | | | | | |
| | ______________________________ | | | | $ **0.00** | $ **0.00** |
| | ______________________________ | | | | $ **0.00** | $ **0.00** |
| | Total amounts from separate pages, if any. | | | + | $ **0.00** | $ **0.00** |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ **0.00** + $ **0.00** = $ **0.00**

**Total current monthly income**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** (First Name) Middle Name **Getter** (Last Name) Case number *(if known)* **26-18907-CLC**

## Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. ........................ **Copy line 11 here ➔** $ **0.00**

Multiply by 12 (the number of months in a year). **x** 12

12b. The result is your annual income for this part of the form. 12b. $ **0.00**

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. **FL**

Fill in the number of people in your household. **1**

Fill in the median family income for your state and size of household. ........................ 13. $ **69,876.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✘ **/s/ Yoel Getter**
Signature of Debtor 1

Date **7/31/2026**
MM/DD/YYYY

✘ ____________________
Signature of Debtor 2

Date ____________
MM/DD/YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2

If you checked line 14b, fill out Form 122A–2 and file it with this form.



Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor 1: Yoel (First Name) — (Middle Name) — Getter (Last Name)

Debtor 2 (Spouse, if filing): First Name — Middle Name — Last Name

United States Bankruptcy Court for the: Southern District of Florida

Case number (*If known*): 26-18907-CLC

☐ Check if this is an amended filing

# Official Form 122A─1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)

12/15

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

## Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

## Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ☑ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   - ☐ No. Go to line 3.
   - ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☑ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   - ☐ No. Complete Form 122A-1. Do not submit this supplement.
   - ☐ Yes. Check any one of the following categories that applies:
     - ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and remain on active duty.
     - ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and was released from active duty on ______________, which is fewer than 540 days before I file this bankruptcy case.
     - ☐ **I am performing a homeland defense activity for at least 90 days.**
     - ☐ **I performed a homeland defense activity for at least 90 days** ending on ________________, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, The Means Test does not apply now, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.



Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor 1: Yoel Getter
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): ______
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Southern District of Florida

Case number *(If known)*: 26-18907-CLC

**Check the appropriate box as directed in lines 40 or 42:**

According to the calculations required by this statement:

☑ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

# Official Form 122A–2

# Chapter 7 Means Test Calculation

**04/25**

**To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1).**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

## Part 1: Determine Your Adjusted Income

1. **Copy your total current monthly income.** ............ **Copy line 11 from Official Form 122A-1 here**➔ ....... $ **0.00**

2. **Did you fill out Column B in Part 1 of Form 122A–1?**
   - ☑ No. Fill in $0 for the total on line 3.
   - ☐ Yes. Is your spouse filing with you?
     - ☐ No. Go to line 3.
     - ☐ Yes. Fill in $0 for the total on line 3.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 122A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   - ☑ No. Fill in 0 for the total on line 3.
   - ☐ Yes. Fill in the information below:

| **State each purpose for which the income was used** For example, the income is used to pay your spouse's tax debt or to support people other than you or your dependents | **Fill in the amount you are subtracting from your spouse's income** |
|---|---|
| | $ **0.00** |
| | $ **0.00** |
| | + $ **0.00** |
| **Total** ............ | $ **0.00** |

**Copy total here**........ ➔ – $ **0.00**

4. **Adjust your current monthly income.** Subtract the total on line 3 from line 1. $ **0.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name

## Part 2: Calculate Your Deductions from Your Income

**The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.**

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of Form 122A–1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the form refers to *you*, it means both you and your spouse if Column B of Form 122A–1 is filled in.

5. **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household. **4**

**National Standards** You must use the IRS National Standards to answer the questions in lines 6-7.

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items. $ **2,176.00**

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories — people who are under 65 and people who are 65 or older — because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

**People who are under 65 years of age**

7a. Out-of-pocket health care allowance per person $ **84.00**

7b. Number of people who are under 65 X **1**

7c. **Subtotal.** Multiply line 7a by line 7b. $ **84.00** **Copy here➔** $ **84.00**

**People who are 65 years of age or older**

7d. Out-of-pocket health care allowance per person $ **149.00**

7e. Number of people who are 65 or older X **0**

7f. **Subtotal.** Multiply line 7d by line 7e. $ **0.00** **Copy here➔** + $ **0.00**

7g. **Total.** Add lines 7c and 7f ............ $ **84.00** **Copy total here➔** $ **84.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — First Name / Middle Name / Last Name

Case number *(if known)* 26-18907-CLC

**Local Standards** You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- **Housing and utilities – Insurance and operating expenses**
- **Housing and utilities – Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form.
This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.......... $ **0.00**

9. **Housing and utilities – Mortgage or rent expenses:**

9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses .......... $ **0.00**

9b. Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| | $ **0.00** |
| | $ **0.00** |
| | + $ **0.00** |
| Total average monthly payment | $ **0.00** |

Copy here➔ − $ **0.00** Repeat this amount on line 33a.

9c. Net mortgage or rent expense.

Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0.......... $ **0.00** Copy here➔ $ **0.00**

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.** $ **0.00**

Explain why: ______

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☑ 0. Go to line 14.
☐ 1. Go to line 12.
☐ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area. $ **0.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter Case number (if known) 26-18907-CLC

First Name / Middle Name / Last Name

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1** **Describe Vehicle 1:** ______

13a. Ownership or leasing costs using IRS Local Standard. ........................................... $ **0.00**

13b. Average monthly payment for all debts secured by Vehicle 1. Do not include costs for leased vehicles.

To calculate the total average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| | $ **0.00** |
| | + $ **0.00** |
| Total average monthly payment | $ **0.00** |

Copy here ➔ — $ **0.00** Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this amount is less than $0, enter $0 ............. $ **0.00** **Copy net Vehicle 1 expense here ➔** $ **0.00**

**Vehicle 2** **Describe Vehicle 2:** ______

13d. Ownership or leasing costs using IRS Local Standard. ........................................... $ **0.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| | $ **0.00** |
| | + $ **0.00** |
| Total average monthly payment | $ **0.00** |

Copy here ➔ — $ **0.00** Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. If this amount is less than $0, enter $0 ............. $ **0.00** **Copy net Vehicle 2 expense here ➔** $ **0.00**

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation. $ **244.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation.* $ **0.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name

**Other Necessary Expenses** In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories.

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, Social Security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

    Do not include real estate, sales, or use taxes. $ **0.00**

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

    Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings. $ **0.00**

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, including payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term. $ **0.00**

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

    Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35. $ **0.00**

20. **Education:** The total monthly amount that you pay for education that is either required:
    - as a condition for your job, or
    - for your physically or mentally challenged dependent child if no public education is available for similar services. $ **0.00**

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.

    Do not include payments for any elementary or secondary school education. $ **0.00**

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
    Payments for health insurance or health savings accounts should be listed only in line 25. $ **0.00**

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

    Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted. + $ **0.00**

24. **Add all of the expenses allowed under the IRS expense allowances.**

    Add lines 6 through 23. $ **2,504.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — Case number (if known) 26-18907-CLC

First Name | Middle Name | Last Name

**Additional Expense Deductions** These are additional deductions allowed by the Means Test.
Note: Do not include any expense allowances listed in lines 6-24.

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | | |
|---|---|---|---|
| Health insurance | $ 0.00 | | |
| Disability insurance | $ 0.00 | | |
| Health savings account | + $ 0.00 | | |
| Total | $ 0.00 | **Copy total here➔**........................... | $ **0.00** |

Do you actually spend this total amount?

☑ No. How much do you actually spend? $ 0.00
☐ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b). $ **0.00**

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.
By law, the court must keep the nature of these expenses confidential. $ **0.00**

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8. If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.
You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary. $ **0.00**

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $214.58* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.
You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.
* Subject to adjustment on 4/01/28, and every 3 years after that for cases begun on or after the date of adjustment. $ **0.00**

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.
To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.
You must show that the additional amount claimed is reasonable and necessary. $ **0.00**

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2). + $ **0.00**

32. **Add all of the additional expense deductions.**
Add lines 25 through 31. $ **0.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — Case number (if known) 26-18907-CLC
First Name / Middle Name / Last Name

## Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| | Average monthly payment |
|---|---|
| **Mortgages on your home:** | |
| 33a. Copy line 9b here. | $ 0.00 |
| **Loans on your first two vehicles:** | |
| 33b. Copy line 13b here. | $ 0.00 |
| 33c. Copy line 13e here. | $ 0.00 |

33d. List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| | | ☑ No ☐ Yes | $ 0.00 |
| | | ☑ No ☐ Yes | $ 0.00 |
| | | ☑ No ☐ Yes | $ 0.00 |

33e. Total average monthly payment. Add lines 33a through 33d. $ 0.00 Copy total here➔ $ 0.00

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☑ No. Go to line 35.

☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the cure amount). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| | | $ 0.00 | ÷ 60 = | $ 0.00 |
| | | $ 0.00 | ÷ 60 = | $ 0.00 |
| | | $ 0.00 | ÷ 60 = | $ 0.00 |
| | | | Total | $ 0.00 |

Copy total here➔ $ 0.00


Copyright © Financial Software Solutions, LLC BlueStylus

| Debtor 1 | Yoel | | Getter | Case number (if known) | 26-18907-CLC |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

35. **Do you owe any priority claims such as a priority tax, child support, or alimony — that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☑ No. Go to line 36.

☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims.................................................... $ **0.00** ÷ 60 = $ **0.00**

36. **Are you eligible to file a case under Chapter 13? 11 U.S.C. § 109(e).**
For more information, go online using the link for Bankruptcy Basics specified in the separate instructions for this form. Bankruptcy Basics may also be available at the bankruptcy clerk's office.

☑ No. Go to line 37.

☐ Yes. Fill in the following information.

Projected monthly plan payment if you were filing under Chapter 13 $ **0.00**

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts). **X 0.00**

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense if you were filing under Chapter 13 $ **0.00** **Copy total here➔** $ **0.00**

37. **Add all of the deductions for debt payment.**
Add lines 33e through 36. .......................................................................................................................................... $ **0.00**

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances* .................................................................................... $ **2,504.00**

Copy line 32, *All of the additional expense deductions*................... $ **0.00**

Copy line 37, *All of the deductions for debt payment*...................... + $ **0.00**

Total deductions $ **1,167.00** **Copy total here**............................➔ $ **1,167.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name

## Part 3: Determine Whether There Is a Presumption of Abuse

39. **Calculate monthly disposable income for 60 months**

39a. Copy line 4, *adjusted current monthly income*.................... $ **0.00**

39b. Copy line 38, *Total deductions*........................................... − $ **1,167.00**

39c. Monthly disposable income. 11 U.S.C. § 707(b)(2).
Subtract line 39b from line 39a $ **-1,167.00** Copy here➔ $ **-1,167.00**

For the next 60 months (5 years)........................................................................................... **x** 60

39d. **Total**. Multiply line 39c by 60........................................................................................... $ **-70,020.00** Copy here➔ $ **-70,020.00**

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

☑ **The line 39d is less than $10,275*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐ **The line 39d is more than $17,150*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

☐ **The line 39d is at least $10,275*, but not more than $17,150*.** Go to line 41.

* Subject to adjustment on 4/01/25, and every 3 years after that for cases filed on or after the date of adjustment.

41. 41a. **Fill in the amount of your total nonpriority unsecured debt.** If you filled out A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules (Official Form 106Sum), you may refer to line 3b on that form.......................................... $__________

**x** .25

41b. **25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I).
Multiply line 41a by 0.25 ........................................................................................... $__________ Copy here➔ $__________

42. **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**
Check the box that applies:

☐ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter — Case number *(if known)* 26-18907-CLC

First Name / Middle Name / Last Name

## Part 4: Give Details About Special Circumstances

43. **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

☐ No. Go to Part 5.

☐ Yes. Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

## Part 5: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✘ /s/ Yoel Getter
Signature of Debtor 1

Date 7/31/2026
MM/DD/YYYY

✘ ______________________
Signature of Debtor 2

Date ____________
MM/DD/YYYY



Copyright © Financial Software Solutions, LLC BlueStylus

# United States Bankruptcy Court

## Southern District of Florida

| | | | |
|---|---|---|---|
| In re | **Yoel Getter** | Case No. | **26-18907-CLC** |
| | Debtor(s) | Chapter | **7** |

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **7/31/2026**

**/s/ Yoel Getter**
**Yoel Getter**
Signature of Debtor



Copyright © Financial Software Solutions, LLC

**American Express**
**PO Box 6030**
**Carol Stream, IL 60197-6031**

**Apple Card**
**Lockbox 6112**
**PO Box 7247**
**19170**

**Aviation G4, LLC**
**233 East 62nd Street**
**New York, NY 10065**

**Bilyk Investment Group LLC**
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
**New York, NY 10022**

**Citizens Bank NA**
**1 Citizens Plaza**
**Providence, RI 02903**

**David Benjamin Falk**
**3799 Cadbury Circle, #208**
**Venice, FL 34293**

**Deerfield Capital, LLC**
**c/o Albert Anthony Ciardi, III**
**Ciardi Ciardi & Astin**
**1905 Spruce Street**
**Philadelphia, PA 19103**

**El Dorado Hills Insurance Solutions, Inc.**
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
**New York, NY 10022**


Copyright © Financial Software Solutions, LLC

**ELDO Investments, LLC**
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
**New York, NY 10022**

**Florida Department of Revenue**
**PO Box 6668**
**Tallahassee, FL 32314-6668**

**FVP Investments, LLC**
**c/o Jerrell A. Breslin, Esq.**
**Baron Breslin & Sarmiento Attorney at Law**
**169 East Flagler Street**
**Suite 700**
**Miami, FL 33132**

**FVP Opportunity Fund III, LP**
**c/o Jerrell A. Breslin, Esq.**
**Baron Breslin & Sarmiento Attorney at Law**
**169 East Flagler Street**
**Suite 700**
**Miami, FL 33132**

**FVP Servicing, LLC**
**1201 Broadway**
**7th Floor**
**New York, NY 10001**

**Golden Foothill Insurance Services, LLC**
**1460 Arboretum Parkway**
**Lakewood, NJ 08701**

**Hi Bar Capital LLC**
**c/o Glen B. Lenihan, Esq.**
**Oved & Oved LLP**
**401 Greenwich Street**
**New York, NY 10013**


Copyright © Financial Software Solutions, LLC

**IC System, Inc.**
**PO Box 64378**
**Saint Paul, MN 55164**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Joel Leslie Anderson**
**3799 Cadbury Circle, #208**
**Venice, FL 34293**

**KTL Holdings, Inc.**
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
**New York, NY 10022**

**Life Factor II, LLC**
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
**New York, NY 10022**

**Life Shares II, LLC**
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
**New York, NY 10022**

**Life Star Living, LLC**
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
**New York, NY 10022**


Copyright © Financial Software Solutions, LLC

**Lifestar Capital, LLC**
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
**New York, NY 10022**

**Lifestar Talent, LLC**
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
**New York, NY 10022**

**Lone Wolf Insurance Services, Inc.**
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
**New York, NY 10022**

**M&M Structural Constructions, LLC**
**c/o Stok Kon + Braverman**
**1 E. Broward Blvd., Suite 915**
**Fort Lauderdale, FL 33301**

**Miami Dade County Tax Collector**
**Bankruptcy Paralegal Unit**
**200 N.W. Second Avenue, Suite 430**
**Miami, FL 33130-0000**

**New York Department of Finance**
**ATTN: Office of Counsel**
**Building 9**
**W A Harriman Campus**
**Albany, NY 12227**

**New York Tax (Brooklyn)**
**420 Albee Square W**
**Brooklyn, NY 11201**


Copyright © Financial Software Solutions, LLC

**Nicole Testa Mehdipour**
**c/o Jason S Rigoli, Esq.**
**Furr Cohen**
**2255 Glades Road, Suite 419a**
**Boca Raton, FL 33431**

**NYC Department of Finance**
**375 Pearl St FL 30**
**New York, NY 10038-1442**

**NYC Department of Finance**
**Correspondence Unit**
**1 Centre Street, 22nd Floor**
**New York, NY 10007**

**Prestige Imports, Inc.**
**285 Route 10 East**
**East Hanover, NJ 07936**

**Tatanisha Leer**
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**

**The Genesis LS Fund, LLC**
**c/o Shane R. Heskin, Esq.**
**Heskin & Proper, PLLC**
**641 Lexington Ave, 14th Floor**
**New York, NY 10022**

**Volvo Car Financial**
**1800 Volvo Place**
**Mahwah, NJ 07430**

**Volvo Car Financial Services**
**PO Box 91300**
**Mobile, AL 36691**



Copyright © Financial Software Solutions, LLC

**Worth Capital Holdings, 88, LLC**
**233 East 62nd Street**
**New York, NY 10065**


Copyright © Financial Software Solutions, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

YOEL GETTER, Case No.: 26-18907-CLC
Chapter 7

Debtor. /

**DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION**

**Pursuant to Bankruptcy Rule 1007(a)(1), the debtor must file with the petition a list containing the name and address of each entity included or to be included in schedules and statements.** This notice must accompany any initial post-petition creditor list (filed any day after the Voluntary Petition), amended creditor list, post-petition initial schedules or statements, and amended schedules and statements filed pursuant to Local Rules 1007-1(b), and Bankruptcy Rules 1007, 1009, or 1019. Documents filed without this notice may be stricken. Check the applicable box:

[ X ] The document filed **adds any post-petition creditor(s)** as reflected in the attached list (include name and address of each creditor being added). I have:

1. remitted the required fee;
2. provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice, and filed a certificate of service [see Local Rule 1009-1(b)(1) and (2)]; and
4. filed an initial or amended schedule(s) and summary of schedules.

[ X ] The document filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**

1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service [see Local Rule 1009-1(b)(1) and (2)]; and
3. filed an amended schedule(s) and summary of schedules.

[ ] The document filed **corrects** the name and/or address of a creditor(s) on the attached list. **I have:**

1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice and filed a certificate of service [see Local Rule 1009-1(b)(1) and (2)]; and
2. filed an amended schedule(s) and summary of schedules, or other document.

[ ] The document filed **corrects** Schedule D or E/F amount(s) or classification(s). **I have:**

1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service [see Local Rule 1009-1(b)(1) and (2)]; and
3. filed an amended schedule(s) and summary of schedules.

[ ] None of the above apply. The document filed does not require an additional fee, a supplemental creditor list, or notice to any affected parties. It ☒ *does* ☐ *does not* require the filing of an amended schedule and summary of schedules.

I also certify that if filing initial or amended schedules, Official Form 106 "Declaration About an Individual Debtor's Schedules" or Official Form 202 "Declaration Under Penalty of Perjury for Non-Individual Debtors," signed by both debtors, is filed as required by Bankruptcy Rules 1007, 1009, or 1019.

**Dated:** **July 31, 2026**

/s/ Jesse R. Cloyd
Attorney for Debtor (or Debtor, if pro se)

Joint Debtor (if applicable)

968234
Florida Bar Number

Phone Number

**Creditor Addresses ADDED**

Bilyk Investment Group LLC
c/o Shane R. Heskin, Esq.
Heskin & Proper, PLLC
641 Lexington Ave, 14th Floor
New York, NY 10022

David Benjamin Falk
3799 Cadbury Circle, #208
Venice, FL 34293

Deerfield Capital, LLC
c/o Albert Anthony Ciardi, III
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

El Dorado Hills Insurance Solutions, Inc.
c/o Shane R. Heskin, Esq.
Heskin & Proper, PLLC
641 Lexington Ave, 14th Floor
New York, NY 10022

ELDO Investments, LLC
c/o Shane R. Heskin, Esq.
Heskin & Proper, PLLC
641 Lexington Ave, 14th Floor
New York, NY 10022

Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

FVP Investments, LLC
c/o Jerrell A. Breslin, Esq.
Baron Breslin & Sarmiento Attorney at Law
169 East Flagler Street
Suite 700
Miami, FL 33132

FVP Opportunity Fund III, LP
c/o Jerrell A. Breslin, Esq.
Baron Breslin & Sarmiento Attorney at Law
169 East Flagler Street
Suite 700
Miami, FL 33132

Golden Foothill Insurance Services, LLC
1460 Arboretum Parkway
Lakewood, NJ 08701

Hi Bar Capital LLC
c/o Glen B. Lenihan, Esq.
Oved & Oved LLP
401 Greenwich Street
New York, NY 10013

Joel Leslie Anderson
3799 Cadbury Circle, #208
Venice, FL 34293

KTL Holdings, Inc.
c/o Shane R. Heskin, Esq.
Heskin & Proper, PLLC
641 Lexington Ave, 14th Floor
New York, NY 10022

Life Factor II, LLC
c/o Shane R. Heskin, Esq.
Heskin & Proper, PLLC
641 Lexington Ave, 14th Floor
New York, NY 10022

Life Shares II, LLC
c/o Shane R. Heskin, Esq.
Heskin & Proper, PLLC
641 Lexington Ave, 14th Floor
New York, NY 10022

Life Star Living, LLC
c/o Shane R. Heskin, Esq.
Heskin & Proper, PLLC
641 Lexington Ave, 14th Floor
New York, NY 10022

Lifestar Capital, LLC
c/o Shane R. Heskin, Esq.
Heskin & Proper, PLLC
641 Lexington Ave, 14th Floor
New York, NY 10022

Lifestar Talent, LLC
c/o Shane R. Heskin, Esq.
Heskin & Proper, PLLC
641 Lexington Ave, 14th Floor
New York, NY 10022

Lone Wolf Insurance Services, Inc.
c/o Shane R. Heskin, Esq.
Heskin & Proper, PLLC
641 Lexington Ave, 14th Floor
New York, NY 10022

Nicole Testa Mehdipour
c/o Jason S Rigoli, Esq.
Furr Cohen
2255 Glades Road, Suite 419a
Boca Raton, FL 33431

NYC Department of Finance
375 Pearl St FL 30
New York, NY 10038-1442

Tatanisha Leer
c/o Shane R. Heskin, Esq.
Heskin & Proper, PLLC
641 Lexington Ave, 14th Floor

The Genesis LS Fund, LLC
c/o Shane R. Heskin, Esq.
Heskin & Proper, PLLC
641 Lexington Ave, 14th Floor
New York, NY 10022

Volvo Car Financial Services
PO Box 91300
Mobile, AL 36691

**<u>Creditor Addresses to be REMOVED</u>**

Prestige Imports, Inc.
285 Route 10 East
East Hanover, NJ 07936