Case 26-18907-CLC Doc 53 Filed 08/14/26 Page 1 of 14

■

| | | | |
|---|---|---|---|
| Debtor 1 | Yoel | | Getter |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Florida

Case number 26-18907-CLC
(*If known*):

☑ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 20,430.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 20,430.00 |

### Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 18,313,115.72 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 514.00 |
| **Your total liabilities** | $ 18,313,629.72 |

### Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* | $ 14,448.70 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* | $ 14,478.70 |


Copyright © Financial Software Solutions, LLC BlueStylus

Case 26-18907-CLC Doc 53 Filed 08/21/26 Page 2 of 14

Debtor 1 Yoel Getter
First Name Middle Name Last Name

Case number *(if known)* 26-18907-CLC

**Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ☑ Yes

7. **What kind of debt do you have?**
   - ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☑ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules

8. **From the *Statement of Your Current Monthly Income***: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ 0.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F***:

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total Claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case and this filing:**

Debtor 1 **Yoel** **Getter**
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*): **26-18907-CLC**

☑ Check if this is an amended filing

# Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   - ☐ No. Go to Part 2.
   - ☑ Yes. Where is the property?

**1.1.** **564 E 9th Street**
Street address, if available, or other description

**Brooklyn** **NY** **11218**
City State Zip Code

**KINGS**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $ **808,000.00** | $ **0.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** **5/4 Single Family Home (in foreclosure)**

**Note:**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ........ ➔ $ **0.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel (First Name) (Middle Name) Getter (Last Name) Case number *(if known)* 26-18907-CLC

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

**3.1.** Make: **Volvo**

Model: **XC90**

Year: **2026**

Approximate mileage: **2,350**

Other information:

**Leased vehicle driven by Debtor's son**

**VIN# YV4M12PJT8T1481846**

**Who has an interest in the property?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 0.00 | $ 0.00 |

**Note:**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........ ➔ $ **0.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

☐ No

☑ Yes. Describe.............................

**None. Debtor lives in fully furnished apartment** $ **0.00**

7. **Electronics**

☑ No

☐ Yes. Describe............................. $



Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter Case number *(if known)* 26-18907-CLC
First Name Middle Name Last Name

**8. Collectibles of value**

☑ No
☐ Yes. Describe.....

$

**9. Equipment for sports and hobbies**

☑ No
☐ Yes. Describe.....

$

**10. Firearms**

☐ No
☑ Yes. Describe.....

**Smith & Wesson M&P Shield** $ **400.00**

**11. Clothes**

☐ No
☑ Yes. Describe.....

**Standard men's waredrobe of no value to anyone other than the Debtor.** $ **0.00**

**12. Jewelry**

☑ No
☐ Yes. Describe.....

$

**13. Non-farm animals**

☑ No
☐ Yes. Describe.....

$

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe.....

$

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..... ➔ $ **400.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes ..................................

$ ______

17. **Deposits of Money**

☐ No
☑ Yes .................................. Institution name:

**17.1. Checking Account** **PINNACLE BANK (TN) DBA SYNOVUS BANK** $ **30.00**

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes .................................. Institution or issuer name:

$ ______

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them................................

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| **19.1** | **25% interest (borrowed money to purchase this interest) in GCR Partners, LLC (NY Corp) (only asset is 8% partnership in 1 building being built and 5% interest in building that is rented but not cash flowing positively)** | **25.00** % | $ **Unknown** |
| **19.2** | **56Bal Bay Drive, LLC (NY Corp) owned a building (purchased in 2021), sold in 2022, after sale, company inactive** | **100.00** % | $ **0.00** |
| **19.3** | **City Capital NY, LLC (NY LLC)** | **100.00** % | $ **0.00** |


Copyright © Financial Software Solutions, LLC BlueStylus

| | | | |
|---|---|---|---|
| 19.4 | Funding Solutions, LLC (CT LLC) Never used and dormant â€“ NO ASSET | 100.00 % | $ 0.00 |
| 19.5 | Insight Capital, LLC (WY Corp) 100% interest Closed dormant | 100.00 % | $ 0.00 |
| 19.6 | Quick Capital Inc. (NY Corp) Closed 2024 taxes tax liability $357,634 (No assets) | 100.00 % | $ 0.00 |
| 19.7 | Riverside Capital NY, LLC (NY LLC) Never used and dormant â€“ NO ASSET | 100.00 % | $ 0.00 |
| 19.8 | Skytop Holdings, LLC (CT LLC) Never used dormant â€“ NO ASSET | 100.00 % | $ 0.00 |
| 19.9 | Speed Funding Solutions, LLC (DE LLC) Funding Corp, never usedâ€“ NO ASSET | 100.00 % | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them................................ Issuer name:

$

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

Type of account: Institution name:

$

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes ......................................... Institution name or individual:

**22.1** **Retainer to Accountant Bernath + Rosenberg** $ **10,000.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Case 26-18907-CLC Doc 53 Filed 07/14/26 Page 8 of 14

Debtor 1 Yoel Getter Case number *(if known)* 26-18907-CLC
First Name Middle Name Last Name

**22.2 Retainer to Tax Attorney Weisberg Kainen Mark, PL** $ **10,000.00**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes .......................................... Issuer name and description:
$

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes .......................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):
$

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes. Describe.................................. $

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
☑ No
☐ Yes. Describe.................................. $

**27. Licenses, franchises, and other general intangibles**
☑ No
☐ Yes. Describe.................................. $

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .....................


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** — First Name / Middle Name / Last Name — Case number *(if known)* **26-18907-CLC**

| | | |
|---|---|---|
| | Federal: | $ |
| | State: | $ |
| | Local: | $ |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information ...........

| | | |
|---|---|---|
| | Alimony: | $ |
| | Maintenance: | $ |
| | Support: | $ |
| | Divorce settlement: | $ |
| | Property settlement: | $ |

**30. Other amounts someone owes you**

☑ No

☐ Yes. Give specific information. ........ $

31. **Interests in insurance policies**

☐ No

☑ Yes. Name the insurance company of each policy and list its value ......

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **MassMutual Term Life Policy (#908)** | **A. Getter; R. Getter and C. Getter (children)** | $ **0.00** |
| **MassMutual Term Life Policy (#909)** | **A. Getter; R. Getter and C. Getter (children)** | $ **0.00** |

**32. Any interest in property that is due you from someone who has died**

☑ No

☐ Yes. Describe...................…........ $


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel (First Name) (Middle Name) Getter (Last Name) Case number (if known) 26-18907-CLC

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☐ No

☑ Yes. Describe..........

**ThirdParty Plaintiff and Counter Claimant Case# 2022cv01743 Hi Bar Capital LLC v. Getter pending in the US District Court Eastern District of New York**

$ **0.00**

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☐ No

☑ Yes. Describe..........

**ThirdParty Plaintiff Case# Case No. 2024-4234-CA-01, Yoel Getter v. Carlos Eduardo Maldonado Viloria, et al, pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.**

$ **0.00**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe..........

$

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Describe..........

$

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ....... ➔ $ **20,030.00**

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe..........

$



Copyright © Financial Software Solutions, LLC BlueStylus

Case 26-18907-CLC Doc 53 Filed 08/24/26 Page 11 of 14

Debtor 1 **Yoel** (First Name) (Middle Name) **Getter** (Last Name) Case number *(if known)* **26-18907-CLC**

**39. Office equipment, furnishings, and supplies**

☑ No

☐ Yes. Describe……………………..……… $ ____________

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe……………………..……… $ ____________

**41. Inventory**

☑ No

☐ Yes. Describe……………………..……… $ ____________

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe ................................ Name of entity: ____________ % of ownership: ______ % $ ____________

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

- ☐ No
- ☐ Yes. Describe……………….. $ ____________

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information ……… $ ____________

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........................ ➔ $ **0.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 **Yoel** **Getter** Case number *(if known)* **26-18907-CLC**
First Name Middle Name Last Name

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**47. Farm animals**
- ☑ No
- ☐ Yes. Describe.......................... $ ____

**48. Crops - either growing or harvested**
- ☑ No
- ☐ Yes. Describe.......................... $ ____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ☑ No
- ☐ Yes. Describe.......................... $ ____

**50. Farm and fishing supplies, chemicals, and feed**
- ☑ No
- ☐ Yes. Describe.......................... $ ____

**51. Any farm- and commercial fishing-related property you did not already list**
- ☑ No
- ☐ Yes. Describe.......................... $ ____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........................ ➔ $ **0.00**


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor 1 Yoel Getter (First Name / Middle Name / Last Name) Case number (*if known*) 26-18907-CLC

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information……..  $ 0.00

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........ → $ 0.00

## Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........ → | | $ 0.00 |
| 56. | **Part 2: Total vehicles, line 5** | $ 0.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $ 400.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $ 20,030.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $ 0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $ 0.00 | |
| 62. | **Total personal property.** Add line 56 through 61.................... | $ 20,430.00 | Copy personal property total → + $ 20,430.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........ | | $ 20,430.00 |


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor 1 **Yoel** **Getter**
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: **Southern District of Florida**

Case number **26-18907-CLC**
(*If known*):

☑ Check if this is an amended filing

# Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Part 1: Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person ______________________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ **/s/ Yoel Getter**
Signature of Debtor 1

Date **8/27/2026**
MM/DD/YYYY

✘ ______________________
Signature of Debtor 2

Date ____________
MM/DD/YYYY


Copyright © Financial Software Solutions, LLC BlueStylus

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

YOEL GETTER,

Debtor. /

Case No.: 26-18907-CLC
Chapter 7

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

**Pursuant to Bankruptcy Rule 1007(a)(1), the debtor must file with the petition a list containing the name and address of each entity included or to be included in schedules and statements.** This notice must accompany any initial post-petition creditor list (filed any day after the Voluntary Petition), amended creditor list, post-petition initial schedules or statements, and amended schedules and statements filed pursuant to Local Rules 1007-1(b), and Bankruptcy Rules 1007, 1009, or 1019. Documents filed without this notice may be stricken. Check the applicable box:

[ ] The document filed **adds any post-petition creditor(s)** as reflected in the attached list (include name and address of each creditor being added). I have:
1. remitted the required fee;
2. provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice, and filed a certificate of service [see Local Rule 1009-1(b)(1) and (2)]; and
4. filed an initial or amended schedule(s) and summary of schedules.

[ ] The document filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service [see Local Rule 1009-1(b)(1) and (2)]; and
3. filed an amended schedule(s) and summary of schedules.

[ ] The document filed **corrects** the name and/or address of a creditor(s) on the attached list. **I have:**
1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice and filed a certificate of service [see Local Rule 1009-1(b)(1) and (2)]; and
2. filed an amended schedule(s) and summary of schedules, or other document.

[ ] The document filed **corrects** Schedule D or E/F amount(s) or classification(s). **I have:**
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service [see Local Rule 1009-1(b)(1) and (2)]; and
3. filed an amended schedule(s) and summary of schedules.

[ **X** ] None of the above apply. The document filed does not require an additional fee, a supplemental creditor list, or notice to any affected parties. It ☐ *does* ☒ *does not* require the filing of an amended schedule and summary of schedules.

I also certify that if filing initial or amended schedules, Official Form 106 "Declaration About an Individual Debtor's Schedules" or Official Form 202 "Declaration Under Penalty of Perjury for Non-Individual Debtors," signed by both debtors, is filed as required by Bankruptcy Rules 1007, 1009, or 1019.

**Dated:** **August 27, 2026**

/s/ Jesse R. Cloyd
Attorney for Debtor (or Debtor, if pro se)

968234
Florida Bar Number

Joint Debtor (if applicable)

Phone Number