**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Case No. 26-18907-CLC

YOEL GETTER, Chapter 7

Debtor.
_______________________________/

**NOTICE OF WITHDRAWAL OF JUDGMENT CREDITORS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY [ECF NO. 6]**

1. Judgment creditors FVP Servicing, LLC, for the benefit of FVP Opportunity Fund III, LP, and FVP Investments LLC (collectively, the "FVP Parties") hereby WITHDRAW, without prejudice, their Emergency Motion for Relief from Stay Including Annulment of the Stay, and Waiver of the 14 Day Stay of Fed. R. Bankr. P. 4001(a)(3) [ECF No. 6] (the "Stay Relief Motion").

2. The withdrawal is WITHOUT PREJUDICE. The FVP Parties waive nothing. They expressly reserve all rights, claims, remedies, objections and defenses, including without limitation their claims in Adversary Proceeding No. 26-01239-CLC, their proof of claim and right of setoff, their rights under the Final Judgment entered October 3, 2025 in Broward County Circuit Court Case No. CACE-22-005125, and their right to seek relief from the automatic stay on the same or on other grounds at any later time.

3. By its terms, the Agreed Order Setting Evidentiary Hearing on Judgment Creditor's Motion for Relief From the Automatic Stay [ECF No. 54], entered August 25, 2026, set an evidentiary hearing on the Stay Relief Motion for October 14, 2026 at 10:00 a.m. before the Honorable Corali Lopez-Castro, C. Clyde Atkins United States Courthouse, 301 North

Miami Avenue, Courtroom 7, Miami, Florida 33128, and set pretrial deadlines of September 14, September 16 and September 18, 2026 in connection with that hearing.

4. With the Stay Relief Motion withdrawn, the Stay Relief Motion is no longer before the Court, and the October 14, 2026 evidentiary hearing and the pretrial deadlines set in connection with it no longer serve any purpose.

5. Contemporaneously with this Notice, the FVP Parties will file a motion asking the Court to cancel the October 14, 2026 evidentiary hearing and to vacate the pretrial deadlines set in ECF No. 54.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court and served on all parties of record using CM/ECF and was served as set out below.

Respectfully submitted,

**SCHWARTZ | BRESLIN, PLLC**
*Counsel for FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC*
The DuPont Building
169 East Flagler Street, Suite 700
Miami, Florida 33131
Tel.: 305-577-4626 | Fax: 305-577-4630

**By: s/ Jerrell Breslin**

Jerrell Breslin, Esq.
Fla. Bar No. 269573
JB@JSJB.Law | EService@JSJB.Law

— and —

**LINDSAY KARTEN, P.A.**
Co-Counsel for FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC
3386 Churchill DR

Boynton Beach, Florida 33435-8119
Tel.: 561-839-3223

**By: /s/ Lindsay Karten**

Lindsay Karten, Esq.
Fla. Bar No. 30869
Lindsay@kartenlegal.com

Service List:

Served via CM/ECF on all parties registered to receive electronic notice in this case, including at the following e-mail addresses (Fla. S.D. Bankr. L.R. 9036-2(a)(4)(A)):

Jesse R. Cloyd, Esq., Agentis PLLC — counsel for the Debtor
*jrc@agentislaw.com; bankruptcy@agentislaw.com; nsocorro@agentislaw.com; bankruptcy.ecc@ecf.courtdrive.com*

Barry E. Mukamal — Chapter 7 Trustee
*bemtrustee@kapilamukamal.com; FL64@ecfcbis.com*

Office of the United States Trustee
*USTPRegion21.MM.ECF@usdoj.gov*

Served via U.S. Mail:

Yoel Getter
aka Yoel Elimelech Getter, aka Yoel C. Getter
9705 Collins Ave Unit 2403
Miami Beach, FL 33154-2275