# Electronic Articles of Organization For Florida Limited Liability Company

L25000285875
FILED 8:00 AM
June 19, 2025
Sec. Of State
grkersey

## Article I

The name of the Limited Liability Company is:

SKYTOP GRP LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

1135 KANE CONCOURSE
6TH FLOOR
BAY HARBOR ISLANDS, FL. US 33154

The mailing address of the Limited Liability Company is:

1135 KANE CONCOURSE
6TH FLOOR
BAY HARBOR ISLANDS, FL. US 33154

## Article III

The name and Florida street address of the registered agent is:

YOEL GETTER
1135 KANE CONCOURSE
6TH FLOOR
BAY HARBOR ISLANDS, FL. 33154

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: YOEL GETTER

L25000285875
FILED 8:00 AM
June 19, 2025
Sec. Of State
grkersey

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
YOEL GETTER
1135 KANE CONCOURSE, 6TH FLOOR
BAY HARBOR ISLANDS, FL. 33154 US

Signature of member or an authorized representative

Electronic Signature: YOEL GETTER

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.