# RETURN OF SERVICE

**State of Florida** **County of BROWARD** **Civil Court**

Case Number: CACE-2022-005125 Court Date: 2/12/2026 10:00 am

Plaintiff:
**FVP OPPORTUNITY FUND III, L.P., ET AL,**

vs.

Defendant:
**YOEL GETTER, ET AL,**

For:
ALAN I. KARTEN, ESQ

Received by Lindsay Legal Services, Inc on the 26th day of January, 2026 at 10:04 am to be served on **CUSTODIAN OF RECORDS SKYTOP GRP LLC C/O YOEL GETTER AS R/A, 1135 KANE CONCOURSE, 6TH FLOOR, BAY HARBOR ISLANDS, FL 33154**

I, ROBERTO LINDSAY, do hereby affirm that on the **26th day of January, 2026** at **2:45 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUBPOENA DUCES TECUM FOR DEPOSITION IN AID OF EXECUTION AND EXHIBIT A** with the date and hour of service endorsed thereon by me, to: **AMY VARGAS** as **AUTHORIZED** at the address of: **9705 COLLINS AVE, UNIT 2403, BAY HARBOUR, FL 33154**, who stated they are authorized to accept service for **CUSTODIAN OF RECORDS SKYTOP GRP LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/26/2026 2:26 pm Attempted Service at 1136 KANE CONCOURSE, 6TH FLOOR, BAY HARBOR ISLANDS, FL 33154. They moved from there about 6 months ago.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**ROBERTO LINDSAY**
C.P.S. 1094

**Lindsay Legal Services, Inc**
**7105 SW 8th Street**
**Suite 307**
**Miami, FL 33144**
**(305) 273-0317**

Our Job Serial Number: RLA-2026000153

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e