Filing # 244551429 E-Filed 03/25/2026 10:44:01 AM

# RETURN OF SERVICE

**State of Florida** **County of Broward** **Civil Court**

Case Number: CACE-22-005125

Plaintiff:
**FVP OPPORTUNITY FUND III, LP, ET AL**

vs.

Defendant:
**SCOTT ZANKL, ET AL**

For:
ALAN I. KARTEN
BARON, BRESLIN & SARMIENTO

Received by Lindsay Legal Services, Inc on the 18th day of March, 2026 at 9:51 am to be served on **ARON GETTER, 9705 COLLINS AVENUE, APT 2403N, ST. REGIS BAL HARBOUR NORTH CONDO, BAL HARBOUR, FL 33154**.

I, LAZARO ORDAZ, do hereby affirm that on the **18th day of March, 2026** at **2:20 pm, I:**

**SUBSTITUTE** served by delivering a true copy of **NOTICE TO APPEAR AND ORDER IMPLEADING ARON GETTER** with the date and hour of service endorsed thereon by me, to: **Amy Barquer** as **Co Resident** at the address of: **9705 COLLINS AVENUE, APT 2403N, ST. REGIS BAL HARBOUR NORTH CONDO, BAL HARBOUR, FL 33154** the within named person's usual place of **abode,** who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 160, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**LAZARO ORDAZ**
C.P.S. #2319

**Lindsay Legal Services, Inc**
**7105 SW 8th Street**
**Suite 307**
**Miami, FL 33144**
**(305) 273-0317**

Our Job Serial Number: RLA-2026000565

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

NOT AN OFFICIAL COPY - ATTORNEY - NOT AN OFFICIAL COPY