**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**In re:** **Case No. 26-18907 - CLC**

**Chapter 7**

**YOEL GETTER,** **Judge Corali Lopez Castro**

**Debtor.**

________________________________________/

**EX PARTE MOTION FOR LEAVE TO APPEAR REMOTELY AT SEPTEMBER 23, 2026 HEARING**

Bilyk Investment Group LLC ("Bilyk"), by and through undersigned counsel, respectfully moves this Court for leave for attorney Jaitegh Singh, Esq. to appear remotely via Zoom at the hearing scheduled for September 23, 2026, and in support states as follows:

1. The Court has scheduled a hearing on September 23, 2026, concerning Bilyk's Motion for Relief from Stay [Doc. No. 48].
2. Mr. Singh is located outside of the State of Florida and would be required to travel to Miami, Florida to attend the hearing in person.
3. The hearing was originally scheduled to proceed remotely via Zoom, and Mr. Singh arranged his professional schedule in reliance upon the hearing being conducted remotely.
4. Requiring Mr. Singh to travel to Miami for the September 23 hearing would substantially interfere with other previously scheduled professional obligations.

5. Mr. Singh is prepared to appear and fully participate in the hearing remotely via Zoom and will comply with all applicable procedures and requirements governing remote appearances before this Court.
6. Under the circumstances, including Mr. Singh's out of state location, the hearing having originally been scheduled to proceed remotely, and his previously scheduled professional obligations, good cause exists to permit Mr. Singh to attend the September 23, 2026 hearing remotely.

WHEREFORE, Bilyk Investment Group LLC respectfully requests that the Court enter an Order permitting Jaitegh Singh, Esq. to appear remotely via Zoom at the hearing scheduled for September 23, 2026, and grant such other and further relief as the Court deems proper.

Dated: September 17, 2026

Respectfully submitted,

SINGH LAW FIRM, P.A.
/s/ Jaitegh Singh
Jaitegh Singh, Esq.
Florida Bar No. 100800
701 Brickell Avenue
Suite 1550
Miami, Florida 33131
Tel: (866) 746 – 4452
jsingh@singhfirm.com