**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISON**
www.flsb.uscourts.gov

In re:

YOEL GETTER,

Debtor.
_______________________________________/

Case No. 26-18907-CLC

Chapter 7

**OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**
**(564 East 9th Street, Brooklyn, NY 11218)**

Barry E. Mukamal, the Trustee ("Trustee") of the Chapter 7 bankruptcy estate of Yoel Getter ("Debtor"), objects to the *Motion for Relief from Automatic Stay* [Dkt. No. 73] (the "Motion") filed by Citizens Bank, N.A. (the "Bank"), and states as follows:

1. This case was filed on July 7, 2026.

2. The Trustee has yet to conduct a Rule 2004 examination of the Debtor, though one was scheduled to occur earlier this week but has been continued at the request of the Debtor in order to comply with the Trustee's extensive document request.

3. The Motion seeks relief from the automatic stay to complete a foreclosure sale of the Debtor's sole scheduled asset, real property located at 564 East 9th Street, Brooklyn, NY 11218 (the "Property").

4. The Motion alleges that there is no equity in the Property. It alleges that the indebtedness owed to the Bank is in excess of $1.3 million [see Ex. C] and that the value of the Property is $808,000.

5. On the outstanding indebtedness, the Trustee has not received any documents from the Debtor to be able to corroborate the amounts owed to the Bank as set forth in the Motion.

6. On the valuation of the Property, the Motion merely references the Debtor's schedules. It does not attach an independent appraisal.

7. As set forth above, the Trustee has not had the opportunity of examining the Debtor regarding this valuation under oath. However, the Trustee initial diligence regarding the Property reveals that there may be equity available for the benefit of the estate. For example, Zillow, a tool commonly used in the real estate industry to get a sense of market value, estimates that the Property may be worth in excess of $1.8 million.

8. If there is truly no equity in the Property, then the Trustee does not wish to delay the Bank in foreclosing its collateral. However, for the reasons set forth above, that conclusion, for the Trustee, is premature.

9. Because the case is in its initial stages and the Trustee has not received any documents from the Debtor, and because the Motion does not provide any meaningful information on this point, the Trustee is also unaware of what stage the litigation is in. If no judgment has been entered, he would not be opposed to lifting the stay through judgment, provided that the Bank would need to come back to the Court to schedule any foreclosure sale.

10. Undersigned counsel has a brief conversation with counsel for the Bank and is hopeful that the parties can work towards an agreement on a path forward for this contested matter.

For the foregoing reasons, the Trustee objects to the relief requested in the Motion and respectfully requests that the Court deny the Motion.

Respectfully submitted,

*/s/ Eric J. Silver*
Eric J. Silver, Esq.
Florida Bar No. 57262
esilver@stearnsweaver.com
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which caused it to be served electronically on the following parties:

- **Jerrell A Breslin** jb@jsjb.law; eservice@jsjb.law
- **Albert Anthony Ciardi** aciardi@ciardilaw.com; sfrizlen@ciardilaw.com; dtorres@ciardilaw.com
- **Jesse R Cloyd** jrc@agentislaw.com; bankruptcy@agentislaw.com; nsocorro@agentislaw.com; bankruptcy.ecc@ecf.courtdrive.com
- **Patrick R Dorsey** pdorsey@slp.law; dwoodall@slp.law;pmouton@slp.law; pdorsey@ecf.courtdrive.com; mortman@slp.law
- **Christopher R Evans** cevans@mwc-law.com; lisa.hagan@lockelord.com
- **Lindsay Karten** lindsay@kartenlegal.com
- **Barry E Mukamal** bemtrustee@kapilamukamal.com; FL64@ecfcbis.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Eric J Silver** esilver@stearnsweaver.com; jless@stearnsweaver.com; fsanchez@stearnsweaver.com; cgraver@stearnsweaver.com; mfernandez@stearnsweaver.com
- **Jaitegh Singh** jsingh@singhfirm.com; pacer@singhfirm.com
- **Robert A. Stok** rstok@stoklaw.com; service@stoklaw.com; ssolis@stoklaw.com; fcarmona@stoklaw.com
- **Charles M Tatelbaum** cmt@trippscott.com; aaa@trippscott.com; eservice@trippscott.com; bankruptcy@trippscott.com

*/s/ Eric J. Silver*
Eric J. Silver, Esq.