**ORDERED in the Southern District of Florida on October 13, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Case No. 26-18907-CLC |
| YOEL GETTER, | Chapter 7 |
| Debtor. | |

_______________________________________/

**ORDER GRANTING JUDGMENT CREDITORS' MOTION TO COMPEL NON-PARTY SKYTOP GRP, LLC'S COMPLIANCE WITH SUBPOENA**

THIS MATTER came before the Court, on October 1, 2026, on the Judgment Creditors' Motion to Compel Non-Party Skytop GRP, LLC's Compliance with Subpoena and Incorporated Memorandum of Law (the "Motion"), filed by FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC (collectively, the "Creditors"). The Court considered the allegations

in the Motion and the representations of counsel for the Creditors and notes that no response was filed by Skytop GRP, LLC. Accordingly, it is ORDERED that:

1. The Motion is GRANTED.
2. Within seven (7) days of the entry of this Order, Skytop GRP, LLC, a non-debtor, shall produce to the Creditors all documents and electronically stored information responsive to the subpoena.
3. All bank records produced pursuant to this Order shall be treated as confidential and used solely by the Creditors' counsel in connection with this case; any such records filed with the Court shall be filed under seal or in appropriately redacted form.
4. The Court reserves ruling as to attorney's fees and costs.
5. The Court retains jurisdiction to enforce this Order, including by the imposition of sanctions for any failure to comply.

###

Copies furnished to:

Lindsay Karten, Esq.
LINDSAY KARTEN, P.A.
Co-Counsel for FVP Servicing, LLC, FVP
Opportunity Fund III, LP, and FVP Investments LLC
3386 Churchill Dr
Boynton Beach, Florida 33435-8119
Tel.: 561-839-3223
Lindsay@kartenlegal.com

Lindsay Karten, Esq. shall serve a copy of the Order on all interested parties and file a certificate of service thereon.