UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

YOEL GETTER, Case No. 26-18907-CLC

Debtor. Chapter 7

_______________________________________/

**CROSS NOTICE OF TAKING BANKRUPTCY RULE 2004**
**EXAMINATION OF DEBTOR**

**PLEASE TAKE NOTICE** that Franklin Capital Funding, LLC ("Franklin"), by and through undersigned counsel, hereby cross notices the Rule 2004 Examination of **Yoel Getter** ("Debtor") via the notice filed at ECF No. 114, with the examination commencing on Tuesday, October 20, 2026 at 10:00 am ET.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on October 15, 2026.

Respectfully Submitted,

**SHRAIBERG PAGE P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

By: /s/ Patrick Dorsey
Patrick Dorsey, Esq.
Florida Bar. No. 008584

Served via CM/ECF:

- **Jerrell A Breslin** Jerry@Breslin.Law, Eservice@Breslin.Law
- **Albert Anthony Ciardi** aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
- **Jesse R Cloyd** jrc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Patrick R Dorsey** pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com;mortman@slp.law
- **Christopher R Evans** cevans@mwc-law.com, lisa.hagan@lockelord.com
- **Lindsay Karten** lindsay@kartenlegal.com
- **Barry E Mukamal** bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Eric J Silver** esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Jaitegh Singh** jsingh@singhfirm.com, pacer@singhfirm.com
- **Robert A. Stok** rstok@stoklaw.com, service@stoklaw.com;ssolis@stoklaw.com;fcarmona@stoklaw.com
- **Charles M Tatelbaum** cmt@trippscott.com, aaa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com