**ORDERED in the Southern District of Florida on October 19, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
YOEL GETTER,

Debtor.
_______________________________________/

Case No. 26-18907-CLC
Chapter 7

**ORDER GRANTING BILYK INVESTMENT GROUP LLC'S**
**EX PARTE MOTION FOR LEAVE TO APPEAR REMOTELY**

THIS MATTER came before the Court upon Bilyk Investment Group LLC's Ex Parte Motion for Leave to Appear Remotely at the October 22, 2026 Hearing (Dkt. No. 119). The Court has reviewed the Motion and is otherwise fully advised.

It is ordered that:

1. The Motion is GRANTED.

2. Attorney Jaitegh Singh, Esq. is permitted to appear remotely via Zoom at the hearing scheduled for October 22, 2026, at 10:00 a.m. on Bilyk Investment Group LLC's Motion to Extend Time to File Section 523 Complaint Objecting to Dischargeability of a Debt and Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor(s) (Dkt. No. 103).

###

Copies furnished to:
Jaitegh Singh, Esq., who shall serve a copy of this Order on all interested parties and file a certificate of service thereon.

Submitted by:
Jaitegh Singh, Esq.
SINGH LAW FIRM, P.A.
701 Brickell Avenue, Suite 1550
Miami, Florida 33131
Florida Bar No. 100800
Tel: (866) 746-4452
Email: jsingh@singhfirm.com
Counsel for Bilyk Investment Group LLC