**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re: Case No. 26-18907-CLC

YOEL GETTER, Chapter 7

Debtor.
_______________________________________/

**NOTICE OF FILING SUPPLEMENTAL INFORMATION RELATED TO TRUSTEE MUKAMAL'S MOTION TO COMPEL ACCESS TO PROPERTY AND DEBTOR'S COOPERATION**

*PLEASE TAKE NOTICE* that on October 22, 2026, the Court conducted a hearing (the "Hearing") on the *Motion to Compel Access to Property and Debtor's Cooperation* [Dkt. No. 107] (the "Motion") filed by Barry E. Mukamal, ("Trustee Mukamal") the trustee for the chapter 7 bankruptcy estate of Yoel Getter (the "Debtor"), which sought the Debtor's cooperation to access real property located in Brooklyn, New York owned by the bankruptcy estate.

*PLEASE TAKE FURTHER NOTICE* that at the Hearing, Trustee Mukamal, through counsel, informed the Court that hours before the Hearing he received a video report from a prospective local broker who visited the property in Brooklyn, which purported to show that the property was unfenced and occupied by tenants and that he was denied access to the property.

*PLEASE TAKE FURTHER NOTICE* that, after the Hearing, undersigned counsel learned that the local broker mistakenly visited a neighboring property on the same street in Brooklyn, and not the property of the estate.

*PLEASE TAKE FURTHER NOTICE* that counsel for Trustee Mukamal has conferred with counsel for the Debtor and they have agreed to submit a proposed Order denying the Motion without prejudice to Trustee Mukamal's further investigation of the subject property.

Dated: October 22, 2026.

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

By: */s/ Eric J. Silver*
ERIC J. SILVER
Florida Bar No. 057262
esilver@stearnsweaver.com
*Counsel to Trustee Mukamal*