# RETURN OF SERVICE

**State of Florida** **County of SOUTHERN** **Civil Court**

Case Number: 26-18907-CLC

Plaintiff:

vs.

Defendant:
**YOEL GETTER AKA YOEL ELIMELECH GETTER AKA YORL C. GETTER**

For:
LINDSAY KARTEN, ESQ
321 Anderson Pond Road
Aiken, SC 29803

Received by Lindsay Legal Services, Inc on the 14th day of October, 2026 at 11:17 am to be served on **SKYTOP GRP, LLC C/O YOEL GETTER AS R/A, 9705 COLLINS AVENUE, UNIT 2403, BAL HARBOUR, FL 33154**.

I, ROBERTO LINDSAY, do hereby affirm that on the **15th day of October, 2026** at **12:00 pm, I:**

**POSTED** by attaching a true copy of the **ORDER GRANTING JUDGMENT CREDITOR'S MOTION TO COMPEL NON PARTY SKYTOP GRP, LLC'S COMPLIANCE WITH SUBPOENA** with the date and hour of service endorsed thereon by me, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address thereof: **9705 COLLINS AVENUE, UNIT 2403, BAL HARBOUR, FL 33154**.

**Additional Information pertaining to this Service:**
10/15/2026 12:26 pm On October 15, the server attempted given address and did not get a response, the property looked lived in. The server waited 15 minutes and no one came to the door, so he posted the document to the front door of the residence.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**ROBERTO LINDSAY**
C.P.S. 1094

**Lindsay Legal Services, Inc**
**7105 SW 8th Street**
**Suite 307**
**Miami, FL 33144**
**(305) 273-0317**

Our Job Serial Number: RLA-2026002080

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0i