**ORDERED in the Southern District of Florida on October 23, 2026.**

Corali Lopez-Castro, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re: Case No. 26-18907-CLC

YOEL GETTER, Chapter 7

Debtor.
_________________________________/

**ORDER DENYING WITHOUT PREJUDICE MOTION TO COMPEL ACCESS TO PROPERTY AND DEBTOR'S COOPERATION**

THIS MATTER came before the Court for hearing on October 22, 2026, at 10:00 a.m. (the "Hearing") upon the *Motion to Compel Access to Property and Debtor's Cooperation* [Dkt. No. 107] (the "Motion") filed by Barry E. Mukamal, ("Trustee Mukamal") the trustee for the chapter 7 bankruptcy estate of Yoel Getter (the "Debtor"). The Motion sought to compel the Debtor to cooperate with Trustee Mukamal's investigation of certain real property scheduled by the Debtor and located in Brooklyn, New York. After the Motion, but prior to the Hearing, the Debtor provided access codes to the property to enable a prospective local broker to assess the value of the property. At the Hearing, counsel for Trustee Mukamal represented that he received a video

from such prospective local broker identifying the subject property and representing that the property was occupied. Counsel for Trustee Mukamal later learned that the prospective local broker had visited the incorrect address. See Dkt No. 131. Based on this subsequent information and noting the agreement of the parties, the Court finds it appropriate to deny the Motion without prejudice to Trustee Mukamal's further investigation of the property. Therefore, it is –

ORDERED that the Motion is DENIED without prejudice.

###

**Submitted by**:
Eric J. Silver, Esq.
Florida Bar No. 57262
esilver@stearnsweaver.com
Museum Tower Building, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

(Attorney Silver must serve a copy of this order on all parties entitled to notice thereof and file a certificate of service as required by Local Rule 9036-2.)