**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Case No. 26-18907-CLC

YOEL GETTER, Chapter 7

Debtor.
_________________________________/

**NOTICE OF NON-COMPLIANCE**

*PLEASE TAKE NOTICE* that, notwithstanding a further conferral on the morning of Monday, October 26, 2026, regarding Mr. Getter's compliance with this Court's Order [Dkt. No. 136, ¶ 1], the Debtor failed to provide Mr. Mukamal with any responsive information.

Dated: October 27, 2026. Respectfully submitted,

*/s/ Eric J. Silver*
ERIC J. SILVER
Florida Bar Number 057262
*esilver@stearnsweaver.com*
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower Building, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-2688

*Counsel to Trustee Mukamal*