**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

YOEL GETTER,

Debtor. /

Case No.: 26-18907-CLC

Chapter 7

**NOTICE OF FILING**

Debtor, Yoel Getter, by and through its undersigned counsel, gives notice of filing of the Resignation Letter in support of the *Debtor's Response in Opposition to Judgment Creditors' Motion for Entry of an Order to Show Cause Why Skytop GRP, LLC and Yoel Getter Should Not Be Held in Civil Contempt* [Dkt. No. 170].

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on November 10, 2026.

**AGENTIS**
*Counsel for the Debtor*
45 Almeria Avenue
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

By: */s/ Jesse R. Cloyd*
Jesse R. Cloyd
Florida Bar No.: 58388
jrc@agentislaw.com

**26-18907-CLC Notice will be electronically mailed to:**

Jerrell A Breslin on behalf of Creditor FVP Servicing LLC
Jerry@Breslin.Law, Eservice@Breslin.Law

Jerrell A Breslin on behalf of Plaintiff FVP Investments LLC
Jerry@Breslin.Law, Eservice@Breslin.Law

Jerrell A Breslin on behalf of Plaintiff FVP Opportunity Fund III, LP
Jerry@Breslin.Law, Eservice@Breslin.Law

Jerrell A Breslin on behalf of Plaintiff FVP Servicing LLC
Jerry@Breslin.Law, Eservice@Breslin.Law

Albert Anthony Ciardi, III on behalf of Creditor Deerfield Capital, LLC
aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III on behalf of Plaintiff Deerfield Capital, LLC
aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Jesse R Cloyd on behalf of Debtor Yoel Getter
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Jesse R Cloyd on behalf of Defendant Yoel Getter
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Patrick R Dorsey on behalf of Creditor Franklin Capital Funding, LLC
pdorsey@slp.law,
dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com;mortman@slp.law

Christopher R Evans on behalf of Creditor Citizens Bank, N.A.
cevans@mwc-law.com, lisa.hagan@lockelord.com

Lindsay Karten on behalf of Creditor FVP Servicing LLC
lindsay@kartenlegal.com

Lindsay Karten on behalf of Plaintiff FVP Investments LLC
lindsay@kartenlegal.com

Lindsay Karten on behalf of Plaintiff FVP Opportunity Fund III, LP
lindsay@kartenlegal.com

Lindsay Karten on behalf of Plaintiff FVP Servicing LLC
lindsay@kartenlegal.com

Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Barry E Mukamal on behalf of Trustee Barry E Mukamal
bemtrustee@kapilamukamal.com, FL64@ecfcbis.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Eric J Silver on behalf of Trustee Barry E Mukamal
esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernand
ez@stearnsweaver.com

Jaitegh Singh on behalf of Creditor Bilyk Investment Group LLC
jsingh@singhfirm.com, pacer@singhfirm.com

Robert A. Stok, Esq. on behalf of Creditor M&M Structural Construction, LLC
rstok@stoklaw.com, service@stoklaw.com;ssolis@stoklaw.com;fcarmona@stoklaw.com

Charles M Tatelbaum on behalf of Creditor Volvo Car Financial Services
cmt@trippscott.com, rxa@trippscott.com;eservice@trippscott.com;bankruptcy@trippscott.com

November 10, 2026

Skytop GRP, LLC
Attn: Aron Getter
1135 Kane Concourse
6th Floor
Bay Harbor Islands, FL 33154

**Re: Resignation**

Dear Aron Getter:

As you already know, I am not the manager of Skytop GRP, LLC. Although I helped incorporate the company, I no longer have any role with Skytop GRP, LLC, except as its registered agent. Nonetheless, FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC (together, "FVP"), has alleged that I am the manager of Skytop GRP. To avoid any confusion, this letter provides my notice of resignation of any role with Skytop GRP, including as its manager. This resignation is effective immediately as of November 10, 2026.

Sincerely,

Yoel Getter