**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

YOEL GETTER,
aka Yoel Elimelech Getter, aka Yoel C. Getter,

Debtor.
_________________________________/

Case No. 26-18907-CLC

Chapter 7

**FVP SERVICING, LLC'S EX PARTE MOTION FOR LEAVE FOR COUNSEL TO ATTEND NOVEMBER 12, 2026 HEARING REMOTELY VIA ZOOM**

Creditor FVP Servicing, LLC ("FVP"), by and through undersigned counsel, and pursuant to the Court's Requirements and Procedures for Remote Attendance at Hearings (the "Remote Attendance Procedures"), moves *ex parte* for leave for its counsel, Lindsay Karten, Esq. and Jerrell Breslin, Esq., to attend and participate remotely by video conference through Zoom in the hearing set for November 12, 2026 at 10:00 a.m. In support, FVP states:

1. On November 6, 2026, the Court entered its Notice of Hearing [ECF No. 162] setting FVP's Amended Motion [ECF No. 148] — which amends FVP's Motion to Compel Non-Party Skytop GRP, LLC's Compliance with Subpoena and Incorporated Memorandum of Law [ECF No. 80] and FVP's Motion for Order to Show Cause [ECF No. 132] (the "Amended Motion") — for hearing on the Court's motion calendar on November 12, 2026 at 10:00 a.m., at the C. Clyde Atkins U.S. Courthouse, 301 N. Miami Avenue, Courtroom 7, Miami, Florida (the "Hearing").

2. The Notice of Hearing provides that the Hearing is non-evidentiary and that the time allotted for the matter is ten minutes.

3. Under the Remote Attendance Procedures, attorneys generally must attend hearings in person, except where, among other things, the Court grants leave to attend remotely for good

cause shown upon an *ex parte* motion filed no later than two business days before the hearing, or as soon as reasonably practicable in the event of an emergency or other unforeseen circumstance.

4. The Notice of Hearing was entered on Friday, November 6, 2026. Because Wednesday, November 11, 2026 is Veterans Day, a legal holiday, the two-business-day deadline fell on Monday, November 9, 2026 — a single business day after the Notice of Hearing was entered. FVP files this Motion as soon as reasonably practicable under the circumstances.

5. Good cause exists to permit FVP's counsel to attend the Hearing remotely:

a. The Hearing is a non-evidentiary, ten-minute matter. No testimony will be taken and no exhibits will be offered; the issues raised by the Amended Motion have been fully briefed, and counsel's participation will be limited to argument, which can be presented as effectively by video as in person.

b. Undersigned counsel's office is located in Boynton Beach, Palm Beach County, and Mr. Breslin's office is located in Fort Lauderdale, Broward County. In-person attendance would require substantial travel time to and from the Miami courthouse — in undersigned counsel's case, a round trip of approximately 120 miles — for a ten-minute hearing, resulting in fees and expense to FVP that remote attendance would avoid.

c. No party will be prejudiced. Counsel will have reliable video and audio connections, will register in advance through the Court's Zoom registration link, will appear on camera, and will comply with all of the Court's procedures governing remote attendance. Any other party may attend the Hearing in person.

WHEREFORE, FVP Servicing, LLC respectfully requests that the Court enter an order, (i) granting this Motion; (ii) authorizing Lindsay Karten, Esq. and Jerrell Breslin, Esq. to attend and

participate in the November 12, 2026 Hearing remotely by video conference through Zoom; and (iii) granting such further relief as the Court deems just and proper.

Dated: November 11, 2026

**CERTIFICATE OF ADMISSION**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 11, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system by Notice of Electronic Filing on all parties registered to receive electronic notice in this case.

**KARTEN LEGAL**
3386 Churchill Dr
Boynton Beach, FL 33435
Telephone: (561) 839-3223
Email: Lindsay@KartenLegal.com

By: *<u>/s/ Lindsay Karten</u>*
Lindsay Karten, Esq.
Florida Bar No. 30869

-and-

**BRESLIN | TRIAL PRACTICE PLLC**
1132 SE 3rd Ave
Fort Lauderdale, FL 33316-1110
Telephone: (754) 946-5327
Email: jerry@breslin.law
Jerrell Breslin, Esq.
Florida Bar No. 269573

*Counsel for Creditor FVP Servicing, LLC*