**ORDERED in the Southern District of Florida on November 16, 2026.**

Corali Lopez-Castro, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re: Case No. 26-18907-CLC

YOEL GETTER, Chapter 7

Debtor.
_________________________________/

**ORDER DENYING MOTION FOR RELIEF**
**FROM AUTOMATIC STAY WITHOUT PREJUDICE**

THIS MATTER came before the Court for hearing on November 12, 2026, at 10:00 a.m. (the "Hearing") upon the *Motion for Relief from Automatic Stay (564 East 9th St., Brooklyn, NY 11218)* [Dkt. No. 73] (the "Motion") filed by Citizens Bank, N.A., ("Citizens Bank") and the *Objection* [Dkt. No. 93] filed by Barry Mukamal, as trustee (the "Trustee") for the chapter 7 bankruptcy estate of Yoel Getter. The Motion sought relief from the automatic stay to complete a foreclosure related to 564 East 9th St., Brooklyn, NY 11218 (the "Property"), which Property is property of the chapter 7 bankruptcy estate. The Objection filed by the Trustee states that there may be value in the Property for the benefit of the chapter 7 bankruptcy estate. At the request of Citizens Bank,

the initial hearing on the Motion was continued to November 12, 2026 [Dkt. No. 118]. Counsel for the Trustee appeared at the continued Hearing and advised the Court that attempts to confer with Citizens Bank regarding the Motion and the Property have gone unanswered. Citizens Bank failed to appear at the Hearing. Accordingly, the Court finds it appropriate to deny the Motion without prejudice on the terms set forth below. Therefore, it is –

ORDERED as follows:

1. The Motion is DENIED without prejudice.

2. Within seven (7) days of the entry of this Order, Citizens Bank shall meet and confer with the Trustee via video conference regarding the Property.

###

**Submitted by**:
Eric J. Silver, Esq.
Florida Bar No. 57262
esilver@stearnsweaver.com
Museum Tower Building, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

(Attorney Silver must serve a copy of this order on all parties entitled to notice thereof and file a certificate of service as required by Local Rule 9036-2.)